ntcncorp (05/06)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**460 Federal Building**
**100 Centennial Mall North**
**Lincoln, NE 68508**

In Re:

| | |
|---|---|
| The Great Platte River Road Memorial Foundation | Bankruptcy Proceeding No.  13–40411<br>Chapter  11 |
| Debtor(s) | |
| | Judge: |

**NOTICE OF NONCOMPLIANCE**
**WITH LOCAL RULE 1002–1**

ISSUE:    Chapter 11 Voluntary Petition (Corporate)

ATTY:     T. Randall Wright

    Movant has failed to comply with Neb. R. Bankr. P. 1002–1(A)(2).

    Movant has 14 days to file a certified copy of the corporation action authorizing the filing of the petition. If the movant fails to comply, the case will be set for a Show Cause hearing.

Dated:  3/6/13

                                        Diane Zech
                                        Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.