# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEBRASKA

In re:                                                  Case No. 13-40411

GREAT PLATTE RIVER ROAD
MEMORIAL FOUNDATION

                                                        Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| # | Creditor | Amount |
|---|----------|--------|
| 1 | Wells Fargo Bank<br>Special Accounts Group<br>MAC N9303-110<br>Sixth Street & Marquette Ave<br>Minneapolis MN 55479-0000 | $20,000,000.00 |
| 2 | Chubb & Son<br>PO Box 382001<br>Pittsburgh PA 15250-8001 | $31,517.58 |
| 3 | O'Keefe Elevator Company Inc<br>1402 Jones St<br>Omaha NE 68102-3218 | $14,263.79 |
| 4 | Cline Williams Law Firm<br>233 S 13th St<br>1900 US Bank Building<br>Lincoln NE 68508-0000 | $11,793.00 |
| 5 | Stagecoach<br>PO Box 704<br>Kearney NE 68848-0704 | $10,796.93 |
| 6 | Nebraska Public Power District<br>PO Box 2869<br>Omaha NE 68103-2860 | $9,439.21 |

| | | |
|---|---|---|
| 7 | Yanda's Pro Audio<br>PO Box 8<br>Kearney NE 68848-0008 | $9,209.84 |
| 8 | State of Nebraska<br>Department of Roads<br>PO Box 94759<br>Lincoln NE 68509-4759 | $6,000.00 |
| 9 | Warren-T Drain Cleaners & Plumbers<br>1400 W 22nd St Suite A<br>Kearney NE 68845-0000 | $5,530.14 |
| 10 | Assurant Health<br>PO Box 790293<br>St Louis MO 63179-0293 | $4,614.12 |
| 11 | Northwestern Energy<br>PO Box 1318<br>Huron SD 57350-1318 | $4,383.23 |
| 12 | Gary Ginther Studios<br>PO Box 11<br>Cambridge NE 69022-0011 | $2,201.91 |
| 13 | Benjamin's Landscaping<br>PO Box 558<br>Holdrege NE 68949-0000 | $1,927.46 |
| 14 | Frontier<br>PO Box 20550<br>Rochester NY 14602-0550 | $1,905.81 |
| 15 | State of Nebraska<br>Department of Revenue<br>PO Box 94818<br>Lincoln NE 68509-4818 | $1,555.87 |
| 16 | Paramount Linen<br>PO Box 30409<br>Lincoln NE 68503-0000 | $1,302.89 |
| 17 | Wiegand Security<br>PO Box 1476<br>Kearney NE 68848-1476 | $1,284.00 |
| 18 | Principal  Life<br>Group, Grand Island<br>PO Box 14513<br>Des Moines IA 50306-3513 | $1,200.56 |

| | | |
|---|---|---|
| 19 | PEP Co, Inc.<br>6970 W Hwy 30<br>Kearney NE 68845-0000 | $1,052.42 |
| 20 | Eakes Offices Plus<br>PO Box 2098<br>Grand Island NE 68802-2098 | $910.70 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Joel Johnson, the President of the Board for the Great Platte River Road Memorial Founds, named as debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated this 6th day of March, 2013.

GREAT PLATTE RIVER ROAD
MEMORIAL FOUNDATION

s/Joel Johnson
By:   Joel Johnson
Its:   President

DOCS/1168330.1