## VERIFICATION OF CREDITOR MATRIX

The undersigned, Sharmond Loeffler, Secretary of The Great Platte River Road Memorial Foundation, named as the debtor in this case, hereby verifies that the attached list of creditors is true and correct to the best of her knowledge.

Dated this 5th day of March, 2013

THE GREAT PLATTE RIVER ROAD
MEMORIAL FOUNDATION

By: Sharmond Loeffler,
Its: Secretary

DOCS/1163598.1