## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION,<br><br>Debtor. | CASE NO. BK 13-40411<br>CHAPTER 11<br><br>**DEBTOR'S MOTION FOR SHORTENED NOTICE PERIOD AND EXPEDITED HEARING AS TO EMERGENCY MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO HONOR OBLIGATIONS TO EMPLOYEES** |

COMES NOW Great Platte River Road Memorial Foundation, ("Debtor") the Debtor and Debtor-in-Possession herein, and requests a shortened notice period and an expedited hearing on its Debtor's Emergency Motion For Entry Of Order Authorizing Debtor To Honor Obligations To Employees (the "Motion"). In support of its motion, Debtor states and alleges as follows:

1. Debtor's statements and allegations included in the Motion are incorporated herein by reference. The requested relief should not be controversial, since the Debtor does has only about 10 employees and its cash and inventory are unencumbered.

2. A shortened notice period and expedited hearing is necessary in order to permit Debtor to pay its employees and retain them.

3. Court approval by no later than Friday, March 8, or as soon thereafter as possible, is necessary in order for Debtor to pay its employees and pay other expenses necessary for day-to-day operation.

4. If Court does not allow a shortened notice period and an expedited hearing, Debtor may lose important salaried personnel.

WHEREFORE, the Debtor hereby requests that the Court shorten the notice period and forthwith bring the Motion on for hearing.

Dated this 6th day of March, 2013.

        GREAT PLATTE RIVER ROAD MEMORIAL
        FOUNDATION, Debtor,

        By:  s/ T. Randall Wright
            T. Randall Wright (NE# 16398)
            Eric J. Adams (NE# 24545)
        of   BAIRD HOLM LLP
            1500 Woodmen Tower
            1700 Farnam St
            Omaha, NE  68102-2068
            Phone: 402-344-0500
        Attorneys for Debtor and Debtor-in-Possession

DOCS/1168439.1