## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:

GREAT PLATTE RIVER ROAD
MEMORIAL FOUNDATION,

        Debtor.

CASE NO. 13-40411
CHAPTER 11

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE**

COMES NOW Eric J. Adams of Baird Holm LLP and hereby enters his appearance as attorney for the Great Platte River Road Memorial Foundation, the Debtor in the above-captioned bankruptcy case.

Debtor hereby requests that service of all notices to which it is entitled be served upon it and upon the individual at the address set forth below and that the following be added to the Court's master matrix:

> Eric J. Adams
> Baird Holm LLP
> 1500 Woodmen Tower
> 1700 Farnam Street
> Omaha, Nebraska 68102-2068
> eadams@bairdholm.com

Dated this 7th day of March, 2013.

GREAT PLATTE RIVER ROAD MEMORIAL
FOUNDATION, Debtor,

By:  s/ Eric J. Adams
      T. Randall Wright (NE# 16398)
      Eric J. Adams (NE# 24545)
of   BAIRD HOLM LLP
      1500 Woodmen Tower
      1700 Farnam St
      Omaha, NE  68102-2068
      Phone: 402-344-0500

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

T. Randall Wright
rwright@bairdholm.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Jerry L. Jensen
Jerry.L.Jensen@usdoj.gov


s/Eric J. Adams

DOCS/1168600.1