## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION,<br><br>Debtor. | CASE NO. BK 13-40411<br>CHAPTER 11<br><br>**9013 NOTICE OF OBJECTION/RESISTANCE DEADLINE AND EXPEDITED HEARING** |

TO:  All Interested Parties

**NOTICE IS HEREBY GIVEN** that a Motion Requesting Authority to Incur Unsecured Debt Allowable Under Bankruptcy Code Section 503(B) as an Administrative Expense **(the "Motion"),** Filing No. 6, was filed by the Debtor, The Great Platte River Road Memorial Foundation, with the office of the Clerk of the U. S. Bankruptcy Court, Omaha, Nebraska.  A copy of the **Motion** was served electronically to ECF participants and copies of the **Motion** were sent by e-mail to creditor, Wells Fargo, and via regular first-class mail to the non-ECF parties.

**NOTICE IS FURTHER GIVEN:**

1. Any objection/resistance to the Motion must be filed with the Court and served on the undersigned counsel on or before **12:00 p.m. on March 12, 2013.**

2. Any objections/resistances shall be filed pursuant to Local Rule 9013(C).

3. A courtroom/telephonic hearing will be held **March 12, 2013, at 2:30 p.m.** Evidence shall be by affidavit and the deadline to submit to the court and opposing counsel is **prior to the hearing**.

Parties are requested to govern themselves accordingly.

Dated this 7th day of March, 2013.

        THE GREAT PLATTE RIVER ROAD MEMORIAL
FOUNDATION, Debtor,


By:  s/ T. Randall Wright
      T. Randall Wright (NE# 16398)
      Eric J. Adams (NE# 24545
of  BAIRD HOLM LLP
      1500 Woodmen Tower
      1700 Farnam St
      Omaha, NE  68102-2068
      Phone: 402-344-0500
      Fax: 402-344-0588
      Email: rwright@bairdholm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Patricia Fahey<br>ustpregion13.om.ecf@usdoj.gov | Jerry L. Jensen<br>Jerry.L.Jensen@usdoj.gov |

and that the foregoing was served on counsel for Wells Fargo via e-mail and regular U.S. Mail and to the following non-ecf participants, by regular U.S. Mail:

| | |
|---|---|
| Wells Fargo Bank Special Acct Group<br>c/o Katherine A. Constantine<br>Dorsey & Whitney LLP<br>50 S. 6th St., Ste. 1500<br>Minneapolis, MN 55402 | Chubb & Son<br>PO Box 382001<br>Pittsburg, PA  15250-8001 |
| O'Keefe Elevator Company Inc<br>1402 Jones St<br>Omaha, NE  68102-3218 | Cline Williams Law Firm<br>233 S 13 St<br>1900 US Bank Building<br>Lincoln, NE 68508 |
| Stagecoach<br>PO Box 704<br>Kearney, NE  68848-0704 | Nebraska Public Power District<br>PO Box 2869<br>Omaha, NE  68103-2860 |
| Yanda's Pro Audio<br>PO Box 8<br>Kearney, NE  68848-0008 | State of Nebraska<br>Department of Roads<br>PO Box 94759<br>Lincoln, NE  68509-4759 |

Warren-T Drain Cleaners & Plumbers
1400 W 22 St Ste A
Kearney, NE  68845

Northwestern Energy
PO Box 1318
Huron, SD  57350-1318

Benjamin's Landscaping
PO Box 558
Holdrege, NE  68949

State of Nebraska Dept of Revenue
PO Box 94818
Lincoln, NE  68509-4818

Wiegand Security
PO Box 1476
Kearney, NE  68848-1476

PEP Co, Inc
6970 W Hwy 30
Kearney, NE 68845

Centralized Insolvency Operations
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Assurant Health
PO Box 790293
St Louis, MO  63179-0293

Gary Ginther Studios
PO Box 11
Cambridge, NE  69022-0011

Frontier
PO Box 20550
Rochester, NY  14602-0550

Paramount Linen
PO Box 30409
Lincoln, NE   68503

Principal Life Group, Grand Island
PO Box 14513
Des Moines, IA  50306-3513

Eakes Offices Plus
PO Box 2098
Grand Island, NE  68802-2098

s/ T. Randall Wright

DOCS/1168727.1

3