# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION,<br><br>Debtor. | CASE NO. BK 13-40411<br>CHAPTER 11<br><br>**9013 NOTICE OF OBJECTION/RESISTANCE DEADLINE AND EXPEDITED HEARING** |

TO: All Interested Parties

**NOTICE IS HEREBY GIVEN** that an Emergency Motion for Entry of Order Authorizing Debtor to Honor Obligations to Employees **(the "Motion"),** Filing No. 9, was filed by the Debtor, The Great Platte River Road Memorial Foundation, with the office of the Clerk of the U. S. Bankruptcy Court, Omaha, Nebraska. A copy of the **Motion** was served electronically to ECF participants and copies of the **Motion** were sent by e-mail to creditor, Wells Fargo, and via regular first-class mail to the non-ECF parties.

**NOTICE IS FURTHER GIVEN:**

1. Any objection/resistance to the Motion must be filed with the Court and served on the undersigned counsel on or before **12:00 p.m. on March 12, 2013.**

2. Any objections/resistances shall be filed pursuant to Local Rule 9013(C).

3. A courtroom/telephonic hearing will be held **March 12, 2013, at 2:30 p.m.** Evidence shall be by affidavit and the deadline to submit to the court and opposing counsel is **prior to the hearing**.

Parties are requested to govern themselves accordingly.

Dated this 7th day of March, 2013.

THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION, Debtor,

By: s/ T. Randall Wright
T. Randall Wright (NE# 16398)
Eric J. Adams (NE# 24545
of BAIRD HOLM LLP
1500 Woodmen Tower
1700 Farnam St
Omaha, NE 68102-2068
Phone: 402-344-0500
Fax: 402-344-0588
Email: rwright@bairdholm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Patricia Fahey
ustpregion13.om.ecf@usdoj.gov

Jerry L. Jensen
Jerry.L.Jensen@usdoj.gov

and that the foregoing was served on counsel for Wells Fargo via e-mail and regular U.S. Mail and to the following non-ecf participants, by regular U.S. Mail:

Wells Fargo Bank Special Acct Group
c/o Katherine A. Constantine
Dorsey & Whitney LLP
50 S. 6th St., Ste. 1500
Minneapolis, MN 55402

Chubb & Son
PO Box 382001
Pittsburg, PA 15250-8001

O'Keefe Elevator Company Inc
1402 Jones St
Omaha, NE 68102-3218

Cline Williams Law Firm
233 S 13 St
1900 US Bank Building
Lincoln, NE 68508

Stagecoach
PO Box 704
Kearney, NE 68848-0704

Nebraska Public Power District
PO Box 2869
Omaha, NE 68103-2860

Yanda's Pro Audio
PO Box 8
Kearney, NE 68848-0008

State of Nebraska
Department of Roads
PO Box 94759
Lincoln, NE 68509-4759

2

Warren-T Drain Cleaners & Plumbers
1400 W 22 St Ste A
Kearney, NE  68845

Northwestern Energy
PO Box 1318
Huron, SD  57350-1318

Benjamin's Landscaping
PO Box 558
Holdrege, NE  68949

State of Nebraska Dept of Revenue
PO Box 94818
Lincoln, NE  68509-4818

Wiegand Security
PO Box 1476
Kearney, NE  68848-1476

PEP Co, Inc
6970 W Hwy 30
Kearney, NE 68845

Centralized Insolvency Operations
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Assurant Health
PO Box 790293
St Louis, MO  63179-0293

Gary Ginther Studios
PO Box 11
Cambridge, NE  69022-0011

Frontier
PO Box 20550
Rochester, NY  14602-0550

Paramount Linen
PO Box 30409
Lincoln, NE   68503

Principal Life Group, Grand Island
PO Box 14513
Des Moines, IA  50306-3513

Eakes Offices Plus
PO Box 2098
Grand Island, NE  68802-2098

s/ T. Randall Wright

DOCS/1168792.1

3