```
United States Bankruptcy Court
       District of Nebraska

In re:                                                          Case No. 13-40411-TLS
The Great Platte River Road Memorial Fou                        Chapter 11
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0867-4        User: ceucker         Page 1 of 3         Date Rcvd: Mar 07, 2013
                            Form ID: B9F          Total Noticed: 87


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2013.
db          +The Great Platte River Road Memorial Foundation,    3060 E 1 Street,   Kearney, NE 68847-0462
4063938     +AAA Party & Event Rentals,    112 E 6 St,   Kearney, NE 68847-7480
4063939     +AmSan,   13924 Collection Center Dr,   Chicago, IL 60693-0139
4063940     +Antelope Press,    410 Monte Vista Ave,   Mill Valley, CA 94941-5081
4063941      Assurant Health,    PO Box 790293,   St. Louis, MO 63179-0293
4063942     +Behr Creations,    55230 836th Rd,   Norfolk, NE 68701-1226
4063943     +Benjamin's Landscaping,    PO Box 558,   Holdrege, NE 68949-0558
4063944      Buffalo County Sheriff's Office,    Alarm Service Billing,   PO Box 2228,   Kearney, NE 68848-2228
4063945      Buffalo County Treasurer,    Jean A Sidwell,   PO Box 1270,   Kearney, NE 68848-1270
4063946      Builders,   PO Box 1895,   Kearney, NE 68848-1895
4063948      Cedar Ridge Emu Products,    PO Box 132,   Hadar, NE 68738-0132
4063949     +Charlotte Endorf,    710 S 13 St Ste. 900,   PLM 146,   Norfolk, NE 68701-5606
4063950      Chubb & Son,   PO Box 382001,   Pittsburgh, PA 15250-8001
4063951      City of Kearney,    Utilities Department,   PO Box 1180,   Kearney, NE 68848-1180
4063952      Cline Williams Law Firm,    233 S 13 St,   1900 US Bank Building,   Lincoln, NE 68508-0000
4063953      Comfy Bowl Inc,    Portable Rest Rooms,   PO Box 274,   Gibbon, NE 68840-0274
4063954     +CornCoctions,    17901 W Cedarview Rd,   Wood River, NE 68883-9351
4063955      Culligan of Kearney,    211 W 19 St,   Kearney, NE 68845-5950
4063956     +D Jean Smith,    74460 Road 395,   Curtis, NE 69025-6118
4063957      Deluxe for Business,    PO Box 742572,   Cincinnati, OH 45274-2572
4063958     +Diamond H Ceramics,    501 E 30 St,   So. Sioux City NE 68776-3342
4063959     +Diamond Willow Nebraska,    2522 16th St,   Columbus, NE 68601-4302
4063960      Eakes Office Plus,    PO Box 2098,   Grand Island, NE 68802-2098
4063961     +First National Bank of Omaha,    Attn: Fee Desk,   1620 Dodge St  Stop 1060,
              Omaha, NE 68197-0002
4063963      Gary Ginther Studios,    PO Box 11,   Cambridge, NE 69022-0011
4063964     +Gerald's Handcrafted Leather,    72440 L Rd,   Holdrege, NE 68949-3430
4063965     +Great Plains Sound & Tech LLC,    Kansas/Nebraska,   PO Box 14759,   Augusta, GA 30919-0759
4063966     +Heirloom Treasures,    85463 563 Ave,   Winside, NE 68790-5090
4063967      High Plains Wheat Weaver,    Box 383,   Potter, NE 69156-0383
4063968      Ims Countryside Painting,    61490 Highway 136,   Tecumseh, NE 68456-0000
4063969     +Ink Crazies,    503 W 35,   Kearney, NE 68845-2848
4063970      Intellicom,    PO Box 2672,   Kearney, NE 68848-2672
4063972     +Joanie Klein,    1407 8th Ave,   Kearney, NE 68845-6636
4063973      John Deere Financial,    PO Box 4450,   Carol Stream, IL 60197-4450
4063974      Julie Rogers,    PO Box 152,   Glendale, UT 84729-0152
4063975     +K and K Parts Co Inc,    Box 1986,   Kearney, NE 68848-1986
4063976     +KD Designs,    3500 Pela Verde Cir,   Lincoln, NE 68516-5760
4063977      Kearney Hub,    PO Box 1988,   Kearney, NE 68848-1988
4063978     +Kerri Garrison,    2819 W 44 St,   Kearney, NE 68845-1214
4063979     +Mary George,    5507 Avenue I,   Kearney, NE 68847-8467
4063980     +Mary Jane Rerucha,    317 Rd 7,   Schuyler, NE 68661-7109
