# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 13-40411 |
| GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION, | CHAPTER 11 |
| Debtor. | **DEBTOR'S MOTION TO CONTINUE HEARING** |

COMES NOW the Great Platte River Road Memorial Foundation, Debtor and Debtor-in-Possession ("Debtor") and moves this Court for an Order continuing the hearing set on Debtor's Motion to Incur Unsecured Debt [Filing No. 6] (the "Motion to Incur"). In support of this Motion, Debtor states as follows:

1. Debtor commenced this Chapter 11 Case by filing its Voluntary Petition on March 6, 2013. Debtor continues in possession of its property and continues to operate and manage its business as Debtor-in-Possession pursuant to 28 U.S.C. §§ 1107(a) and 1108.

2. The Motion to Incur depends on Debtor obtaining a commitment from a lender allowing Debtor to borrow funds. Debtor has not yet received such a commitment, but expects that it will obtain a commitment shortly.

3. Since Debtor has not yet secured such a commitment, the hearing on the Motion to Incur which is set for March 12, 2013 at 2:30 p.m. [Filing No. 17] is premature.

4. The hearing set for March 12, 2013 [Filing No. 18] on Debtor's Motion for Entry of Order Authorizing Debtor to Honor Obligations to Employees [Filing No. 9] is still necessary.

WHEREFORE Debtor requests that the hearing on the Motion to Incur be continued for at least five (5) business days (March 18, 2013) in order to allow Debtor to obtain a loan commitment.

Dated this 12th day of March, 2013

          GREAT PLATTE RIVER ROAD MEMORIAL
          FOUNDATION, Debtor,

By: s/T. Randall Wright
    T. Randall Wright (NE# 16398)
    Eric J. Adams (NE# 24545)
of   BAIRD HOLM LLP
    1500 Woodmen Tower
    1700 Farnam St
    Omaha, NE  68102-2068
    Phone: 402-344-0500

## CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of March 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

T. Randall Wright
rwright@bairdholm.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Jerry L. Jensen
Jerry.L.Jensen@usdoj.gov

          s/T. Randall Wright

DOCS/1169599.1