## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:

GREAT PLATTE RIVER ROAD
MEMORIAL FOUNDATION,

Debtor.

CASE NO. BK 13-40411

CHAPTER 11

**ORDER APPROVING PAYMENT OF
PRE-PETITION PAYROLL**

This matter came before the Court on the Motion of the Debtor seeking permission to pay certain pre-petition payroll to salaried employees. The Debtor appeared by and through its counsel, T. Randall Wright.

The Court hereby finds that Debtor should be permitted to pay its salaried employees for pre-petition amounts owed, which amounts shall be limited to the amounts described in Exhibit A attached to the Motion. In addition, to the extent the Foundation is obligated to pay reimbursement to any employees for actual out of pocket expenses incurred in the ordinary course, the Foundation is authorized to pay those reimbursements, up to a total of $1,000 for all employees collectively.

No authorization to assume executory contracts is hereby granted or implied.

IT IS SO ORDERED.

March 12, 2013     s/ Thomas L. Saladino
United States Bankruptcy Judge

Copies electronically sent by the court to:
*T. Randall Wright / Eric Adams & UST

*Movant shall provide notice to parties in interest, if required by rule or statute.