# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. BK 13-40411 |
| THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION, | CHAPTER 11 |
| Debtor. | NOTICE OF CONTINUATION OF HEARING |

TO: All Interested Parties

**NOTICE IS HEREBY GIVEN** that the hearing on Debtor's Motion Requesting Authority to Incur Unsecured Debt Allowable Under Bankruptcy Code Section 503(B) as an Administrative Expense **(the "Motion"),** Filing No. 6, has been continued to Monday, March 18, 2013 at 10:00 a.m. The Court's order (Filing No. 25) that includes the dial-in information for those parties wanting to participate by telephone is enclosed.

Dated this 13th day of March, 2013.

THE GREAT PLATTE RIVER MEMORIAL FOUNDATION, Debtor,

By: s/ T. Randall Wright
T. Randall Wright (NE# 16398)
Eric J. Adams (NE# 24545
of    BAIRD HOLM LLP
1500 Woodmen Tower
1700 Farnam St
Omaha, NE 68102-2068
Phone: 402-344-0500
Fax: 402-344-0588
Email: rwright@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Patricia Fahey
ustpregion13.om.ecf@usdoj.gov

Jerry L. Jensen
Jerry.L.Jensen@usdoj.gov

and that the foregoing was served on counsel for Wells Fargo via e-mail and regular U.S. Mail and to the following non-ecf participants, by regular U.S. Mail:

Wells Fargo Bank Special Acct Group
c/o Katherine A. Constantine
Dorsey & Whitney LLP
50 S. 6th St., Ste. 1500
Minneapolis, MN 55402

Chubb & Son
PO Box 382001
Pittsburg, PA  15250-8001

O'Keefe Elevator Company Inc
1402 Jones St
Omaha, NE  68102-3218

Cline Williams Law Firm
233 S 13 St
1900 US Bank Building
Lincoln, NE 68508

Stagecoach
PO Box 704
Kearney, NE  68848-0704

Nebraska Public Power District
PO Box 2869
Omaha, NE  68103-2860

Yanda's Pro Audio
PO Box 8
Kearney, NE  68848-0008

State of Nebraska
Department of Roads
PO Box 94759
Lincoln, NE  68509-4759

Warren-T Drain Cleaners & Plumbers
1400 W 22 St Ste A
Kearney, NE  68845

Assurant Health
PO Box 790293
St Louis, MO  63179-0293

Northwestern Energy
PO Box 1318
Huron, SD  57350-1318

Gary Ginther Studios
PO Box 11
Cambridge, NE  69022-0011

Benjamin's Landscaping
PO Box 558
Holdrege, NE  68949

Frontier
PO Box 20550
Rochester, NY  14602-0550

State of Nebraska Dept of Revenue
PO Box 94818
Lincoln, NE  68509-4818

Paramount Linen
PO Box 30409
Lincoln, NE  68503

Wiegand Security
PO Box 1476
Kearney, NE  68848-1476

Principal Life Group, Grand Island
PO Box 14513
Des Moines, IA  50306-3513

PEP Co, Inc
6970 W Hwy 30
Kearney, NE 68845

Centralized Insolvency Operations
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Eakes Offices Plus
PO Box 2098
Grand Island, NE  68802-2098

s/ T. Randall Wright

DOCS/1170088.1

**From:** neb_bkecf@neb.uscourts.gov [mailto:neb_bkecf@neb.uscourts.gov]
**Sent:** Tuesday, March 12, 2013 1:36 PM
**To:** Courtmail@neb.uscourts.gov
**Subject:** Ch-11 13-40411-TLS The Great Platte River Road Memorial Foundation Order on Motion to Continue/Reschedule Hearing

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court
District of Nebraska

Notice of Electronic Filing

The following transaction was received from dkk entered on 3/12/2013 at 1:35 PM CDT and filed on 3/12/2013
**Case Name:** The Great Platte River Road Memorial Foundation
**Case Number:** 13-40411-TLS
**Document Number:** 25

**Docket Text:**
Order Granting Motion To Continue Hearing On (documents [6] Motion Requesting Authority to Incur Unsecured Debt Allowable Under Bankruptcy Code Section 503(B) as an Administrative Expense filed by Debtor) (Related Doc # [22]). Parties intending to participate by telephone must dial into the AT&T TeleConference Center 5 minutes prior to the scheduled hearing at the toll free number 1-888-684-8852, access code 5799715, security code 0804. The court will not call the participants. PARTICIPANT INSTRUCTIONS FOR ENTERING PHONE CONFERENCE and TELEPHONE HEARING PROTOCOL can be found on the courts website: www.neb.uscourts.gov. Hearing continued to 3/18/2013 at 10:00 AM at Omaha Courtroom-Telephonic Hearing. Affidavit evidence due by 4:30 PM on 3/15/2013. (Text only order) (dkk)

The following document(s) are associated with this transaction:

**13-40411-TLS Notice will be electronically mailed to:**

Eric J. Adams on behalf of Debtor The Great Platte River Road Memorial Foundation
eadams@bairdholm.com, lzeno@bairdholm.com
Patricia Fahey
ustpregion13.om.ecf@usdoj.gov
Jerry L. Jensen on behalf of U.S. Trustee Patricia Fahey
Jerry.L.Jensen@usdoj.gov
T. Randall Wright on behalf of Debtor The Great Platte River Road Memorial Foundation
rwright@bairdholm.com, jsvoboda@bairdholm.com;ecf-bankruptcy@bairdholm.com

**13-40411-TLS Notice will not be electronically mailed to:**