IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-40411 |
| | ) | Chapter 11 |
| THE GREAT PLATTE RIVER ROAD | ) | |
| MEMORIAL FOUNDATION, | ) | |
| | ) | |
| Debtor. | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW David J. Skalka of Croker, Huck, Kasher, DeWitt, Anderson & Gonderinger, L.L.C., and enters his appearance on behalf of Wells Fargo Bank, National Association, as indenture trustee ("Trustee") for the City of Kearney, Nebraska, Industrial Development Revenue Bonds (The Great Platte River Road Memorial Foundation Project), Series 2003, and further requests copies of all notices filed in the above-captioned matter to be sent to the undersigned, including notices pursuant to Rule 2002(i), and that the following to be added to the Court's master mailing list:

David J. Skalka, Esq.
Croker, Huck, Kasher, DeWitt,
Anderson & Gonderinger, L.L.C.
2120 South 72nd Street, Suite 1200
Omaha, Nebraska  68124
(402) 391-6777
(402) 390-9221 (fax)
dskalka@crokerlaw.com

DATED this 14th day of March, 2013.

WELLS FARGO BANK, NATIONAL
ASSOCIATION, Trustee

By:  _____/s/ David J. Skalka_____
   Robert M. Gonderinger, #16840
   David J. Skalka, #21537
   Croker, Huck, Kasher, DeWitt, Anderson &
      Gonderinger, L.L.C.
   2120 South 72nd Street, Suite 1200
   Omaha, NE  68124
   (402) 391-6777
   (402) 390-9221 (Fax)
Attorneys for Wells Fargo Bank, National
Association, Trustee

# **CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of March, 2013, I caused the above document to be filed in the Bankruptcy Court's CM/ECF system which gave notification electronically upon all parties who filed an appearance or requested notice by electronic filing in this case, and I hereby certify that I have mailed by first class United States mail, postage prepaid, the document to the following non-CM/ECF participants:

      None

                                                   /s/ David J. Skalka
                                            David J. Skalka, #21537

00507643.DOC