# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION,<br><br>Debtor. | CASE NO. BK 13-40411<br>CHAPTER 11<br><br>**MOTION FOR ADDITIONAL TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS** |

COMES NOW the Debtor, The Great Platte River Road Memorial Foundation, by and through its counsel and hereby requests an extension of time of nine (9) days ( until Friday, March 29, 2013) in which to file the Schedules and Statement of Financial Affairs. In support of Debtor's Motion, counsel shows that the Debtor's financial books and records are significant and there is only one employee who can sufficiently document the information needed.

WHEREFORE, the Debtor prays that the Court enter an Order in accordance with this request for an extension of time for nine (9) days to file Debtor's Schedules and Statement of Financial Affairs, and for such other and further relief as the Court deems appropriate.

Dated this 19th day of March, 2013.

                THE GREAT PLATTE RIVER ROAD MEMORIAL
                FOUNDATION, Debtor,

    By:   s/ T. Randall Wright
            T. Randall Wright (NE# 16398)
            Eric J. Adams (NE# 24545
    of    BAIRD HOLM LLP
            1500 Woodmen Tower
            1700 Farnam St
            Omaha, NE  68102-2068
            Phone: 402-344-0500
            Fax: 402-344-0588
            Email: rwright@bairdholm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Patricia Fahey<br>ustpregion13.om.ecf@usdoj.gov | Jerry L. Jensen<br>Jerry.L.Jensen@usdoj.gov |
| Robert M. Gonderinger<br>rgonderinger@crokerlaw.com | David J. Skalka<br>dskalka@crokerlaw.com |

                                                          s/ T. Randall Wright

DOCS/1171537.1