**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN RE: | BK Case No. 13-40411 |
| **The Great Platte River Road Memorial Foundation,** | Chapter 11 |
| Debtor(s). | **APPEARANCE AND REQUEST FOR NOTICE** |

Thomas A. Ukinski, Legal Counsel hereby enters his appearance as attorney of record for and on behalf of the following creditor:

> Nebraska Department of Labor
> Catherine D. Lang, Commissioner of Labor
> 550 South 16th Street
> Lincoln, NE  68508

And as may be required by law and pursuant to Bankruptcy Rule 2002, the attorney of record requests notice of all hearings and matters of any kind relating to these proceedings be sent to:

> Thomas A. Ukinski, Legal Counsel
> Nebraska Department of Labor
> 550 South 16th Street
> Lincoln, NE  68508
> Telephone:  (402) 471-9912
> Facsimile:   (402) 471-9917
> E-mail:  thomas.ukinski@nebraska.gov

DATED March 28, 2013.

NEBRASKA DEPARTMENT OF LABOR

By:     s/ *Thomas A. Ukinski*
JOHN H. ALBIN (#15900)
THOMAS A. UKINSKI (#18419)
P.O. Box 94600
550 South 16th Street
Lincoln, NE  68509-4600
Telephone:  (402) 471-9912
Facsimile:  (402) 471-9917
*john.albin@nebraska.gov*
*thomas.ukinski@nebraska.gov*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 28, 2013, I electronically filed the Appearance and Request for Notice with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following:

- Eric J. Adams    eadams@bairdholm.com, lzeno@bairdholm.com
- Patricia Fahey    ustpregion13.om.ecf@usdoj.gov
- Robert M. Gonderinger    rgonderinger@crokerlaw.com, mbothwell@crokerlaw.com;ssnook@crokerlaw.com
- Jerry L. Jensen    Jerry.L.Jensen@usdoj.gov
- David J. Skalka    dskalka@crokerlaw.com, jfox@crokerlaw.com;mbothwell@crokerlaw.com
- T. Randall Wright    rwright@bairdholm.com, jsvoboda@bairdholm.com;ecf-bankruptcy@bairdholm.com

I further certify that on March 28, 2013, I mailed by United States mail, postage prepaid, the Appearance and Request for Notice to the following non CM/ECF participant(s):

    No manual recipients

                                                            s/ *Thomas A. Ukinski*
                                                            John H. Albin (#15900)
                                                            Thomas A. Ukinski (#18419)