B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### District of Nebraska

In re  Great Platte River Road Mem'l Found ,           Case No.  13-40411 TLS
_____
             Debtor

Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $          0.00 | | |
| B - Personal Property | Yes | 2 | $    349,281.50 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $   20,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $        8,609.21 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $      108,856.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | No | | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | | $    349,281.50 | $   20,117,465.42 | |

B6A (Official Form 6A) (12/07)

In re   Great Platte River Road Mem'l Foundation          Case No.   13-40411 TLS
               **Debtor**                                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Arch Property: 3060 E. 1st St. Kearney, NE | Fee Simple | | unknown | 20000000.00 |
| | | | Total▶ | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re _The Great Platte River Road_
    _Memorial Foundation_
        Debtor

Case No. _13-40411-TLS_
        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | _See Attached_ | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |

B 6B (Official Form 6B) (12/07) — Cont.

In re The Great Platte River Road
Memorial Foundation
_____Debtor_____

Case No. 13.40411.TLS
(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re The Great Platte River Road    Case No. 13.40411.TLS
Memorial Foundation    (If known)
_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | | | |

_____ continuation sheets attached    Total▶    $ _____

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

Schedule B — Personal Property

| | Type of Property | Description & Location of Property | Value |
|---|---|---|---|
| 1 | Cash | Vault Funds | $ 2,600.00 |
| 2 | Checking, savings | Operations Checking Account #4432858<br>Platte Valley State Bank & Trust Company<br>2223 Second Avenue, PO Box 430, Kearney NE 68848<br>as of 3.6.13 | $ 2,264.02 |
| | | Savings Account #9095329<br>Platte Valley State Bank & Trust Company<br>2223 Second Avenue, PO Box 430, Kearney NE 68848<br>as of 3.6.13 | $ 395.51 |
| | | Escrow Pass Through Savings Account #9020873<br>Platte Valley State Bank & Trust Company<br>2223 Second Avenue, PO Box 430, Kearney NE 68848<br>as of 3.6.13 | $ - |
| 3 | Security deposits | none | |
| 4 | Household goods | none | |
| 5 | Books, pictures and other art objects | Framed prints<br>Props | $ 16,670.70<br>$ 22,500.00 |
| 6 | Wearing apparel | uniforms and costumes | $ - |
| 7 | Furs and Jewelry | none | |
| 8 | Firearms | none | |
| 9 | Interests in insurance policies | none | |
| 10 | Annuities | none | |
| 11 | Interests in an education IRA | none | |
| 12 | Interests in IRA, ERISA, Keogh or other | none | |
| 13 | Stock and interests | none | |
| 14 | Interests in partnerships | none | |
| 15 | Government and corporate bonds | none | |
| 16 | Accounts receivable | none | |
| 17 | Alimony | none | |
| 18 | Other liquidated debts | none | |
| 19 | Equitable or future interests | none | |
| 20 | Contingent and noncontigent interests | none | |
| 21 | Other contingent and unliquidated | none | |
| 22 | Patents, copyrights and other intellectual property | Trademark | $ 295,165.00 |
| 23 | Licenses, franchises | none | |
| 24 | Customer lists | none | |
| 25 | Automobiles, trucks, trailers and other vehicles and accessories | Gator | $ 6,473.00 |
| 26 | Boats, motors | none | |
| 27 | Aircraft | none | |
| 28 | Office equipment, furnishings and supplies | see Exhibit B.28 | $ - |
| 29 | Machinery, fixtures, equipment and supplies used in business | see Exhibit B.29 | $ - |

| | | | |
|---|---|---|---|
| 30 Inventory | Retail gift shop Inventory as of 3.6.12 | $ | 3,213.27 |
| 31 Animals | none | | |
| 32 Crops | none | | |
| 33 Farming equipment | none | | |
| 34 Farm supplies | none | | |
| 35 Other personal property | none | | |

$349,281.50

Exhibit B.28
Office equipment, furnishings and supplies

<u>Description</u>
Computers
Laptop computer
Computer printers
Phone system
Fax machine
General office furniture
POS system
Two way radio system
Dining area furniture and dishes
Benches and trash receptacles
Security cameras and monitors
Time clock
Computer server and DSL router
Microwave
Refrigerator
Lockers
General office equipment
Cash drawer locker
Safes
MUZAK system
Television and DVD player
Sound system
Radio information system

B 6C (Official Form 6C) (04/10)

