CASE NAME: Great Platte River Road Mem'l Fo

CASE NUMBER: 13-40411

MONTHLY OPERATING REPORTS

COMPARATIVE BALANCE SHEETS

| ASSETS | PETITION DATE MAR 6, 2013 | MONTH ENDING MAR 31, 2013 | MONTH ENDING APR 30, 2013 | MONTH ENDING MAY 31, 2013 | MONTH ENDING JUN 30, 2013 | MONTH ENDING JUL 31, 2013 | MONTH ENDING AUG 31, 2013 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | $ 5,299.33 | $ 37,216.71 | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivable, Net (Sched. A) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Inventory, At Lower Of Cost Or·Market | $ 3,213.27 | $ 3,017.19 | $ - | $ - | $ - | $ - | $ - |
| Prepaid Expenses | $ 36,845.00 | $ 24,183.20 | $ - | $ - | $ - | $ - | $ - |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Current Assets | $ 45,357.60 | $ 64,417.10 | $ - | $ - | $ - | $ - | $ - |
| **PROPERTY, PLANT & EQUIPMENT** | $ 46,391,891.50 | $ 46,391,891.50 | $ - | $ - | $ - | $ - | $ - |
| Less Accumulated Depreciation | $ 21,491,921.50 | $ 21,738,664.39 | $ - | $ - | $ - | $ - | $ - |
| Net Property | $ 24,899,970.00 | $ 24,653,227.11 | $ - | $ - | $ - | $ - | $ - |
| **OTHER ASSETS** | | | | | | | |
| DOR Escrow | $ 86,068.38 | $ 86,074.29 | $ - | $ - | $ - | $ - | $ - |
| Trademark | $ 295,164.50 | $ 295,164.50 | $ - | $ - | $ - | $ - | $ - |
| Total Other Assets | $ 381,232.88 | $ 381,238.79 | $ - | $ - | $ - | $ - | $ - |
| **TOTAL ASSETS** | $ 25,326,560.48 | $ 25,098,883.00 | $ - | $ - | $ - | $ - | $ - |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF _22_ PAGES ARE TRUE AND CORRECT.

Date Submitted _6/18/2013_    Signed _Sharmond Loeffler_

_Sharmond Loeffler_
(Printed name of signatory)

CASE NAME:  Great Platte River Road Mem'l Fo

CASE NUMBER: 13-40411

MONTHLY OPERATING REPORTS
COMPARATIVE BALANCE SHEETS

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE MAR 6, 2013 | MONTH ENDING MAR 31, 2013 | MONTH ENDING APR 30, 2013 | MONTH ENDING MAY 31, 2013 | MONTH ENDING JUN 30, 2013 | MONTH ENDING JUL 31, 2013 | MONTH ENDING AUG 31, 2013 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | $ - | $ 10,283.13 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| Pre-Petition Liabilities | | | | | | | |
| Notes Payable - Secured | $ 20,000,000.00 | $ 20,000,000.00 | $ - | $ - | $ - | $ - | $ - |
| Priority Debt | $ 8,609.21 | $ 8,609.21 | $ - | $ - | $ - | $ - | $ - |
| Unsecured Debt | $ 108,856.31 | $ 109,062.49 | $ - | $ - | $ - | $ - | $ - |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Pre Petition Liabilities | $ 20,117,465.52 | $ 20,117,671.70 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| Total Liabilities | $ 20,117,465.52 | $ 20,127,954.83 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| **STOCKHOLDERS' EQUITY** | | | | | | | |
| Preferred Stock | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Common Stock | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Paid-In Capital | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Retained Earnings | | | | | | | |
| Through Filing Date | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Post Filing Date | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| Total Stockholders' Equity | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | $ 20,117,465.52 | $ 20,127,954.83 | $ - | $ - | $ - | $ - | $ - |

CASE NAME:  Great Platte River Road Mem'l Fo

STATEMENT OF INCOME (LOSS)

CASE NUMBER:  13-40411

| | MONTH ENDING MAR 31, 2013 | MONTH ENDING APR 30, 2013 | MONTH ENDING MAY 31, 2013 | MONTH ENDING JUN 30, 2013 | MONTH ENDING JUL 31, 2013 | MONTH ENDING AUG 31, 2013 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| NET REVENUE (INCOME) | $ 101,300.23 | $ - | $ - | $ - | $ - | $ - | $ 101,300.23 |
| COST OF GOOD SOLD | | | | | | | |
| Materials | $ 1,888.13 | $ - | $ - | $ - | $ - | $ - | $ 1,888.13 |
| Labor - Direct | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Manufacturing Overhead | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Cost of Goods Sold | $ 1,888.13 | $ - | $ - | $ - | $ - | $ - | $ 1,888.13 |
| GROSS PROFIT | $ 99,412.10 | $ - | $ - | $ - | $ - | $ - | $ 99,412.10 |
| OPERATING EXPENSES | | | | | | | |
| Selling & Marketing | $ 184.00 | $ - | $ - | $ - | $ - | $ - | $ 184.00 |
| Executive & Mgmt. Salaries | $ 15,396.80 | $ - | $ - | $ - | $ - | $ - | $ 15,396.80 |
| Office & Other Salaries | $ 6,578.51 | $ - | $ - | $ - | $ - | $ - | $ 6,578.51 |
| Rent | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other (Attach Schedule) | $ 57,096.10 | $ - | $ - | $ - | $ - | $ - | $ 57,096.10 |
| Total Operating Expenses | $ 79,255.41 | $ - | $ - | $ - | $ - | $ - | $ 57,096.10 |
| OTHER EXPENSES | | | | | | | |
| Quarterly Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Depreciation | $ 82,247.63 | $ - | $ - | $ - | $ - | $ - | $ 82,247.63 |
| Interest | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Attorney's Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Professional Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Other Expenses | $ 82,247.63 | $ - | $ - | $ - | $ - | $ - | $ 82,247.63 |
| Total Expenses | $ 161,503.04 | $ - | $ | $ - | $ - | $ | $ 161,503.04 |
| NET INCOME (LOSS) | $ (62,090.94) | $ - | $ | $ - | $ - | $ | $ (62,090.94) |

