ntcnc (04/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**460 Federal Building**
**100 Centennial Mall North**
**Lincoln, NE 68508**

In Re:

| | |
|---|---|
| The Great Platte River Road Memorial Foundation | Bankruptcy Proceeding No. 13–40411–TLS<br>Chapter 11 |
| Debtor(s) | |
| | Judge: Thomas L. Saladino |

**NOTICE OF NONCOMPLIANCE**

ISSUE:    Chapter 11 Disclosure Statement

ATTY:    T. Randall Wright

Movant has failed to comply with Neb. R. Bankr. P. 9013–1.

Movant has 14 days to comply, or the document listed above will be considered abandoned.

Dated: 6/20/13

Diane Zech
Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.