# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION,<br><br>Debtor. | CASE NO. BK 13-40411<br>CHAPTER 11<br><br>**9013 NOTICE OF OBJECTION/RESISTANCE DEADLINE** |

TO:   All Interested Parties

**NOTICE IS HEREBY GIVEN** that the **Disclosure Statement** in the above-referenced case, was filed by the Debtor, The Great Platte River Road Memorial Foundation, with the office of the Clerk of the U. S. Bankruptcy Court, Omaha, Nebraska on June 20, 2013.  A copy of the **Disclosure Statement** was served electronically to ECF participants and a copy is enclosed herewith and being sent via regular first-class mail to the non-ECF parties.

**NOTICE IS FURTHER GIVEN:**

1. Any **objection/resistance** to the **Disclosure Statement** must be filed with the Court and served on the undersigned counsel on or **by July 23, 2013**.

2. Any objections/resistances shall be filed pursuant to Local Rule 9013(C).

3. If no resistance or objection is filed on or before July 23, 2013, the Court shall enter an Order approving the **Disclosure Statement** in accordance with Neb. R. Bankr. P. 3020.  The Court shall consider such submission of the Order as meaning that no further hearing be scheduled and will consider entry of the Order without further notice.

 Parties are requested to govern themselves accordingly.

Dated this 25th day of June, 2013.

        THE GREAT PLATTE RIVER ROAD MEMORIAL
        FOUNDATION, Debtor,

By:  s/ T. Randall Wright
      T. Randall Wright (NE# 16398)
      Eric J. Adams (NE# 24545)
of  BAIRD HOLM LLP
      1700 Farnam Street, Suite 1500
      Omaha, NE  68102-2068
      Phone: 402-344-0500
      Fax: 402-344-0588
      Email: rwright@bairdholm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Patricia Fahey<br>ustpregion13.om.ecf@usdoj.gov | Jerry L. Jensen<br>Jerry.L.Jensen@usdoj.gov |
| Robert M. Gonderinger<br>rgonderinger@crokerlaw.com | David J. Skalka<br>dskalka@crokerlaw.com |
| Thomas A. Ukinski<br>thomas.ukinski@nebraska.gov | |

and that the foregoing was served on the non-ecf participants on the attached matrix, by regular U.S. Mail.

        s/ T. Randall Wright

DOCS/1191469.1

2

Nebraska Department of Labor, Catherine D. L
Office of Legal Counsel
550 South 16th Street, 1st Floor
Lincoln, NE 68508-2601

The Great Platte River Road Memorial Found
3060 E 1 Street
Kearney, NE 68847-0462

AAA Party & Event Rentals
112 E 6 St
Kearney, NE 68847-7480

AmSan
13924 Collection Center Dr
Chicago, IL 60693-0139

Antelope Press
410 Monte Vista Ave
Mill Valley, CA 94941-5081

Assurant Health
PO Box 790293
St. Louis, MO 63179-0293

Behr Creations
55230 836th Rd
Norfolk, NE 68701-1226

Benjamin's Landscaping
PO Box 558
Holdrege, NE 68949-0558

Buffalo County Sheriff's Office
Alarm Service Billing
PO Box 2228
Kearney, NE 68848-2228

Buffalo County Treasurer
Jean A Sidwell
PO Box 1270
Kearney, NE 68848-1270

Builders
PO Box 1895
Kearney, NE 68848-1895

Carla Voss
Seven Pines Creations
902 Furnas Ave
Cambridge, NE 69022-3567

Carrot-Top Industries, Inc.
PO Box 820
Hillsborough, NC 27278-0820

Cedar Ridge Emu Products
PO Box 132
Hadar, NE 68738-0132

Centralized Insolvency Operations
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Charlotte Endorf
710 S 13 St Ste. 900
PLM 146
Norfolk, NE 68701-5606

Chubb & Son
PO Box 382001
Pittsburgh, PA 15250-8001

City of Kearney
Utilities Department
PO Box 1180
Kearney, NE 68848-1180

Cline Williams Law Firm
233 S 13 St
1900 US Bank Building
Lincoln, NE 68508-0000

Comfy Bowl Inc
Portable Rest Rooms
PO Box 274
Gibbon, NE 68840-0274

CornCoctions
17901 W Cedarview Rd
Wood River, NE 68883-9351

Culligan of Kearney
211 W 19 St
Kearney, NE 68845-5950

D Jean Smith
74460 Road 395
Curtis, NE 69025-6118

Deluxe for Business
PO Box 742572
Cincinnati, OH 45274-2572

Diamond H Ceramics
501 E 30 St
So. Sioux City NE 68776-3342

Diamond Willow Nebraska
2522 16th St
Columbus, NE 68601-4302

Eakes Office Plus
PO Box 2098
Grand Island, NE 68802-2098

First National Bank of Omaha
Attn: Fee Desk
1620 Dodge St  Stop 1060
Omaha, NE 68197-0002

(p)FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN NY 10940-4918

Gary Ginther Studios
PO Box 11
Cambridge, NE 69022-0011

Gerald's Handcrafted Leather
72440 L Rd
Holdrege, NE 68949-3430

Great Plains Sound & Technology, LLC
PO Box 14759
Augusta, GA 30919-0759

Heirloom Treasures
85463 563 Ave
Winside, NE 68790-5090

High Plains Wheat Weaver
Box 383
Potter, NE 69156-0383

Ims Countryside Painting
61490 Highway 136
Tecumseh, NE 68456-0000

Ink Crazies
503 W 35
Kearney, NE 68845-2848

Intellicom
PO Box 2672
Kearney, NE 68848-2672

Interline Brands, Inc. dba Amsan
Interline Brands, Inc.-Bankruptcy
801 West Bay Street
Jacksonville, FL 32204-1605

