hrgcnf11 (06/10)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NO. BK13-40411 |
| The Great Platte River Road Memorial ) | CHAPTER 11 |
| Foundation ) | |
| DEBTOR(S) ) | FILING NO. 60 |

## NOTICE SETTING OBJECTION DEADLINE AND COURTROOM/TELEPHONIC CONFIRMATION HEARING

The disclosure statement filed by the Debtor was approved by previous Order (Fil. #59).  **August 19, 2013**, is fixed as the last day for submitting a ballot accepting or rejecting the plan, in accordance with Fed. R. Bankr. P. 3018 and is the last day for filing objections to the plan in accordance with Fed. R. Bankr. P. 3020.

If objections are filed, a confirmation hearing shall be held in the Robert V. Denney Courthouse, 460 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska and by telephone on **August 28, 2013** at **9:00 A.M., CENTRAL TIME. PARTIES MAY PARTICIPATE BY TELEPHONE**. Each party desiring to participate by telephone MUST CALL the AT&T TeleConference Center at least 5 minutes prior to the commencement of court. The court **will not call you**. The call in information is as follows:

TOLL FREE CALL IN NUMBER 1-888-684-8852
ACCESS CODE   7519215
PARTICIPANT SECURITY CODE 0804

(See attachment to this notice for **PARTICIPANT INSTRUCTIONS FOR ENTERING PHONE CONFERENCE** and **TELEPHONE HEARING PROTOCOL**)

Affidavit evidence shall be submitted to the court and opposing counsel by **August 23, 2013** .

At least 25 days prior to the deadline listed above the proponent of the plan shall mail to all creditors, equity security holders, other parties in interest, and United States trustee, the following:

1. the proposed amended plan
2. the disclosure statement approved by the Court
3. the opinion of the Court, if any, approving the disclosure statement
4. notice of the deadline for filing objections to confirmation
5. form for ballot conforming substantially to Official Form
6. notice that acceptance or rejection of the proposed plan must be filed by the above-stated objection date and mailed to the debtors attorney.
7. and notice of the hearing date

Said mailing by the proponent of the plan shall be by postage prepaid at the proponent's expense. Proof of service shall be filed with the court 5 days before the above-specified objection date. See Fed. R. Bankr. P. 3017, 3018, 3020, 2002(b).

If no objection to confirmation is served on movant and filed with the Clerk of the Bankruptcy Court by the deadline set, the Court shall deem the pleading unopposed and will consider confirmation without a hearing. The proponent of the plan shall comply with Neb. R. Bankr. P. 3020-1.

DATED: July 25, 2013

CLERK OF THE BANKRUPTCY COURT

Attachments included with this notice:
Report on Ballots, Order Confirming Plan, Final Accounting/Report and Application for Final Decree

Copies mailed or electronically sent by the court to:

IF YOU ARE NOT A PARTY TO THE MATTER SET FORTH IN THIS NOTICE AND WOULD LIKE TO PARTICIPATE IN THE HEARING, YOU MUST NOTIFY THE COURTROOM DEPUTY AT 402‒437‒1627 OR NEBml_orders_lincoln@neb.uscourts.gov AT LEAST 24 HOURS PRIOR TO THE HEARING.

05/25/10

PARTICIPANT INSTRUCTIONS FOR ENTERING PHONE CONFERENCE and
TELEPHONE HEARING PROTOCOL

Each party desiring to be heard **MUST CALL** the AT&T TeleConference Center at least 5 minutes prior to the commencement of court.  Participants will need the following information  provided in the clerk's hearing notice in order to participate by telephone:

TOLL FREE CALL IN  NUMBER
ACCESS CODE
PARTICIPANT SECURITY CODE

Conference calls will be amplified throughout the entire courtroom. During the conference call and while court is in session, please maintain proper telephone etiquette.  Participant cooperation is appreciated and will serve to expedite the hearing process.

### TELEPHONE CONFERENCE/HEARING PROTOCOL

- Be on time for the hearing  at least 5 minutes prior to commencement of court.
- The Bankruptcy Court **will not** initiate the telephone conference. Participants **MUST CALL** the AT&T TeleConference Center.
- If participant(s) fail to call in, the hearing will go forward as scheduled.
- The toll free call in number, access number, and participant security code will be provided in the clerk's hearing notice. The numbers may not be the same for every hearing  so it is important you review the hearing notice in advance.
- **DO NOT** announce your presence when you call into the conference **except for** when requested to do so by the AT&T auto-attendant prompt.  Multiple hearings may be scheduled at the same time and a hearing may be in process.  Wait for your hearing to be called before speaking.  Treat the phone conference as if you are sitting in the courtroom waiting for your case to be called.
- Do not place the phone on hold during the call as many participants utilize background music.
- Do not conduct work such as paper shuffling or keyboard typing during the phone conference. Maintain telephone silence while waiting and refrain from making unnecessary noise.
- Mute your telephone as applicable. Press  *6 to mute your line.  When you are ready to speak Press *6 to un-mute your line.
- Do not address the court until called upon.
- Follow conference coordinator instructions as provided.
- Limit the use of mobile phones. If at all possible call in from a land line for your telephone conference. Mobile phone service drops and/or static may affect the conference. The AT&T TeleConference specialists have no control over the quality when any participant decides to use their mobile phone.

