IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN RE:     CASE BK 13-40411 TLS

Chapter #11

GREAT PLATTE RIVER ROAD
MEMORIAL FOUNDATION,
    Debtors

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    Andrew W. Hoffmeister, Chief Deputy Buffalo County Attorney, attorney for Buffalo County, Nebraska, pursuant to Bankruptcy Rules 2002 and 2010(b) requests that any and all notices to which a creditor, equity security holder, or indenture trustee is entitled should be served upon the undersigned at the address set forth below, and that said this creditor be attached to the Court's Matrix identifying this attorney as counsel for Buffalo County Nebraska and/or Jean Sidwell, Buffalo County Treasurer and/or Buffalo County Sheriff.

Dated: August 14, 2013

                                  Buffalo County, Nebraska and/or
                                  Jean Sidwell, Treasurer of Buffalo County and/or
                                  Buffalo County Sheriff

                                  By: _____
                                  Andrew W. Hoffmeister #15687
                                  Chief Deputy Buffalo County Attorney
                                  PO Box 67
                                  KEARNEY NE 68848-0067
                                  PHONE 308-236-1222
                                  FAX 308-233-3688

CERTIFICATE OF SERVICE

    I hereby certify that on August, 2013, I electronically filed the foregoing Notice of Appearance and Request for Notice with the Clerk of the U.S. Bankruptcy Court for the District of Nebraska using CM/ECF system which sent notification of such filing by electronic mail to CM/ECF listed parties who receive electronic notification of the filing.

                                  _____
                                  Andrew W. Hoffmeister

C:\AWH\Bankruptcy\Arch 2013 Req. Notice BK.docx