# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:

GREAT PLATTE RIVER ROAD
MEMORIAL FOUNDATION, LLC

    Debtor.

CASE NO. BK 13-40411 TLS
CHAPTER 11

**SUMMARY OF PLAN BALLOTING**

COMES NOW the Debtor, Great Platte River Memorial Foundation, Debtor-in-Possession in the above-referenced Chapter 11 case ("Debtor") and herewith provides the following Summary of Balloting with respect to the Debtor's Plan of Reorganization (the "Plan") filed herein:

|             |         | AMOUNT OF CLAIMS | NUMBER OF BALLOTS |
|-------------|---------|------------------|-------------------|
| **Class 1** | ACCEPTS | $13,759,593      | 21                |
|             | REJECTS | 42,737           | 0                 |
| **Class 2** | ACCEPTS | $77,436.85       | 37                |
|             | REJECTS | 156              | 1                 |

Dated this 11th day of September, 2013.

    GREAT PLATTE RIVER ROAD MEMORIAL
    FOUNDATION, LLC, Debtor,

By:  s/ T. Randall Wright
       T. Randall Wright (NE# 16398)
of   BAIRD HOLM LLP
       1500 Woodmen Tower
       1700 Farnam St
       Omaha, NE 68102-2068
       Phone: 402-344-0500
       Fax: 402-344-0588
       Email: rwright@bairdholm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Patricia Fahey<br>ustpregion13.om.ecf@usdoj.gov | David J. Skalka<br>dskalka@crokerlaw.com, |
| Robert M. Gonderinger<br>rgonderinger@crokerlaw.com | Thomas A. Ukinski<br>thomas.ukinski@nebraska.gov, |
| Jerry L. Jensen<br>Jerry.L.Jensen@usdoj.gov | Andrew W. Hoffmeister<br>ahoffmeister@bufflocounty.ne.gov |
| | s/ T. Randall Wright |

DOCS/1208824.1