4063981     +Mary Rose Pinkelman,    56893 889 Rd,   Wynot, NE 68792-2046
4063982      McDermott and Miller PC,    PO Box 1120,   Kearney, NE 68848-1120
4063983     +Miller Signs,    2520 Ave Q Unit C,   Kearney, NE 68847-4755
4063984      Morris Press,    PO Box 2110,   Kearney, NE 68848-2110
4063985      Nebraska Life,    PO Box 819,   Norfolk, NE 68702-0819
4063986      Nebraska Office of Elevator Safety Standards,    5723 F St,   Omaha NE 68117-2822
4063987      Nebraska Public Power District,    PO Box 2860,   Omaha, NE 68103-2860
4063988     +Nora Erickson,    5410 17th Ave  Apt 241,   Kearney, NE 68845-8309
4063989     +Northwest Electric, LLC,    3980 Imperial Ave,   Kearney, NE 68847-5681
4063991     +O'Keefe Elevator Company Inc,    1402 Jones St,   Omaha, NE 68102-3236
4063992     +OCTA,   Attn: Kathy Conway,    524 S Osage St,   Independence, MO 64050-3824
4063994     +PEP Co, Inc.,    6970 W Hwy 30,   Kearney, NE 68845-1689
4063993     +Paramount Linen and Uniform,    PO Box 30409,   Lincoln, NE 68503-0409
4063995      Platte Valley Communications of Kearney,    PO Box 505,   Kearney, NE 68848-0505
4063996      Principal Life,    Group Grand Island,   PO Box 14513,   Des Moines, IA 50306-3513
4063997     +Rasmussen Mechanical Services,    2425 E 4 St,   Sioux City, IA 51101-2219
4063998     +Rosemary's Porcelain Art,    599 266th Rd,   Milford, NE 68405-8765
4063999     +Seven Pines Creations,    902 Furnas Ave,   Cambridge, NE 69022-3567
4064000     +Shapeshifter Designs,    1649 N 29 St,   Lincoln, NE 68503-1508
4064001     +Shepherd's Dairy 4 Ewe,    81051 Anselmo Rd,   Anselmo, NE 68813-7808
4064002     +Sheryll Hickman Art,    4008 G Ave,   Kearney, NE 68847-2671
4064003     +Sign Center Inc,    1806 Central Ave,   Kearney, NE 68847-6026
4064004      Stagecoach,    PO Box 704,   Kearney, NE 68848-0704
4064005      State of Nebraska,    Department of Revenue,   Attn: Bankruptcy Unit,   PO Box 94818,
              Lincoln, NE 68509-4818
4064006      State of Nebraska,    Department of Roads,   PO Box 94759,   Lincoln, NE 68509-4759
4064007     +Steve Buttress,    3930 71st Ave Pl,   Kearney, NE 68845-0464
4064012     +TW Enterprises,    403 Teakwood Cir,   Grand Island, NE 68803-3136
4064008     +Taylor Made Clothing,    14 23rd Rd,   Emerson, NE 68733-3400
4064009      The Hartford,    PO Box 660916,   Dallas, TX 75266-0916
4064010     +Tony's Snow Service,    3850 Dove Hill Ave,   Kearney, NE 68845-0405
4064011      Tractor Supply Credit Plan,    Dept 30  1102789573,   PO Box 689020,   Des Moines, IA 50368-9020
```

```
District/off: 0867-4           User: ceucker              Page 2 of 3                   Date Rcvd: Mar 07, 2013
                               Form ID: B9F              Total Noticed: 87

 4064013        Tyco Integrated Security LLC,    PO Box 371967,    Pittsburgh, PA 15250-7967
 4064014        UnitedHealthcare Insurance Company,    Dept CH 10151,    Palatine, IL 60055-0151
 4064016       +Warren-T Plumbing Services,    1400 W 22 St Ste A,    Kearney, NE 68845-5385
 4064018        Wiegand Security Service,    PO Box 1476,    Kearney, NE 68848-1476
 4064019       +Wilcox Wood Art,    36486 Rd 723,    Palisade, NE 69040-6125
 4064020       +Wilke True Value,    PO Box 518,    Kearney, NE 68848-0518
 4064021       +Woodworks From The Barn,    51241 866th Rd,    Orchard, NE 68764-5017
 4064022        Yanda's Music and Pro Audio,    PO Box 8,    Kearney, NE 68848-0008
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rwright@bairdholm.com Mar 07 2013 21:40:04      T. Randall Wright,   Baird Holm LLP,
                 1500 Woodmen Tower,    Omaha, NE  68102-2068
 4063947        E-mail/Text: acctsreceivable@carrot-top.com Mar 07 2013 21:42:48      Carrot-Top Industries, Inc.,
                 PO Box 820,    Hillsborough, NC 27278-0820