In re   Great Platte River Road Mem'l Found.          ,                    Case No.  13-40411
                            Debtor                                                                  (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
*(Check one box)*                                                          $146,450.*
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |

*  *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re  Great Platte River Road Mem'l Found.  ,         Case No.  13-40411
                Debtor                                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Wells Fargo Bank MAC N9303-110 Sixth St & Marquette Ave Minneapolis MN 55479-000 | | | | | | | 20,000,000.00 | 0.00 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | | | | | | |
| | | | VALUE $ | | | | | |

_____continuation sheets attached

Subtotal ► (Total of this page)    $        $

Total ► (Use only on last page)    $        $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10)

In re  Great Platte River Road Mem'l Foun  ,                    Case No.  13-40411
—————————————————————                              ——————————————
              Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

In re _Great Platte River Road Mem'l Foun_____ ,          Case No. _13-40411_____
              Debtor                                                                (if known)

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

 

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____ continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re   Great Platte River Road Mem'l Foun                ,         Case No.   13-40411
_____                            _____
              **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  see attached | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals▶ (Totals of this page) | | | | $ | $ | |
| | | | Total▶ (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals▶ (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

Schedule E -- Creditors Holding Unsecured Priority Claims

| Creditor's Name, Address and Account Number | Date Claim Incurred and Consideration for Claim | Amount of Claim |
| --- | --- | --- |
| Account #8395888<br>State of Nebraska<br>Department of Revenue<br>PO Box 94818<br>Lincoln NE 68509-4818 | January 2013<br>sales tax | $ 727.23 |
| Account #8395888<br>State of Nebraska<br>Department of Revenue<br>PO Box 94818<br>Lincoln NE 68509-4818 | February 2013<br>sales tax | $ 828.64 |
| Account #608002052<br>Buffalo County Treasurer<br>Jean A Sidwell<br>PO Box 1270<br>Kearney NE 68848-1270 | 2012 property tax | $ 390.88 |
| Account #608002052<br>Buffalo County Treasurer<br>Jean A Sidwell<br>PO Box 1270<br>Kearney NE 68848-1270 | 2012 personal property tax | $ 42.46 |
| Account #<br>Nebraska Office of<br>Elevator Satety Standards<br>5723 F Street<br>Omaha NE 68117-2822 | 2.15.13<br>yearly elevator and<br>escalator inspections | $ 500.00 |
| Account #84-0034-01-1<br>State of Nebraska<br>Department of Roads<br>PO Box 94759<br>Lincoln NE 68509-4759 | Dec 2012--Mar 2013<br>escrow account | $ 6,000.00 |
| Account #<br>Buffalo County Sheriffs Office<br>Alarm Service Billing<br>PO Box 2228<br>Kearney NE 68848-2228 | 2013 digital alarm<br>service | $ 120.00 |

B 6F (Official Form 6F) (12/07)

In re __The Great Platte River Road Mem'l Found.__ ,        Case No. __13-40411__
       _____Debtor_____                                      _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>see attached | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | Subtotal➤ | | | | $ |
| _____continuation sheets attached | | | Total➤<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ |

Schedule F -- Creditors Holding Unsecured Nonpriority Claims

| Creditor's Name and Mailing Address | Date Claim Was Incurred And Consideration For Claim | Amount of Claim |
|---|---|---|
| Account #<br>AAA Party & Event Rentals<br>112 E 6th St<br>Kearney NE 68847-0000 | 11.30.12<br>table covering rental | $ 211.96 |
| Account #494408<br>AmSan<br>13924 Collection Center Dr<br>Chicago IL 60693-0000 | 10.19.12<br>custodial supplies | $ 902.91 |
| Account #<br>Antelope Press<br>410 Monte Vista Ave<br>Mill Valley CA 94941-0000 | 10.31.12 and 1.31.13<br>retail gift shop sales | $ 35.88 |
| Account #M03897<br>Assurant Health<br>PO Box 790293<br>St Louis MO 63179-0293 | 11.12.12 and 12.13.12<br>employee health insurance | $ 4,614.12 |
| Account #<br>Behr Creations<br>55230 836th Rd<br>Norfolk NE 69701-0000 | 9.30.12<br>retail gift shop sales | $ 90.00 |
| Account #2244<br>Benjamin's Landscaping<br>PO Box 558<br>Holdrege NE 68949-0000 | 10.9.12, 10.26.12, 11.19.12, 12.3.12,<br>1.8.13 and 2.1.13<br>lawn care | $ 1,927.46 |
| Account #389213<br>Builder's<br>PO Box 1895<br>Kearney NE 68848-1895 | 10.16.12, 10.17.12, 10.25.12, 11.16.12,<br>11.21.12, 11.25.12. 11.26.12, 12.25.12,<br>1.10.13 and 1.25.13.  Setoff 2.8.13<br>maintenance supplies | $ 18.41 |
| Account #685054<br>Carrot-Top Industries Inc<br>PO Box 820<br>Hillsborough NC 27278-0820 | 11.14.12<br>maintenance | $ 78.20 |
| Account #<br>Cedar Ridge Emu Products<br>PO Box 132<br>Hadar NE 68738-0132 | 10.31.12, 11.30.12, 12.31.12, 1.31.13<br>and 2.28.13<br>retail gift shop sales | $ 65.04 |
| Account #<br>Charlotte Endorf<br>710 S 13th St Ste 900 | 8.31.12 and 11.30.12<br>retail gift shop sales | $ 29.37 |