# Accounts Payable
## March 2013

| Creditor | Description | Amount | Amount Paid | Balance Due |
|---|---|---|---|---|
| Chubb | Insurance | $ 31,517.58 | $ 31,517.58 | $ - |
| Mgmt Salaries | Payroll - 3.19.13 | $ 10,477.99 | $ 10,477.99 | $ - |
| Nebraska Public Power District | Utilities - deposit | $ 10,000.00 | $ 10,000.00 | $ - |
| Mgmt Salaries | Payroll - 3.29.13 | $ 4,918.81 | $ 4,918.81 | $ - |
| IRS | Payroll Taxes - 3.19.13 | $ 3,935.26 | $ 3,935.26 | $ - |
| Hourly Wages | Payroll - 3.29.13 | $ 3,525.20 | $ 3,525.20 | $ - |
| Hourly Wages | Payroll - 3.19.13 | $ 3,053.31 | $ 3,053.31 | $ - |
| IRS | Payroll Taxes - 3.29.13 | $ 2,432.26 | $ 2,432.26 | $ - |
| NE Dept of Revenue | Payroll Taxes - 3.19.13 | $ 397.20 | $ 397.20 | $ - |
| City of Kearney | Utilities - deposit | $ 283.00 | $ 283.00 | $ - |
| NE Dept of Revenue | Payroll Taxes - 3.29.13 | $ 202.24 | $ 202.24 | $ - |
| McDermott & Miller | Payroll Processing | $ 55.00 | $ 55.00 | $ - |
| McDermott & Miller | Payroll Processing | $ 55.00 | $ 55.00 | $ - |
| American Express | Merchant Service Fees | $ 7.56 | $ 7.56 | $ - |
| Culligan | Supplies - water | $ 11.74 | $ - | $ 11.74 |
| Sign Center | Marketing - signage | $ 184.00 | $ - | $ 184.00 |
| D & S Lighting | Maintenance - light bulbs | $ 225.34 | $ - | $ 225.34 |
| Protex Central | Maintenance - light bulbs | $ 363.80 | $ - | $ 363.80 |
| Tyco Integrated Services | Utilities - security | $ 357.98 | $ - | $ 357.98 |
| Eakes Office Plus | Supplies - copier usage | $ 325.52 | $ - | $ 325.52 |
| Great Plains Sound | Maintenance - muzak | $ 179.76 | $ - | $ 179.76 |
| Northwestern | Utilities - gas | $ 3,986.59 | $ - | $ 3,986.59 |
| Photos by Ms Mac | COGS - retail gift shop | $ 32.10 | $ - | $ 32.10 |
| Antelope Press | COGS - retail gift shop | $ 8.97 | $ - | $ 8.97 |
| April Whitten | COGS - retail gift shop | $ 54.00 | $ - | $ 54.00 |
| Archway Images | COGS - retail gift shop | $ 36.61 | $ - | $ 36.61 |
| Art Horizons | COGS - retail gift shop | $ 27.60 | $ - | $ 27.60 |
| Big Red Popcorn | COGS - retail gift shop | $ 7.18 | $ - | $ 7.18 |
| Bruce Torkelsom | COGS - retail gift shop | $ 22.32 | $ - | $ 22.32 |
| Carolyn Schiedies | COGS - retail gift shop | $ 11.00 | $ - | $ 11.00 |
| Cedar Ridge Emu Products | COGS - retail gift shop | $ 37.50 | $ - | $ 37.50 |
| Claudia Liess | COGS - retail gift shop | $ 9.57 | $ - | $ 9.57 |
| Clifford E Lowell | COGS - retail gift shop | $ 7.20 | $ - | $ 7.20 |
| CornCoctions | COGS - retail gift shop | $ 49.92 | $ - | $ 49.92 |
| Country Rhoads | COGS - retail gift shop | $ 6.60 | $ - | $ 6.60 |
| Creative Writing | COGS - retail gift shop | $ 2.70 | $ - | $ 2.70 |
| D Jean Smith | COGS - retail gift shop | $ 14.97 | $ - | $ 14.97 |
| Dawna Ourada | COGS - retail gift shop | $ 10.10 | $ - | $ 10.10 |
| Diamond H Ceramics | COGS - retail gift shop | $ 49.80 | $ - | $ 49.80 |
| Diamond Willow Nebraska | COGS - retail gift shop | $ 16.17 | $ - | $ 16.17 |
| Dr Eliot Johnson | COGS - retail gift shop | $ 9.54 | $ - | $ 9.54 |