Joanie Klein
1407 8th Ave
Kearney, NE 68845-6636

John Deere Financial
PO Box 4450
Carol Stream, IL 60197-4450

Julie Rogers
PO Box 152
Glendale, UT 84729-0152

K and K Parts Co Inc
Box 1986
Kearney, NE 68848-1986

KD Designs
3500 Pela Verde Cir
Lincoln, NE 68516-5760

Kearney Hub
PO Box 1988
Kearney, NE 68848-1988

Kerri Garrison
2819 W 44 St
Kearney, NE 68845-1214

Mary George
5507 Avenue I
Kearney, NE 68847-8467

Mary Jane Rerucha
317 Rd 7
Schuyler, NE 68661-7109

Mary Rose Pinkelman
56893 889 Rd
Wynot, NE 68792-2046

McDermott & Miller, PC
2722 South Locust Street
Grand Island, NE 68801-8230

McDermott and Miller PC
PO Box 1120
Kearney, NE 68848-1120

Miller Signs
2520 Ave Q Unit C
Kearney, NE 68847-4755

Morris Press
PO Box 2110
Kearney, NE 68848-2110

Nebraska Department of Labor
Office of Legal Counsel
550 S. 16th St., 1st Fl., PO Box 94600
Lincoln, NE 68509-4600

Nebraska Life
PO Box 819
Norfolk, NE 68702-0819

Nebraska Office of Elevator Safety Standards
5723 F St
Omaha NE 68117-2822

Nebraska Public Power District
PO Box 2860
Omaha, NE 68103-2860

Nora Erickson
5410 17th Ave Apt 241
Kearney, NE 68845-8309

Northwest Electric, LLC
3980 Imperial Ave
Kearney, NE 68847-5681

Northwestern Energy
PO Box 1318
Huron, SD 57350-1318

| | | |
|---|---|---|
| O'Keefe Elevator Company Inc<br>1402 Jones St<br>Omaha, NE 68102-3236 | OCTA<br>Attn: Kathy Conway<br>524 S Osage St<br>Independence, MO 64050-3824 | PEP Co, Inc.<br>6970 W Hwy 30<br>Kearney, NE 68845-1689 |
| Paramount Linen and Uniform<br>PO Box 30409<br>Lincoln, NE 68503-0409 | Platte Valley Communications of Kearney<br>PO Box 505<br>Kearney, NE 68848-0505 | Platte Valley State Bank & Trust Company<br>Attn: Trust Department<br>2223 2nd Ave.<br>Kearney, NE 68847-5314 |
| Principal Life<br>Group Grand Island<br>PO Box 14513<br>Des Moines, IA 50306-3513 | Rasmussen Mechanical Services<br>2425 E 4 St<br>Sioux City, IA 51101-2219 | Rosemary's Porcelain Art<br>599 266th Rd<br>Milford, NE 68405-8765 |
| Shapeshifter Designs<br>1649 N 29 St<br>Lincoln, NE 68503-1508 | Shepherd's Dairy 4 Ewe<br>81051 Anselmo Rd<br>Anselmo, NE 68813-7808 | Sheryll Hickman Art<br>4008 G Ave<br>Kearney, NE 68847-2671 |
| Sign Center Inc<br>1806 Central Ave<br>Kearney, NE 68847-6026 | Stagecoach<br>PO Box 704<br>Kearney, NE 68848-0704 | State of Nebraska<br>Department of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 94818<br>Lincoln, NE 68509-4818 |
| State of Nebraska<br>Department of Roads<br>PO Box 94759<br>Lincoln, NE 68509-4759 | Steve Buttress<br>3930 71st Ave Pl<br>Kearney, NE 68845-0464 | TW Enterprises<br>403 Teakwood Cir<br>Grand Island, NE 68803-3136 |
| Taylor Made Clothing<br>14 23rd Rd<br>Emerson, NE 68733-3400 | The Hartford<br>PO Box 660916<br>Dallas, TX 75266-0916 | Tony's Snow Service<br>3850 Dove Hill Ave<br>Kearney, NE 68845-0405 |
| Tractor Supply Credit Plan<br>Dept 30   1102789573<br>PO Box 689020<br>Des Moines, IA 50368-9020 | Tyco Integrated Security LLC<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | United States Trustee<br>111 S 18 Plaza, Ste 1148<br>Omaha, NE 68102-1321 |
| UnitedHealthcare Insurance Company<br>Dept CH 10151<br>Palatine, IL 60055-0151 | Warren-T Plumbing Services<br>1400 W 22 St  Ste A<br>Kearney, NE 68845-5385 | Wells Fargo Bank<br>Special Accounts Group<br>MAC N9303-110<br>Sixth St and Marquette Ave<br>Minneapolis, MN 55479-0001 |
| Wiegand Security Service<br>PO Box 1476<br>Kearney, NE 68848-1476 | Wilcox Wood Art<br>36486 Rd 723<br>Palisade, NE 69040-6125 | Wilke True Value<br>PO Box 518<br>Kearney, NE 68848-0518 |

Woodworks From The Barn
51241 866th Rd
Orchard, NE 68764-5017

Yanda's Music and Pro Audio
PO Box 8
Kearney, NE 68848-0008