### PARTICIPANT INSTRUCTIONS FOR ENTERING PHONE CONFERENCE

a. Dial the Toll Free Call in Number provided in the clerk's hearing notice;
b. Enter the Access Code provided in the clerk's hearing notice. At this point you will be placed on hold until the Host (Courtroom Deputy) activates the conference call;
c. Once the conference call has been activated by the Host, you will be asked to enter the Participant Security Code provided in the hearing notice, followed  by the # key. The security code needs to be entered only once unless it is entered incorrectly the first time.
d. Provide your name to the AT&T auto-attendant as prompted.  Once you have been connected to the phone conference do not announce your presence until the courtroom deputy takes roll call or your hearing is called.

Case 13-40411-TLS    Doc 61    Filed 07/25/13    Entered 07/25/13 15:41:27    Desc Main
Document      Page 3 of 10

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF )
The Great Platte River Road Memorial ) CHAPTER 11
Foundation, ) BK 13-40411
)
)
DEBTOR(S) )

## REPORT ON BALLOTS AND ADMINISTRATIVE EXPENSES

THE FOLLOWING ACCEPTANCES AND REJECTIONS HAVE BEEN FILED:

| CLASS 1: | ACCEPTS $ \_\_\_\_\_ | # \_\_\_\_\_ |
|          | REJECTS $ \_\_\_\_\_ | # \_\_\_\_\_ |

| CLASS 2: | ACCEPTS $ \_\_\_\_\_ | # \_\_\_\_\_ |
|          | REJECTS $ \_\_\_\_\_ | # \_\_\_\_\_ |

| CLASS 3: | ACCEPTS $ \_\_\_\_\_ | # \_\_\_\_\_ |
|          | REJECTS $ \_\_\_\_\_ | # \_\_\_\_\_ |

| CLASS 4: | ACCEPTS $ \_\_\_\_\_ | # \_\_\_\_\_ |
|          | REJECTS $ \_\_\_\_\_ | # \_\_\_\_\_ |

| CLASS 5: | ACCEPTS $ \_\_\_\_\_ | # \_\_\_\_\_ |
|          | REJECTS $ \_\_\_\_\_ | # \_\_\_\_\_ |

| CLASS 6: | ACCEPTS $ \_\_\_\_\_ | # \_\_\_\_\_ |
|          | REJECTS $ \_\_\_\_\_ | # \_\_\_\_\_ |

| CLASS 7: | ACCEPTS $ \_\_\_\_\_ | # \_\_\_\_\_ |
|          | REJECTS $ \_\_\_\_\_ | # \_\_\_\_\_ |

| CLASS 8: | ACCEPTS $ \_\_\_\_\_ | # \_\_\_\_\_ |
|          | REJECTS $ \_\_\_\_\_ | # \_\_\_\_\_ |

THE DEBTOR, BY COUNSEL, SUBMITS THAT PURSUANT TO THE FOREGOING, SUFFICIENT ACCEPTANCES (HAVE/HAVE NOT) BEEN RECEIVED TO CONFIRM THE PLAN FILED _____.

DATED:

_____
ATTORNEY FOR THE DEBTOR

ocnf11 (05/07)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:                )
                                 )
The Great Platte River Road Memorial    )    CASE NO. BK13-40411
Foundation,                      )    CHAPTER 11
                                 )
         Debtor                  )

ORDER CONFIRMING PLAN

After review and consideration of the Plan, this Court does hereby find in this core proceeding that:

- After proper distribution of the Plan and the Notice of Hearing thereon to creditors, no objections have been filed in opposition to the confirmation of said Plan.

- The Plan complies with the applicable provisions of Title 11 of the United States Code.

- In order to effectively conclude the administration of the debtor's estate, the court shall issue instructions to the debtor pursuant to 11 U.S.C. §1142 and B.R, 3020(d) in addition to the Local Rules of this Court.

IT IS THEREFORE ORDERED that:

- The Plan is hereby confirmed.