 4063971        EDI: IRS.COM Mar 07 2013 21:43:00      Centralized Insolvency Operations,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
 4063962        E-mail/Text: bankruptcynotification@frontiercorp.com Mar 07 2013 21:42:51       Frontier,
                 PO Box 20550,    Rochester, NY 14602-0550
 4063990        E-mail/Text: anthony.flynn@northwestern.com Mar 07 2013 21:43:42      Northwestern Energy,
                 PO Box 1318,    Huron, SD 57350-1318
 4064015       +E-mail/Text: ustpregion13.om.ecf@usdoj.gov Mar 07 2013 21:44:35       United States Trustee,
                 111 S 18 Plaza, Ste 1148,    Omaha, NE 68102-1321
 4064017       +EDI: WFFC.COM Mar 07 2013 21:43:00      Wells Fargo Bank,   Special Accounts Group,
                 MAC N9303-110,    Sixth St and Marquette Ave,    Minneapolis, MN 55479-0001
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2013**         **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0867-4          User: ceucker            Page 3 of 3              Date Rcvd: Mar 07, 2013
                              Form ID: B9F             Total Noticed: 87
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2013 at the address(es) listed below:

        Jerry L. Jensen   on behalf of U.S. Trustee Patricia Fahey Jerry.L.Jensen@usdoj.gov
        Patricia   Fahey    ustpregion13.om.ecf@usdoj.gov
        T. Randall Wright   on behalf of Debtor   The Great Platte River Road Memorial Foundation
         rwright@bairdholm.com,   jsvoboda@bairdholm.com;ecf-bankruptcy@bairdholm.com

                                                                     TOTAL: 3

Case 13-40411-TLS    Doc 21    Filed 03/09/13    Entered 03/10/13 00:06:33    Desc Imaged
Certificate of Notice    Page 3 of 5

B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/12)     Case Number **13−40411−TLS**

UNITED STATES BANKRUPTCY COURT District of Nebraska

# Notice of
# Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 3/6/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

*Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.*

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
The Great Platte River Road Memorial Foundation
3060 E 1 Street
Kearney, NE 68847

| Case Number:<br>13−40411−TLS | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>47−0800660 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>T. Randall Wright<br>Baird Holm LLP<br>1500 Woodmen Tower<br>Omaha, NE 68102−2068<br>Telephone number:  (402) 636−8228 | |

## Meeting of Creditors
Date: **April 4, 2013**                                                  Time: **01:00 PM**
Location: **Robert V. Denney Courthouse, 100 Centennial Mall North, Room 124, Lincoln, NE 68508**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): **7/3/13**                        For a governmental unit:

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>460 Federal Building<br>100 Centennial Mall North<br>Lincoln, NE 68508<br>Telephone number:  (402)437−1625 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Diane Zech |
|---|---|
| Hours Open:  Monday − Friday 8:00 AM − 4:30 PM | Date:  3/7/13 |

# EXPLANATIONS

B9F (Official Form 9F) (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* **At the meeting, the debtor(s) will be required to provide a picture ID to verify identification and must also provide proof of social security number to the trustee.** Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. Notice – camera phones are not allowed in the building. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (Official Form B10) can be obtained online from the court's website at http://www.neb.uscourts.gov or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Interpreter | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. |

Refer to Other Side for Important Deadlines and Notices