PLM# 146
Norfolk NE 68701-0000

| | | | |
|---|---|---|---|
| Account #251325000<br>City of Kearney<br>PO Box 1180<br>Kearney NE 68848-1180 | 1.31.13, 2.28.13 and 3.29.13<br>utilities | $ | 703.16 |
| Account #14221.002<br>Cline Williams Law Firm<br>233 S 13th St<br>1900 US Bank Building<br>Lincoln NE 68508-0000 | 2.26.13 and 3.11.13<br>legal services | $ | 13,822.45 |
| Account #<br>Comfy Bowl Inc<br>PO Box 274<br>Gibbon NE 68840 | 11.30.12<br>porta pot rental | $ | 53.50 |
| Account #<br>CornCoctions<br>17901 W Cedarview Rd<br>Wood River NE 68883 | 10.31.12, 11.30.12, 12.31.12, 1.31.13<br>and 2.28.13 | $ | 74.76 |
| Account #68718<br>Culligan of Kearney<br>211 W 19th St<br>Kearney NE 68845-5950 | 2.25.13 | $ | 27.42 |
| Account #<br>D Jean Smith<br>74460 Road 395<br>Curtis NE 69025-0000 | 9.30.12, 10.31.12, 11.30.12 and 2.28.13<br>retail gift shop sales | $ | 89.82 |
| Account #994025-758742<br>Deluxe for Business<br>PO Box 742572<br>Cincinnati OH 45274-2572 | 1.23.13<br>office supplies | $ | 244.32 |
| Account #<br>Diamond H Ceramics<br>501 E 30th St<br>So Sioux City NE 68776-0000 | 10.31.12, 11.30.12 and 12.31.12<br>retail gift shop sales | $ | 45.60 |
| Account #<br>Diamond Willow Nebraska<br>2522 16th St<br>Columbus NE 68601-0000 | 9.30.12, 10.31.12, 12.31.12 qnd 2.28.13<br>retail gift shop sales | $ | 196.89 |
| Account #125541<br>Eakes Office Plus<br>PO Box 2098 | 12.27.12, 1.1.13, 2.1.13, 2.28.13 and 3.1.13<br>office supplies/copier charges | $ | 922.64 |

Grand Island NE 68802-2098

| | | | |
|---|---|---|---|
| Account #84-0034-01-1<br>First National Bank of Omaha<br>Attn: Fee Desk<br>1620 Dodge St Stop 1060<br>Omaha NE 68197 | 10.11.12 and 1.22.13<br>bank fees | $ | 439.37 |
| Account #308-237-1000-052011-2<br>Frontier<br>PO Box 20550<br>Rochester NY 14602-0550 | 12.30.12, 1.30.13 and 2.28.13<br>telephone expense | $ | 1,905.81 |
| Account #<br>Gary Ginther Studios<br>PO Box 11<br>Cambridge NE 69022-0011 | 6.30.12, 11.10.12 and 11.30.12<br>retail gift shop sales and exhibit props | $ | 2,201.91 |
| Account #<br>Geralds Handcrafted Leather<br>72440 L Rd<br>Holdrege NE 68949-0000 | 9.30.12, 10.31.12, 11.30.12 and 1.31.13<br>retail gift shop sales | $ | 191.40 |
| Account #100437<br>Great Plains Sound & Tech LLC<br>Kansas/Nebraska<br>PO Box 14759<br>Augusta GA 30919-0000 | 11.1.12, 12.1.12, 01.01.13, 2.1.13 and 3.1.13<br>maintenance | $ | 898.80 |
| Account #<br>Heirloom Treasures<br>85463 563 Ave<br>Winside NE 68790-0000 | 10.31.12, 11.30.12, 12.31.12, 1.31.13<br>and 2.28.13<br>retail gift shop sales | $ | 296.29 |
| Account #<br>High Plains Wheat Weaver<br>Box 383<br>Potter NE 69156-0383 | 9.30.12 and 10.31.12<br>retail gift shop sales | $ | 36.60 |
| Account #<br>Ims Countryside Painting<br>61490 Highway 136<br>Tecumseh NE 68456-0000 | 9.30.12, 10.31.12, 11.30.12, 12.31.12,<br>1.31.13 and 2.28.13<br>retail gift shop sales | $ | 537.12 |
| Account #<br>Ink Crazies<br>503 W 35th<br>Kearney NE 68845-0000 | 9.30.12, 10.31.12, 11.30.12, 12.31.12,<br>1.31.13 and 2.28.13<br>retail gift shop sales | $ | 65.49 |
| Account #ARCH<br>Intellicom<br>PO Box 2672 | 11.30.12, 12.31.12, 1.31.12, 2.26.13 and<br>2.28.13<br>email/website hosting | $ | 263.64 |