| EC Beads | COGS - retail gift shop | $ 7.77 | $ - | $ 7.77 |
| Geralds Handcraft Leather | COGS - retail gift shop | $ 67.50 | $ - | $ 67.50 |
| Ginger tenBensel | COGS - retail gift shop | $ 19.14 | $ - | $ 19.14 |
| Heirloom Treasures | COGS - retail gift shop | $ 165.22 | $ - | $ 165.22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Holen One Farms | COGS - retail gift shop | $ | 17.85 | $ | - | $ | 17.85 |
| Ims Countryside Painting | COGS - retail gift shop | $ | 43.89 | $ | - | $ | 43.89 |
| In Plains Sight | COGS - retail gift shop | $ | 25.80 | $ | - | $ | 25.80 |
| Ink Crazies | COGS - retail gift shop | $ | 26.55 | $ | - | $ | 26.55 |
| Jolene Allphin | COGS - retail gift shop | $ | 58.20 | $ | - | $ | 58.20 |
| KD Designs | COGS - retail gift shop | $ | 34.05 | $ | - | $ | 34.05 |
| Kerri Garrison | COGS - retail gift shop | $ | 49.88 | $ | - | $ | 49.88 |
| Little Blue River Soap | COGS - retail gift shop | $ | 4.80 | $ | - | $ | 4.80 |
| Marcia Vodhnal | COGS - retail gift shop | $ | 6.00 | $ | - | $ | 6.00 |
| Mary Elizabeth Anderson | COGS - retail gift shop | $ | 9.57 | $ | - | $ | 9.57 |
| Mary Jane Rerucha | COGS - retail gift shop | $ | 19.42 | $ | - | $ | 19.42 |
| Mary Rose Pinkelman | COGS - retail gift shop | $ | 27.30 | $ | - | $ | 27.30 |
| Michele Johnson | COGS - retail gift shop | $ | 0.90 | $ | - | $ | 0.90 |
| Morris Press | COGS - retail gift shop | $ | 223.32 | $ | - | $ | 223.32 |
| Nature Photo Treasures | COGS - retail gift shop | $ | 12.00 | $ | - | $ | 12.00 |
| Nebraska Life | COGS - retail gift shop | $ | 3.57 | $ | - | $ | 3.57 |
| Nebraska Sunset Soap | COGS - retail gift shop | $ | 3.51 | $ | - | $ | 3.51 |
| NEBRASKAland Magazine | COGS - retail gift shop | $ | 5.94 | $ | - | $ | 5.94 |
| Oak Tree Press | COGS - retail gift shop | $ | 26.91 | $ | - | $ | 26.91 |
| OCTA | COGS - retail gift shop | $ | 53.91 | $ | - | $ | 53.91 |
| Paul Cottrell | COGS - retail gift shop | $ | 36.48 | $ | - | $ | 36.48 |
| Rafter 7S | COGS - retail gift shop | $ | 10.20 | $ | - | $ | 10.20 |
| Rosemarys Porcelain Art | COGS - retail gift shop | $ | 30.88 | $ | - | $ | 30.88 |
| Seven Pines Creations | COGS - retail gift shop | $ | 2.55 | $ | - | $ | 2.55 |
| Shapeshifter Designs | COGS - retail gift shop | $ | 57.60 | $ | - | $ | 57.60 |
| Shepherds Dairy 4 Ewe | COGS - retail gift shop | $ | 170.40 | $ | - | $ | 170.40 |
| Taylor Made Clothing | COGS - retail gift shop | $ | 39.00 | $ | - | $ | 39.00 |
| Thomas D Phillips | COGS - retail gift shop | $ | 56.85 | $ | - | $ | 56.85 |
| Traveling Creations | COGS - retail gift shop | $ | 32.40 | $ | - | $ | 32.40 |
| TW Enterprises | COGS - retail gift shop | $ | 76.12 | $ | - | $ | 76.12 |
| Wilcox Wood Art | COGS - retail gift shop | $ | 37.80 | $ | - | $ | 37.80 |
| Woodworks From the Barn | COGS - retail gift shop | $ | 11.00 | $ | - | $ | 11.00 |
| NE Dept of Revenue | Taxes - sales | $ | 2,579.12 | $ | - | $ | 2,579.12 |
| PEP Co Inc | Maintenance - pest control | $ | 181.15 | $ | - | $ | 181.15 |
| | TOTAL | $ | 81,143.54 | $ | 70,860.41 | $ | 10,283.13 |