- The debtor shall:
  - Carry out the confirmed Plan, by distribution and performance of all other necessary acts. 11 U.S.C. §1142 and B.R. 3021.
  - Effect substantial consummation of the Plan, not later than one hundred fifty (150) days after the date of this Order.
  - Within thirty (30) days after substantial consummation of the Plan, the Debtor shall file a Final Accounting/Report and Application for Final Decree.

- In a case in which the debtor is an individual, confirmation of the plan does not discharge any debt provided for in the plan until the court grants a discharge upon motion, notice and hearing pursuant to 11 U.S.C. §1141(d)(5).

Dated:

BY THE COURT:

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:                        )
The Great Platte River Road Memorial     )    CASE NO. BK13-40411
Foundation,                              )    CHAPTER 11.
                                         )
    Debtor                               )

APPLICATION FOR FINAL DECREE
AND FINAL ACCOUNTING/REPORT

    Comes now the Debtor, by and through its undersigned attorney, and pursuant to the Confirmation Order, submits that the estate herein is fully administered and substantially consummated as follows:

    1. That all claims or interests have been surrendered or released in accordance with the provisions of the plan except as shown in Schedule A attached hereto;

    2. That substantially all of the property of the debtor has been transferred according to the provisions of the plan as shown in Schedule B attached hereto;

    3. That the debtor or the debtor's successor has assumed the business or substantially all of the property dealt with by the plan as applicable;

    4. That distribution has been commenced under the plan, and that payments to creditors and other interested parties have been completed as shown in Schedule C attached hereto; and

    5. That there are no facts necessary to enable the Court to pass on the provisions of the final decree presented in Schedule D attached hereto.

    WHEREFORE, the debtor herein prays for the entry of the Final Decree finding the Plan is effective and that the estate has been fully administered; and therefore, an order of the Court granting:

        a. discharge of the debtor, if applicable;

        b. any specific injunction or other equitable provisions as set forth in Schedule D, and
        c. the closing of the case.

    DATED:

Prepared and submitted by:

_____
Attorney/Bar No.
Address
Phone No.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER OF: | ) | |
|---|---|---|
| | ) | |
| The Great Platte River Road Memorial Foundation, | ) ) | CASE NO. BK13-40411 CHAPTER 11 |
| | ) | |
| Debtor | ) | |

## SCHEDULE A

Names and addresses of the holders of claims or interests that have not been surrendered or released in accordance with the provisions of the plan:

| NAMES | ADDRESS | NATURE OF VALUE OF CLAIM OR INTEREST |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| The Great Platte River Road Memorial Foundation, | ) CASE NO. BK13-40411 |
| | ) CHAPTER 11 |
| | ) |
| Debtor | ) |

## SCHEDULE B

The following property of the debtor has been/will be transferred according to the provisions of the plan:

**NATURE**         **VALUE**              **TRANSFERRED TO AND DATE OF TRANSFER**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:                              )
                                               )
The Great Platte River Road Memorial Foundation )    CASE NO. BK13-40411
                                               )    CHAPTER 11
            Debtor                             )

## SCHEDULE C

Information required to close case:

-----------------------------------------------------------------

____ %  Dividend paid/to be paid under Plan

_____   Check if future payments are contemplated under Plan but percentage dividend is not determinable.

-----------------------------------------------------------------

**TOTAL RECEIPTS AND DISTRIBUTIONS**
1. Gross Receipts                                    $_____
        Total Disbursements                          $_____

   **Balance of Estate Funds**                       $_____

**ADMINISTRATIVE FEES AND EXPENSES:**
2. Trustee's Compensation                            $_____
3. Fee for Attorney for Trustee                      $_____
4. Total Other Professional Fees and all Expenses    $_____
        a.  Accountant's fees                        $_____
        b.  Auctioneer's fees                        $_____
        c.  Appraiser's fees                         $_____
        d.  Attorney for Debtor                      $_____
            Creditor's Committee                             $_____
            Other (name)                             $_____
        e.  Other (list)                             $_____

   **Total Costs of Administration**                 $_____

**DISTRIBUTIONS**
5. Secured Creditors                                 $_____
6. Priority Creditors                                $_____
7. Unsecured Creditors                               $_____
8. Equity Security Holders                           $_____
9. Other Distributions (including payments to debtor) $_____

   **Total Distributions**                           $_____

```
                  UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF NEBRASKA


IN THE MATTER OF:              )
                               )
The Great Platte River Road    )   CASE NO. BK13-40411
Memorial Foundation,           )   CHAPTER
                               )
             Debtor            )


                          SCHEDULE D
```

     Include here additional facts, if any, which are necessary to enable the Court to pass on any specific information or other equitable provisions requested in the final decree.  If there are none, so indicate.