Kearney NE 68848-2672

| | | | |
|---|---|---|---|
| Account #<br>Joanie Klein<br>1407 8th Ave<br>Kearney NE 68845-0000 | 9.30.12, 10.31.12, 11.30.12 and 12.31.12<br>retail gift shop sales | $ | 152.01 |
| Account #28117-90466<br>John Deere Financial<br>PO Box 4450<br>Carol Stream IL 60197-4450 | 1.27.13 and 2.27.13<br>maintenance | $ | 41.00 |
| Account #<br>Julie Rogers<br>PO Box 152<br>Glendale UT 84729-0152 | 9.30.12 and 10.31.12<br>retail gift shop sales | $ | 26.40 |
| Account #1631<br>K & K Parts Co Inc<br>Box 1986<br>Kearney NE 68848-1986 | 2.25.13<br>maintenance | $ | 58.79 |
| Account #<br>KD Designs<br>3500 Pela Verde Circle<br>Lincoln NE 68516-0000 | 9.30.12, 11.30.12 and 2.28.13<br>retail gift shop sales | $ | 38.55 |
| Account #209890<br>Kearney Hub<br>PO Box 1988<br>Kearney NE 68848-1988 | 11.25.12<br>print advertising | $ | 800.00 |
| Account #<br>Kerri Garrison<br>2819 W 44th St<br>Kearney NE 68845-0000 | 9.30.12, 10.31.12, 11.30.12, 12.31.12,<br>1.31.13 and 2.28.13<br>retail gift shop sales | $ | 122.61 |
| Account #<br>Mary George<br>5507 Ave I<br>Kearney NE 68847-0000 | 12.28.12 and 2.26.13<br>shipping fees | $ | 54.43 |
| Account #<br>Mary Jane Rerucha<br>317 Rd 7<br>Schuyler NE 68661-0000 | 9.30.12, 10.31.12, 11.30.12, 12.31.12,<br>1.31.13 and 2.28.13<br>retail gift shop sales | $ | 161.62 |
| Account #<br>Mary Rose Pinkelman<br>56893 889 Rd<br>Wynot NE 68792-0000 | 9.30.12, 10.31.12, 11.30.12, 12.31.12 and<br>2.28.13<br>retail gift shop sales | $ | 58.50 |