# INVENTORY

|  | AMOUNT |
|---|---|
| **BEGINNING INVENTORY:** | $ 3,213.27 |
| (Ending Inventory from last month's report | |

**Inventory Purchased during Month:**

| | Amount | |
|---|---|---|
| | $ - | |
| | $ - | |
| | $ - | |
| | $ - | |
| | $ - | |
| | | $ - |

**Inventory Sold/Used during Month:**

| | | |
|---|---|---|
| plate | $ 18.00 | |
| activity/color book | $ 47.00 | |
| watercolor poster | $ 3.99 | |
| stationery set | $ 23.00 | |
| pewter thimble | $ 17.50 | |
| keychain | $ 16.50 | |
| souvenir book | $ 68.20 | |
| postcards | $ 1.89 | |
| | $ - | |
| | | $ 196.08 |

| **ENDING INVENTORY** | $ 3,017.19 |
|---|---|
| (should match Current Inventory on Balance Sheet) | |

# CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period:  March 6, 2013 to March 31, 2013

## CASH RECONCILIATION

| | | |
|---|---|---:|
| Beginning Cash Balance | $ | 30.32 |
| (ending cash balance from last month's report) | | |
| Cash Receipts | $ 97,006.19 | |
| from Cash Receipts Journal on next page) | | |
| Cash Disbursements | $ 67,942.91 | |
| from Cash Disbursements Journal on next page) | | |
| Net Cash Flow | $ | 29,063.28 |
| Ending Cash Balance | $ | 29,093.60 |

## CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---:|---|
| Petty Cash | $          - | n/a |
| Regular Checking | $  29,063.27 | Platte Valley State Bank |
| Tax Account | $          - | n/a |
| Other Checking Accounts | $     30.33 | Platte Valley State Bank |
| Interest-Bearing Deposits | $          - | n/a |
| Short-Term Investments | $          - | n/a |
| TOTAL | $  29,093.60 | |
| (must agree with Ending Cash Balance) | | |

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: March 7, 2013 to March 31, 2013

### CASH RECEIPTS JOURNAL

| Date | Description (Source) | | Amount |
|---|---|---|---|
| 7-Mar-13 | funds transfer--pre-petition account | $ | 2,362.46 |
| 7-Mar-13 | cash -- daily operation | $ | 395.51 |
| 8-Mar-13 | cash -- daily operation | $ | 139.00 |
| 8-Mar-13 | cash -- daily operation | $ | 140.16 |
| 12-Mar-13 | funds transfer--pre-petition account | $ | 2,088.81 |
| 12-Mar-13 | cash -- daily operation | $ | 123.49 |
| 12-Mar-13 | cash -- daily operation | $ | 201.51 |
| 12-Mar-13 | cash -- daily operation | $ | 282.21 |
| 12-Mar-13 | cash -- daily operation | $ | 383.07 |
| 12-Mar-13 | cash -- daily operation | $ | 1,073.86 |
| 15-Mar-13 | credit cards -- daily operation | $ | 397.78 |
| 15-Mar-13 | cash -- daily operation | $ | 317.37 |
| 15-Mar-13 | cash -- daily operation | $ | 317.70 |
| 18-Mar-13 | credit cards -- daily operation | $ | 862.74 |
| 18-Mar-13 | credit cards -- daily operation | $ | 936.77 |
| 18-Mar-13 | funds transfer--pre-petition account | $ | 410.51 |
| 18-Mar-13 | community support | $ | 65,000.00 |
| 19-Mar-13 | credit cards -- daily operation | $ | 2,968.24 |
| 19-Mar-13 | cash -- daily operation | $ | 473.85 |
| 19-Mar-13 | cash -- daily operation | $ | 585.07 |
| 19-Mar-13 | cash -- daily operation | $ | 1,038.89 |
| 19-Mar-13 | cash -- daily operation | $ | 1,088.71 |
| 19-Mar-13 | cash -- daily operation | $ | 1,237.61 |
| 21-Mar-13 | credit cards -- daily operation | $ | 57.78 |
| 21-Mar-13 | credit cards -- daily operation | $ | 1,762.25 |
| 22-Mar-13 | credit cards -- daily operation | $ | 743.28 |
| 22-Mar-13 | cash -- daily operation | $ | 517.41 |
| 22-Mar-13 | cash -- daily operation | $ | 733.38 |
| 25-Mar-13 | credit cards -- daily operation | $ | 8.56 |
| 25-Mar-13 | credit cards -- daily operation | $ | 21.40 |
| 25-Mar-13 | credit cards -- daily operation | $ | 513.55 |
| 25-Mar-13 | credit cards -- daily operation | $ | 815.31 |
| 26-Mar-13 | credit cards -- daily operation | $ | 1,868.96 |
| 26-Mar-13 | cash -- daily operation | $ | 449.40 |
| 26-Mar-13 | cash -- daily operation | $ | 460.95 |
| 26-Mar-13 | cash -- daily operation | $ | 585.63 |
| 26-Mar-13 | cash -- daily operation | $ | 606.12 |
| 26-Mar-13 | cash -- daily operation | $ | 1,025.58 |
| 27-Mar-13 | credit cards -- daily operation | $ | 584.15 |
| 28-Mar-13 | credit cards -- daily operation | $ | 131.61 |
| 28-Mar-13 | credit cards -- daily operation | $ | 389.47 |
| 29-Mar-13 | credit cards -- daily operation | $ | 42.80 |
| 29-Mar-13 | credit cards -- daily operation | $ | 530.58 |
| 29-Mar-13 | cash -- daily operation | $ | 1,125.43 |
| 29-Mar-13 | cash -- daily operation | $ | 1,207.26 |
| 29-Mar-13 | interest -- DOR savings | $ | 0.01 |
| | Total Cash Receipts | $ | 97,006.19 |

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: March 7, 2013 to March 31, 2013