| | | | |
|---|---|---|---|
| Account #332960-5003<br>McDermott & Miller PC<br>PO Box 1120<br>Kearney NE 68848-1120 | 11.29.12, 11.30.12, 12.28.12, 12.31.12,<br>1.31.13, 2.27.13 and 3.2.13<br>payroll processing | $ | 557.43 |
| Account #<br>Miller Signs<br>2520 Avenue Q Unit C<br>Kearney NE 68847-0000 | 9.14.12<br>signage | $ | 69.56 |
| Account #<br>Morris Press<br>PO Box 2110<br>Kearney NE 68848-2110 | 1.31.13 and 2.28.13<br>retail gift shop sales | $ | 130.95 |
| Account #<br>Nebraska Life<br>PO Box 819<br>Norfolk NE 68702-0819 | 8.30.12, 10.31.12, 11.30.12 and 1.31.13<br>retail gift shop sales | $ | 48.39 |
| Account #NPPD-309620-69296<br>Nebraska Public Power District<br>PO Box 2860<br>Omaha NE 68103-2860 | 2.25.13 and 3.5.13<br>utilities | $ | 18,115.24 |
| Account #<br>Nora Erickson<br>5410 17th Ave Apt 241<br>Kearney NE  68845-0000 | 9.30.12, 10.31.12 and 12.31.12<br>retail gift shop sales | $ | 37.50 |
| Account #333333<br>Northwest Electric LLC<br>3980 Imperial Ave<br>Kearney NE 68847-0000 | 7.31.12<br>maintenance | $ | 202.35 |
| Account #2746201-9<br>Northwestern Energy<br>PO Box 1318<br>Huron SD 57350-1318 | 1.28.13, 2.27.13 and 3.18.13<br>utilities | $ | 5,295.62 |
| Account #006242<br>O'Keefe Elevator Company Inc<br>1402 Jones St<br>Omaha NE 68102-3218 | 9.24.12, 10.1.12, 10.9.12, 11.1.12, 12.1.12,<br>1.1.13, 2.1.13 and 3.1.13<br>maintenance | $ | 14,263.79 |
| Account #<br>OCTA<br>Attn: Kathy Conway<br>524 S Osage St<br>Independence MO 64050-0000 | 8.30.12, 9.30.12 and 2.28.13<br>retail gift shop sales | $ | 71.88 |
| Account #7250 | 8.31.12, 9.14.12, 9.28.12, 10.1.12, 10.12.12, | $ | 1,410.77 |

Paramount Linen & Uniform
PO Box 30409
Lincoln NE 68503-0000

10.26.12, 11.1.12, 11.9.12, 11.23.12, 12.3.12,
12.7.12, 12.21.12, 1.1.13, 1.4.13, 1.18.13,
2.1.13, 2.15.13 and 3.1.13
maintenance

Account #11
PEP Co Inc
6970 W Hwy 30
Kearney NE 68845-0000

9.24.12, 10.18.12, 11.20.12, 12.21.12,
1.24.13 and 2.12.13
maintenance

$        1,052.42

Account #THGRPL
Platte Valley Communications
of Kearney
PO Box 505
Kearney NE 68848-0505

1.7.13 and 1.10.13
maintenance

$         636.00

Account #P14932-1
Principal Life
Group Grand Island
PO Box 14513
Des Moines IA 50306-3513

11.17.12 and 12.17.12
employee insurance

$        1,200.56

Account #0000197
Rasmussen Mechanical Services
2425 E 4th St
Sioux City IA 51101-0000

10.22.12, 11.1.12, 11.30.12, 12.31.12,
1.31.13 and 2.28.13
maintenance

$         734.11

Account #
Rosemary's Porcelain Art
599 266th Rd
Milford NE 68405-0000

9.30.12, 10.31.12 and 2.28.13
retail gift shop sales

$          68.64

Account #
Seven Pines Creations
902 Furnas Ave
Cambridge NE 69022-0000

9.30.12, 10.31.12 and 11.30.12
retail gift shop sales

$          38.75

Account #
Shapeshifter Designs
1649 N 29th St
Lincoln NE 68503-0000

9.30.12, 10.31.12 and 12.31.12
retail gift shop sales

$         118.50

Account #
Shepherd's Dairy 4 Ewe
81051 Anselmo Rd
Anselmo NE 68813-0000

9.30.12, 10.31.12, 11.30.12, 12.31.12,
1.31.13 and 2.28.13
retail gift shop sales