### CASH DISBURSEMENTS JOURNAL

| Date | Check # | Payee | Description (purpose) | | Amount |
|------|---------|-------|----------------------|---|--------|
| 18-Mar-13 | 1001a | Chubb | insurance | $ | 31,517.58 |
| 18-Mar-13 | eft | American Express | merchant service fee | $ | 7.56 |
| 19-Mar-13 | 1002a | McDermott & Miller | payroll processing | $ | 55.00 |
| 19-Mar-13 | 1003a | Michael Sothan | wages | $ | 715.35 |
| 19-Mar-13 | 1004a | Gary Roubicek | wages | $ | 4,795.10 |
| 19-Mar-13 | 1005a | Dawna Ourada | wages | $ | 764.62 |
| 19-Mar-13 | 1006a | Megan Katz | wages | $ | 549.48 |
| 19-Mar-13 | 1007a | Laura Fear | wages | $ | 164.04 |
| 19-Mar-13 | 1008a | Brandon Walkemeyer | wages | $ | 154.59 |
| 19-Mar-13 | 1009a | Cody Bos | wages | $ | 34.28 |
| 19-Mar-13 | 1010a | Alan D Ladd | wages | $ | 407.21 |
| 19-Mar-13 | 1011a | Vivian Alexander | wages | $ | 420.39 |
| 19-Mar-13 | 1012a | Rhonda O'Brien | wages | $ | 1,762.72 |
| 19-Mar-13 | 1013a | R Roger Woolsey | wages | $ | 1,649.84 |
| 19-Mar-13 | 1014a | Sharmond Loeffler | wages | $ | 1,505.71 |
| 19-Mar-13 | 1015a | Steve Halbert | wages | $ | 607.97 |
| 19-Mar-13 | eft | IRS | federal payroll taxes | $ | 3,935.26 |
| 19-Mar-13 | eft | Nebraska Revenue | state payroll taxes | $ | 397.20 |
| 25-Mar-13 | 1001 | Nebraska Public Power | deposit | $ | 10,000.00 |
| 26-Mar-13 | 1002 | McDermott & Miller | payroll processing | $ | 55.00 |
| 29-Mar-13 | eft | Michael Sothan | wages | $ | 726.65 |
| 29-Mar-13 | eft | Gary Roubicek | wages | $ | 1,598.36 |
| 29-Mar-13 | eft | Dawna Ourada | wages | $ | 764.62 |
| 29-Mar-13 | eft | Megan Katz | wages | $ | 629.96 |
| 29-Mar-13 | eft | Laura Fear | wages | $ | 182.99 |
| 29-Mar-13 | eft | Brandon Walkemeyer | wages | $ | 149.94 |
| 29-Mar-13 | eft | Shauna Isaac | wages | $ | 148.75 |
| 29-Mar-13 | eft | Carol Bosshardt | wages | $ | 38.63 |
| 29-Mar-13 | eft | Cody Bos | wages | $ | 77.20 |
| 29-Mar-13 | eft | Alan D Ladd | wages | $ | 491.41 |
| 29-Mar-13 | eft | Vivian Alexander | wages | $ | 418.45 |
| 29-Mar-13 | eft | Sharmond Loeffler | wages | $ | 808.09 |
| 29-Mar-13 | eft | Rhonda O'Brien | wages | $ | 842.99 |
| 29-Mar-13 | eft | R Roger Woolsey | wages | $ | 904.75 |
| 29-Mar-13 | eft | Steve Halbert | wages | $ | 661.22 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Total Cash Disbursements | | $ | 67,942.91 |

CASE NAME: Great Platte River Road Mem'l Found.

SCHEDULE OF ACCOUNTS RECEIVABLE AGING

SCHEDULE A

CASE NUMBER: 13-40411

| | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|
| Date of Filing: 3.6.13 | $ - | $ - | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 3.31.13 | $ - | $ - | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 4.30.13 | $ - | $ - | $ - | $ - | $ - | $ |
| % of Total | 100% | | | | | |
| Month: 5.31.13 | $ - | $ - | $ - | $ - | $ - | $ |
| % of Total | 100% | | | | | |
| Month: 6.30.13 | $ - | $ - | $ - | $ - | $ - | $ |
| % of Total | 100% | | | | | |
| Month: 7.30.13 | $ - | $ - | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 8.31.13 | $ - | $ - | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |

CASE NAME: Great Platte River Road Mem'l Found.

CASE NUMBER: 13-40411

SCHEDULE OF POST PETITION DEBT

SCHEDULE C

| | MARCH 2013 | APRIL 2013 | MAY 2013 | JUNE 2013 | JULY 2013 | AUGUST 2013 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | $ 7,704.01 | $ - | $ - | $ - | $ - | $ - |
| **TAXES PAYABLE:** | | | | | | |
| Federal Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| State Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| State Sales Taxes | $ 2,579.12 | $ - | $ - | $ - | $ - | $ - |
| Local Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| Real Estate & Pers. Prop. Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| Other: | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL TAXES PAYABLE | $ 2,579.12 | $ - | $ - | $ - | $ - | $ - |
| **OTHER LIABILITIES:** | | | | | | |
| Post Petition Secured Debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accrued Interest Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Accrued Liabilities | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL OTHER LIABILITIES | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL POST PETITION DEBT | $ 10,283.13 | $ - | $ - | $ - | $ - | $ - |

CASE NAME:  Great Platte River Road Mem'l Fo

CASE NUMBER: 13-40411

Schedule D

Page 1 or 2

### SUMMARY OF SIGNIFICANT ITEMS
### Month of March 2013

1. Insurance Coverage

| | Carrier/agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Worker's Compensation | | | | |
| General Liability | Chubb | $ 31,517.58 | 9.13.13 | 6.13.13 |
| Excess Liability | | | | |
| Fire & Extended Coverage | | | | |
| Vehicle Liability | | | | |
| Vehicle Collision | | | | |
| Theft | | | | |
| Other (specify) | | | | |
| | | | | |

2. Statement of Payments of Secured Creditors

(List all payments made to secured creditors during the month & the purposes
for such payment, I.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Month | petition |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

3. Tax Payments Made This Month (Not Accurals) (attach copies of tax receipts or checks)

| | Date Paid | Amount Paid | Post Petition Taxes Still Unpaid (agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | 3.21.13 | $ 3,935.26 | |
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Fed. Unemployment Taxes | | | |
| State Payroll W/H Taxes | 3.21.13 | $ 397.20 | |
| State Unemployment Taxes | | | |
| State Sales & Use Taxes | | | $ 2,579.12 |
| Property Taxes | | | |
| Other | | | |

CASE NAME: Great Platte River Road Mem'l Fo

CASE NUMBER: 13-40411

Schedule D

Page 2 or 2

## SUMMARY OF SIGNIFICANT ITEMS
### Month of March 2013

4. Compensation Payments Made This Month (Not Accruals)

(List all payments made to owners of proprietorships; partners of partnerships; officers directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|------|--------|----------------------------------------|
|      |        |                                        |
|      |        |                                        |
|      |        |                                        |
|      |        |                                        |
|      |        |                                        |
|      |        |                                        |
|      |        |                                        |

5. Payments Made This Month to Professionals (Not Accruals)

| Professional | Amount | Payment |
|--------------|--------|---------|
| Attorney(s) |  |  |
| Accountant(s) |  |  |
| Management Co.(s) |  |  |
| Appraiser(s) |  |  |
| Other (specify) |  |  |
|  |  |  |

6. Record of Disbursement and Payment of Quarterly Fees

| Period Ending | Disbursements | Quarterly Totals | Quarterly Fee** | Date Paid | Amount Paid | Number |
|---------------|---------------|------------------|-----------------|-----------|-------------|--------|
| January | $          - |  |  |  |  |  |
| February | $          - |  |  |  |  |  |
| March | $  67,942.91 | $  67,942.91 | $          - |  | $          - |  |
| April | $          - |  |  |  |  |  |
| May | $          - |  |  |  |  |  |
| June | $          - | $          - | $          - |  | $          - |  |
| July | $          - |  |  |  |  |  |
| August | $          - |  |  |  |  |  |
| September | $          - | $          - | $          - |  | $          - |  |
| October | $          - |  |  |  |  |  |
| November | $          - |  |  |  |  |  |
| December | $          - | $          - | $          - |  | $          - |  |

*Each month list the total money spent for all purposes. At the end of the quarter, add the monthly totals. This is the amount used to compute the quarterly fee due the U. S. Trustee.



Contact Information



308.234.2424
800.967.2464

pvsb.com

## Platte Valley State Bank & Trust Company



PO Box 430
Kearney, NE 68848-0430            L109
                                  19679
                    70

GREAT PLATTE RIVER ROAD MEMORIAL
DEBTOR IN POSSESSION
3060 E 1ST ST
KEARNEY NE 68847-0462

Effective April 1, 2013 the following fee changes
may affect your account
- Continuous Overdraft Fee Eliminated
- Overdraft Tolerance - $20.00
- Overdraft Item Fee - $33.00 (maximum 4 per day)
- Return Item Fee - $33.00 (maximum 4 per day)

| STATEMENT SUMMARY | March 7, 2013 through March 31, 2013 | | |
|---|---|---|---|
| **Account Description** | **Account #** | **Beginning Balance** | **Ending Balance** |
| **Deposit Accounts** | | | |
| Commercial Analysis Checking | ●2508 | 0.00 | 29,063.27 |
| | **Total on Deposit** | | **$29,063.27** |



**ONLINE SERVICES**
THAT DO IT ALL...
Sign up for online banking today!
www.pvsb.com

Member FDIC

## Commercial Analysis Checking xxxx2508 $29,063.27                    Account Detail

| | | |
|---|---|---|
| Beginning Balance | $0.00 | Items Enclosed 43 |
| Total Deposits | 45 for $97,006.18 | |
| Total Withdrawals | 21 for $67,942.91 | |
| Ending Balance | $29,063.27 | |

### Deposit Activity

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| **ELECTRONIC** | | | | |
| ☐ | 03/07 | 03/07 | Phone Funds Transfer Credit | 2,362.46 |
| ☐ | 03/12 | 03/12 | Phone Funds Transfer Credit | 2,088.81 |
| ☐ | 03/15 | 03/15 | Fnbo     Pymt Proc *****60261 | 397.78 |
| ☐ | 03/18 | 03/18 | Fnbo     Pymt Proc *****60261 | 862.74 |
| ☐ | 03/18 | 03/18 | Fnbo     Pymt Proc *****60261 | 936.77 |
| ☐ | 03/19 | 03/19 | Fnbo     Pymt Proc *****60261 | 2,968.24 |
| ☐ | 03/21 | 03/21 | American Express Settlement *****21970 | 57.78 |
| ☐ | 03/21 | 03/21 | Fnbo     Pymt Proc *****60261 | 1,762.25 |
| ☐ | 03/22 | 03/22 | Fnbo     Pymt Proc *****60261 | 743.28 |
| ☐ | 03/25 | 03/25 | American Express Settlement *****21970 | 8.56 |
| ☐ | 03/25 | 03/25 | American Express Settlement *****21970 | 21.40 |
| ☐ | 03/25 | 03/25 | Fnbo     Pymt Proc *****60261 | 513.55 |
| ☐ | 03/25 | 03/25 | Fnbo     Pymt Proc *****60261 | 815.31 |
| ☐ | 03/26 | 03/26 | Fnbo     Pymt Proc *****60261 | 1,868.96 |
| ☐ | 03/27 | 03/27 | Fnbo     Pymt Proc *****60261 | 584.15 |
| ☐ | 03/28 | 03/28 | American Express Settlement *****21970 | 131.61 |
| ☐ | 03/28 | 03/28 | Fnbo     Pymt Proc *****60261 | 389.47 |
| ☐ | 03/29 | 03/29 | American Express Settlement *****21970 | 42.80 |
| ☐ | 03/29 | 03/29 | Fnbo     Pymt Proc *****60261 | 530.58 |
| | | | **Total Electronic Deposits** | **$17,086.50** |

| ✓ | Date | Post Date | Description | Deposit # | Amount |
|---|------|-----------|-------------|-----------|--------|
| **PAPER** | | | | | |
| ☐ | 03/07 | 03/07 | Customer Deposit | | 395.51 |
| ☐ | 03/08 | 03/08 | Customer Deposit | | 139.00 |
| ☐ | 03/08 | 03/08 | Customer Deposit | | 140.16 |
| ☐ | 03/12 | 03/12 | Customer Deposit | | 123.49 |
| ☐ | 03/12 | 03/12 | Customer Deposit | | 201.51 |
| ☐ | 03/12 | 03/12 | Customer Deposit | | 282.21 |
| ☐ | 03/12 | 03/12 | Customer Deposit | | 383.07 |
| ☐ | 03/12 | 03/12 | Customer Deposit | | 1,073.86 |
| ☐ | 03/15 | 03/15 | Customer Deposit | | 317.37 |
| ☐ | 03/15 | 03/15 | Customer Deposit | | 317.70 |
| ☐ | 03/18 | 03/18 | Customer Deposit | | 410.51 |
| ☐ | 03/18 | 03/18 | Customer Deposit | | 65,000.00 |
| ☐ | 03/19 | 03/19 | Customer Deposit | | 473.85 |
| ☐ | 03/19 | 03/19 | Customer Deposit | | 685.07 |
| ☐ | 03/19 | 03/19 | Customer Deposit | | 1,038.89 |

**Commercial Analysis Checking  xxxx2508  $29,063.27**　　　　　　　　　　**Continued**

## Deposit Activity

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|

### 📄 PAPER

Deposit #

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| ☐ | 03/19 | 03/19 | Customer Deposit | 1,088.71 |
| ☐ | 03/19 | 03/19 | Customer Deposit | 1,237.61 |
| ☐ | 03/22 | 03/22 | Customer Deposit | 517.41 |
| ☐ | 03/22 | 03/22 | Customer Deposit | 733.38 |
| ☐ | 03/26 | 03/26 | Customer Deposit | 449.40 |
| ☐ | 03/26 | 03/26 | Customer Deposit | 460.95 |
| ☐ | 03/26 | 03/26 | Customer Deposit | 585.63 |
| ☐ | 03/26 | 03/26 | Customer Deposit | 606.12 |
| ☐ | 03/26 | 03/26 | Customer Deposit | 1,025.58 |
| ☐ | 03/29 | 03/29 | Customer Deposit | 1,125.43 |
| ☐ | 03/29 | 03/29 | Customer Deposit | 1,207.26 |
| | | | **Total Paper Deposits** | **$79,919.68** |

## Withdrawal Activity

### ↗ ELECTRONIC

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| ☐ | 03/18 | 03/18 | American Express Axp Discnt *****21970 | 7.56 |
| ☐ | 03/21 | 03/21 | Nebraska Revenue Neb Epay Nb1dor001568233 | 397.20 |
| ☐ | 03/21 | 03/21 | Irs      Usataxpymt *****8061487311 | 3,935.26 |
| ☐ | 03/29 | 03/29 | G Platte River  Payroll  -Setl-Pv Rivers | 8,444.01 |
| | | | **Total Electronic Withdrawals** | **$12,784.03** |

### 📄 PAPER

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| ☐ | 03/20 | 03/20 | Check Image Check #0 | 55.00 |
| ☐ | 03/20 | 03/20 | Check Image Check #0 | 715.35 |
| ☐ | 03/20 | 03/20 | Check Image Check #0 | 764.62 |
| ☐ | 03/20 | 03/20 | Check Image Check #0 | 1,762.72 |
| ☐ | 03/21 | 03/21 | Check Image Check #0 | 1,505.71 |
| ☐ | 03/21 | 03/21 | Check Image Check #1004 | 4,795.10 |
| ☐ | 03/21 | 03/21 | Check Image Check #1006 | 549.48 |
| ☐ | 03/21 | 03/21 | Check Image Check #1007 | 164.04 |
| ☐ | 03/21 | 03/21 | Check Image Check #1013 | 1,649.84 |
| ☐ | 03/22 | 03/22 | Check Image Check #0 | 607.97 |
| ☐ | 03/22 | 03/22 | Check Image Check #0 | 31,517.58 |
| ☐ | 03/22 | 03/22 | Check Image Check #1005 | 154.59 |
| ☐ | 03/25 | 03/25 | Check Image Check #1010 | 407.21 |
| ☐ | 03/26 | 03/26 | Check Image Check #1001 | 10,000.00 |
| ☐ | 03/27 | 03/27 | Check Image Check #0 | 420.39 |
| ☐ | 03/27 | 03/27 | Check Image Check #1002 | 55.00 |
| ☐ | 03/27 | 03/27 | Check Image Check #1009 | 34.28 |
| | | | **Total Paper Withdrawals** | **$55,158.88** |

Page 4 of 10

## Commercial Analysis Checking  xxxx2508  29,063.27                          Continued

### Balancing Checklist ✓

| ✓ | Check # | Date | Amount | ✓ | Check # | Date | Amount | ✓ | Check # | Date | Amount |
|---|---------|------|--------|---|---------|------|--------|---|---------|------|--------|
| ☐ | 0 | 03/26 | 55 00 | ☐ | 0 | 03/20 | 715 35 | ☐ | 0 | 03/20 | 764 62 |
| ☐ | 0 | 03/20 | 1 762 72 | ☐ | 0 | 03/21 | 1 505 71 | ☐ | 0 | 03/22 | 607 97 |
| ☐ | 0 | 03/22 | 31 517 58 | ☐ | 0 | 03/27 | 420 39 | ☐ | 1001 | 03/26 | 10 000 00 |
| ☐ | 1002 | 03/27 | 55 00 | ☐ | 1004 | 03/21 | 4 795 10 | ☐ | 1005 | 03/22 | 154 59 |
| ☐ | 1006 | 03/21 | 549 48 | ☐ | 1007 | 03/21 | 164 04 | ☐ | 1009 | 03/27 | 31 28 |
| ☐ | 1010 | 03/25 | 407 21 | ☐ | 1013 | 03/21 | 1 649 84 | | | | |

END OF STATEMENT

## CONTACT INFORMATION

Telephone us at. (308) 234-2424 or (800) 967-2464
Write us at: Platte Valley State Bank
2223 2nd Ave.
PO Box 430
Kearney, NE 68848

### INQUIRIES ABOUT YOUR DIRECT DEPOSIT

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

### HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE

Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding interest charges), adding any new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This 'balance subject to interest rate' can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge.

### THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) *Account information:* Your name and account number, (2) *Dollar amount:* The dollar amount of the suspected error, and (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

### PAYMENT REQUIREMENTS

*PAYMENTS MADE IN PERSON OR BY MAIL:* Payments are generally credited as of the date received if the payment is (1) received by us during normal branch hours and, if by mail, at the payment address listed on the payment coupon, (2) paid with one check or one money order drawn in United States Dollars on a bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type) and, (4) if by mail, sent in the enclosed return envelope (without any other outer envelope). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payments made in person on that date and payments received by mail by the next business day will be treated as on-time.

This page intentionally left blank

Credit Amount $395.51 On 3/7/2013

Credit Amount $139.00 On 3/8/2013

Credit Amount $140.16 On 3/8/2013

Credit Amount $123.49 On 3/12/2013

Credit Amount $201.51 On 3/12/2013

Credit Amount $282.21 On 3/12/2013

Credit Amount $383.07 On 3/12/2013

Credit Amount $1,073.86 On 3/12/2013

Credit Amount $317.37 On 3/15/2013

Credit Amount $317.70 On 3/15/2013

Credit Amount $410.51 On 3/18/2013

Credit Amount $65,000.00 On 3/18/2013

Credit Amount $473.85 On 3/19/2013

Credit Amount $585.07 On 3/19/2013

Credit Amount $1,038.89 On 3/19/2013

Credit Amount $1,088.71 On 3/19/2013

Credit Amount $1,237.61 On 3/19/2013

Credit Amount $517.41 On 3/22/2013

Credit Amount $733.38 On 3/22/2013

Credit Amount $449.40 On 3/26/2013

Credit Amount $460.95 On 3/26/2013

Credit Amount $585.63 On 3/26/2013

Credit Amount $206.12 On 3/26/2013

Credit Amount $1,535.58 On 3/26/2013

Credit Amount $1,125.43 On 3/29/2013



Credit Amount $1,207.26 On 3/29/2013



Check 0, Amount $55.00 On 3/20/2013



Check 0, Amount $715.35 On 3/20/2013



Check 0, Amount $764.62 On 3/20/2013



Check 0, Amount $1,762.72 On 3/20/2013



Check 0, Amount $1,505.71 On 3/21/2013



Check 0, Amount $607.97 On 3/22/2013



Check 0, Amount $31,517.58 On 3/22/2013



Check 0, Amount $420.39 On 3/27/2013



Check 1001, Amount $10,000.00 On 3/26/2013



Check 1002, Amount $55.00 On 3/27/2013

Check 1004, Amount $4,795.10 On 3/21/2013


Check 1005, Amount $154.59 On 3/22/2013


Check 1006, Amount $549.48 On 3/21/2013


Check 1007, Amount $164.04 On 3/21/2013


Check 1009, Amount $34.28 On 3/27/2013


Check 1010, Amount $407.21 On 3/25/2013


Check 1013, Amount $1,649.84 On 3/21/2013