$         283.80

Account #
Sheryll Hickman Art
4008 G Ave
Kearney NE 68847-0000

8.31.12 and 9.30.12
retail gift shop sales

$         204.30

| | | | |
|---|---|---|---|
| Account #<br>Sign Center Inc<br>1806 Central Ave<br>Kearney NE 68847-0000 | 11.5.12<br>signage | $ | 135.00 |
| Account #<br>Stagecoach<br>PO Box 704<br>Kearney NE 68848-0704 | 10.31.12, 11.30.12, 12.31.12, 1.31.12,<br>2.7.13 and 2.28.12<br>retail gift shop sales | $ | 10,796.93 |
| Account #<br>Steve Buttress<br>3930 71st Ave Pl<br>Kearney NE 68845-0000 | 9.30.12 and 11.30.12<br>retail gift shop sales | $ | 39.75 |
| Account #<br>Taylor Made Clothing<br>14 23rd Rd<br>Emerson NE 68733-0000 | 9.30.12, 11.30.12 and 1.31.13<br>retail gift shop sales | $ | 75.00 |
| Account #13069125<br>The Hartford<br>PO Box 660916<br>Dallas TX 75266-0916 | 9.13.11<br>insurance | $ | 783.00 |
| Account #<br>Tony's Snow Service<br>3850 Dove Hill Avenue<br>Kearney NE 68845-0000 | 1.10.13 and 3.19.13<br>snow removal | $ | 2,065.00 |
| Account #6035 3011 0278 9573<br>Tractor Supply Co<br>Dept 30 - 1102789573<br>PO Box 689020<br>Des Moines IA 50368-9020 | 10.18.12, 11.3.12, 11.24.12, 11.29.12,<br>12.24.12, 12.30.12, 1.24.13,1.30.13,<br>2.24.13 and 2.27.13<br>maintenance | $ | 93.12 |
| Account #<br>TW Enterprises<br>403 Teakwood Circle<br>Grand Island NE 68803-0000 | 9.30.12, 10.31.12, 11.30.12, 12.31.12,<br>1.31.13 and 2.28.13<br>retail gift shop sales | $ | 385.07 |
| Account #01300 107308046<br>Tyco Integrated Security LLC<br>PO Box 371967<br>Pittsburgh PA 15250-7967 | 1.5.13 and 2.9.13<br>security system | $ | 678.64 |
| Account #601580<br>UnitedHealthCare<br>Dept CH 10151<br>Palatine IL 60055-0151 | 11.14.12, 1.16.13 and 1.18.13<br>employee insurance | $ | 398.46 |
| Account # | 11.27.12, 1.31.13 and 2.28.13 | $ | 5,363.50 |

Warren-T Plumbing Services          maintenance
1400 W 22nd St Ste A
Kearney NE 68845-0000


Account #                          10.31.12, 11.30.12, 12.31.12, 1.31.13 and        $        1,605.00
Wiegand Security Service           2.28.13
PO Box 1476                        security service
Kearney NE 68848-1476


Account #                          9.30.12, 10.31.12, 11.30.12, 12.31.12 and        $           43.20
Wilcox Wood Art                    2.28.13
36486 Rd 723                       retail gift shop sales
Palisade NE 69040-0000


Account #910                       10.13.12, 10.22.12, 10.26.12, 10.28.12,          $          102.45
Wilke's True Value                 11.23.12, 11.26.12, 11.29.12, 11.30.12,
PO Box 518                         1.31.13 and 2.28.13
Kearney NE 68848-0518              maintenance


Account #                          9.30.12, 11.30.12, 12.31.12, 1.31.13 and         $           37.54
Woodworks From The Barn            2.28.13
51241 866th Rd                     retail gift shop sales
Orchard NE 68764-0000


Account #6293                      10.3.12, 11.23.12 and 11.28.12                    $        9,209.84
Yanda's Music & Pro Audio          maintenance
PO Box 8
Kearney NE 68848-0008

B 6G (Official Form 6G) (12/07)

In re   Great Platte River Road Mem'l Found.   ,          Case No.   13-40411
                 **Debtor**                                               **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| see attached | |
| | |
| | |
| | |
| | |
| | |

Schedule G -- Executory Contracts and Unexpired Leases

| Name and Mailing Address | Description of Contract or Lease |
| --- | --- |
| O'Keefe Elevator Company Inc<br>1402 Jones Street<br>Omaha NE 68102-3218 | elevator and escalator service agreement |
| State of Nebraska<br>Department of Roads<br>PO Box 94759<br>Lincoln NE 68509-4759 | air lease agreement |
| Stagecoach<br>PO Box 704<br>Kearney NE 68848-0704 | retail gift shop supplier |
| Chubb & Son<br>PO Box 382001<br>Pittsburgh PA 15250-8001 | general liability insurance<br>umbrella insurance<br>directors and officers insurance |
| The Hartford<br>PO Box 660916<br>Dallas TX 75266-0916 | work compensation policy |
| Black Inc<br>327 W Morgan St<br>Raleigh NC 27601-0000 | POS software support agreement |
| Great Plains Sound & Tech LLC<br>PO Box 14759<br>Augusta GA 30919-0000 | MUZAK services |
| Various home based businesses | consignment gift shop agreements |

B 6H (Official Form 6H) (12/07)

In re   Great Platte River Road Mem'l Found   ,                    Case No.   13-40411
                    **Debtor**                                                        **(if known)**

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |