UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

IN RE:

THE GREAT PLATTE RIVER ROAD MEMORIAL                CASE NO. BK 13-40411 TLS
FOUNDATION

                                                            CHAPTER 11

        DEBTOR

## AFFIDAVIT OF SERVICE AND TABULATION
## CLASS 1 - BOND CLAIMS

**CITY OF KEARNEY, NEBRASKA
INDUSTRIAL DEVELOPMENT REVENUE BONDS
(THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION PROJECT) SERIES 2003
CUSIP NUMBER: 487002AR8
(collectively, the "Bonds")**

        The undersigned, Robert Stevens, President of Globic Advisors, Inc., ("Globic"), the Balloting

Agent, having personal knowledge of the facts set forth herein and being competent to testify, states as

follows:

        1.      On or before August 7, 2013, Globic caused a Solicitation Package, as defined

hereinbelow, to be transmitted by overnight courier, hand delivery or electronic mail, to all banks, brokers

or other nominees identified by Globic as an entity through which holders of the Bonds as of the voting

record date of July 25, 2013.

        2.      The Solicitation Package consisted of the following documents:

        a.      Disclosure Statement and Plan of Reorganization;

        b.      Notice of Plan Deadlines and Confirmation Hearings;

        c.      Notice Setting Objection Deadline and Courtroom Telephonic Confirmation Hearing;

        d.      Solicitation Letter to Creditors from Foundation President;

        e.      Notice from Trustee, Wells Fargo Bank, N.A.;

        f.      Class 1: Beneficial Holder Ballot; and

        g.      Class 1: Master Ballot.

3.      Wells Fargo Bank, N.A., as the Bond Trustee, confirmed that all Bonds are registered in the name of Cede & Co., as securities depository for The Depository Trust Company ("DTC") with possession of the global certificate, as of the Voting Record Date.

4.      On August 5, 2013, Globic provided a copy of the Solicitation Package to DTC for delivery by DTC to participant banks holding Bonds as custodian for the beneficial owners of the Bonds.

5.      In addition, on or before August 7, 2013, Globic provided electronic and/or physical copies to the participant banks identified by DTC for delivery to the beneficial holders/owners of the Bonds.

6.      DTC provided their Omnibus Consent of Cede & Co., whereby DTC assigned its voting authority (by virtue of being the registered holder of the Bonds as of the Record Date) to each of the DTC Participants in proportion to such DTC Participant's securities holdings as of the voting record date, see Exhibit 3.

7.      Class 1 Bondholders were asked to cast their vote to accept or reject the Plan of Reorganization.

8.      Based on the instructions conveyed by the underlying Class 1 Bondholders, the DTC Participants tabulated the votes received from their clients with respect to the Plan of Reorganization, and submitted to Globic a summary of these votes via the Class 1 Master Ballot.

9.      On the deadline of the consent solicitation, September 9, 2013, the Balloting Agent received Class 1 Master Ballots aggregating to a total of $13,802,330 (69.01%) of the outstanding of Bonds on behalf of twenty-four (24) Class 1 Beneficial Bondholder voting to accept the Plan of Reorganization, and Class 1 Master Ballots aggregating to a total of $42,737 (.21%) of the outstanding of Bonds on behalf of three (3) Class 1 Beneficial Bondholder voting to reject the Plan of Reorganization.

10.     The information from the Class 1 Master Ballots is summarized and the results recorded as Exhibit 1.  Copies of each Master Ballot are attached as Exhibit 2.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated:  September 9, 2013

_____
Robert Stevens
President, Globic Advisors, Inc.

# EXHIBIT 1

| | City of Kearney, Nebraska (The Great Platte River Road Memorial Foundation Project), Series 2003 CUSIP: 487002AR8 | |
|---|---|---|
| CLASS 1 | TOTAL PAR AMOUNT OUTSTANDING | $20,000,000 |
| CLASS 1 | TOTAL PAR AMOUNT OUTSTANDING VOTING | $13,802,330 |
| CLASS 1 | TOTAL NUMBER OF HOLDERS VOTING | 24 |
| CLASS 1 | TOTAL PERCENTAGE OF OUTSTANDING VOTING | 69.01% |
| | | |
| CLASS 1 | TOTAL PAR AMOUNT VOTING TO ACCEPT THE PLAN | $13,759,593 |
| CLASS 1 | TOTAL NUMBER OF HOLDERS VOTING TO ACCEPT THE PLAN | 21 |
| CLASS 1 | TOTAL PERCENTAGE OF THE OUTSTANDING VOTING TO ACCEPT THE PLAN | 68.80% |
| CLASS 1 | TOTAL PERCENTAGE OF THE VOTING POPULATION VOTING TO ACCEPT THE PLAN | 99.69% |
| | | |
| CLASS 1 | TOTAL PAR AMOUNT VOTING TO REJECT THE PLAN | $ 42,737 |
| CLASS 1 | TOTAL NUMBER OF HOLDERS VOTING TO REJECT THE PLAN | 3 |
| CLASS 1 | TOTAL PERCENTAGE OF THE OUTSTANDING VOTING TO REJECT THE PLAN | 0.21% |
| CLASS 1 | TOTAL PERCENTAGE OF THE VOTING POPULATION VOTING TO REJECT THE PLAN | 0.31% |

EXHIBIT 2
DETAIL

| CUSIP | DTC | FIRM | AMOUNT | # Voting to FOR the Plan | Par Amount Voting to FOR the Plan | # Voting to AGAINST the Plan | Par Amount Voting AGAINST the Plan |
|---|---|---|---|---|---|---|---|
| 487002AR8 | 15 | MSSB | $ 838,830 | 7 | $ 31,653 | 0 | $ - |
| 487002AR8 | 57 | JONES ED | $ 12,662 | 0 | $ - | 0 | $ - |
| 487002AR8 | 75 | LPL FIN CO | $ 3,166 | 0 | $ - | 0 | $ - |
| 487002AR8 | 141 | FRST CLEAR | $ 212,109 | 2 | $ 12,664 | 1 | $ 1,582 |
| 487002AR8 | 158 | APEX CLEAR | $ 234,271 | 0 | $ - | 0 | $ - |
| 487002AR8 | 164 | CHS SCHWAB | $ 20,579 | 0 | $ - | 0 | $ - |
| 487002AR8 | 188 | TD AMERITR | $ 18,994 | 1 | $ 3,165 | 0 | $ - |
| 487002AR8 | 221 | UBS FINAN | $ 34,826 | 1 | $ 15,831 | 0 | $ - |
| 487002AR8 | 226 | NFS LLC | $ 53,541 | 0 | $ - | 1 | $ 9,497 |
| 487002AR8 | 235 | RBCCAPMKTS | $ 2,729,080 | 1 | $ 9,496 | 0 | $ - |
| 487002AR8 | 279 | SOUTHWEST | $ 11,080 | 0 | $ - | 0 | $ - |
| 487002AR8 | 352 | JPMC CLEAR | $ 52,235 | 1 | $ 31,658 | 0 | $ - |
| 487002AR8 | 374 | JMS LLC | $ 2 | 0 | $ - | 0 | $ - |
| 487002AR8 | 418 | CITIGROUP | $11,273,862 | 2 | $ 11,273,862 | 0 | $ - |
| 487002AR8 | 443 | PERSHING | $ 235,061 | 0 | $ - | 0 | $ - |
| 487002AR8 | 701 | PRIMEVEST | $ 1,589 | 1 | $ 1,589 | 0 | $ - |
| 487002AR8 | 702 | BB&T SEC | $ 15,829 | 0 | $ - | 0 | $ - |
| 487002AR8 | 705 | SCOTTRADE | $ 3,165 | 1 | $ 3,165 | 0 | $ - |
| 487002AR8 | 756 | AEIS INC. | $ 31,658 | 0 | $ - | 0 | $ - |
| 487002AR8 | 771 | BLAIR LLC | $ 6,331 | 0 | $ - | 0 | $ - |
| 487002AR8 | 902 | JPMCBNA | $ 79,147 | 0 | $ - | 0 | $ - |
| 487002AR8 | 992 | BMO/TRUST | $ 31,659 | 0 | $ - | 0 | $ - |
| 487002AR8 | 997 | SSB&T CO. | $ 3,957,333 | 2 | $ 2,374,400 | 0 | $ - |
| 487002AR8 | 2669 | NRTHRN TR | $ 31,658 | 0 | $ - | 1 | $ 31,658 |
| 487002AR8 | 5198 | ML SFKPG | $ 111,333 | 2 | $ 2,110 | 0 | $ - |
| | | TOTAL | $ 20,000,000 | 21 | $ 13,759,593 | 3 | $ 42,737 |

# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

IN RE:

THE GREAT PLATTE RIVER ROAD MEMORIAL          CASE NO. BK 13-40411 TLS
FOUNDATION

CHAPTER 11

DEBTOR

### CLASS 1: MASTER BALLOT
### FOR ACCEPTING OR REJECTING THE DEBTOR'S PLAN OF REORGANIZATION DATED
### JULY 25, 2013

### CITY OF KEARNEY, NEBRASKA
### INDUSTRIAL DEVELOPMENT REVENUE BONDS
### (THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION PROJECT) SERIES 2003
### CUSIP NUMBER: 487002AR8
(collectively, the "Bonds")

**VOTING RECORD DATE:**          **July 25, 2013**
**VOTING DEADLINE DATE:**        **5:00 p.m. EST on September 9, 2013**

**INSTRUCTIONS**:  **DTC Participants holding the above-referenced Bonds through DTC** should
complete this Master Ballot on their own behalf or on behalf of the persons for whom they hold the
Bonds, and return this Master Ballot to Globic Advisors as directed below, before the Voting Deadline
Date.  **Beneficial Holders** of Bonds held through a brokerage firm, trust company or other nominee
should not use this Master Ballot.  Such beneficial owners should contact their Bank/Broker or the
Solicitation Agent, Globic Advisors, for the appropriate Beneficial Holder Ballot.

**FOR ASSISTANCE in completing this form or for additional materials, please contact Robert
Stevens of Globic Advisors, 1-212-227-9699.**

**STEP 1:**     **VOTE**

Please complete the following summary schedule for each separate CUSIP that you act as custodian.
Additional schedules may be attached as necessary.

**CUSIP:**     **487002AR8**

| Votes **FOR** the Plan | | Votes **AGAINST** the Plan | |
|---|---|---|---|
| **Number of Owners** | **Par Amount** | **Number of Owners** | **Par Amount** |
| 1 | $ 15,829 | | $ |

**STEP 3:**      **EXECUTION BY AUTHORIZED SIGNATORY**

By signing below, the nominee hereby certifies that (i) the summary is a true and accurate schedule of the beneficial owners of the securities who have delivered a Class 1 Beneficial Holder Ballot to the undersigned nominee and (ii) the undersigned nominee is the holder, through a position held at a securities depository, or in Street Name, of the Securities set forth above.

**Date Submitted:** _8/30_ , 2013

**Participant No.** _418_

**Print Name of Company:** _Citi Group Global Markets_

**Authorized Employee Contact (Print Name):** _Sherryl Nash-Cook_

**Title:** _Vice President_    **Tel. No.:** _212 - 816 - 9468_

**E-Mail:** _rosemary.yodice@citi.com_

**Signature: X** _Sherryl Nash-Cook_

***MEDALLION STAMP BELOW***

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
CITIGROUP GLOBAL
MARKETS INC.

Citigroup Global Markets Inc.
( N0147 )     AUTHORIZED SIGNATURE
Z 0 0 0 4 1 8 4
NYSE, INC. MEDALLION SIGNATURE PROGRAM

**STEP 4.**      **DELIVERY OF MASTER BALLOT**

**Please deliver the Master Ballot via <u>both</u> facsimile/e-mail transmission and U.S. mail to the following address by 5:00pm EST on September 9, 2013:**

Globic Advisors              *[Copies of this and other documents*
Attn: Robert Stevens        *should be retained for your files]*
One Liberty Plaza, 23rd Floor
New York, New York 10006
Telephone: (212) 227-9699, Facsimile: (212) 271-3252   E-mail: rstevens@globic.com

**DELIVERY OF THIS MASTER BALLOT OTHER THAN AS SET FORTH ABOVE WILL NOT CONSTITUTE A VALID DELIVERY.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

IN RE:

THE GREAT PLATTE RIVER ROAD MEMORIAL
FOUNDATION

CASE NO. BK 13-40411 TLS

CHAPTER 11

DEBTOR

## CLASS 1; MASTER BALLOT
## FOR ACCEPTING OR REJECTING THE DEBTOR'S PLAN OF REORGANIZATION DATED JULY 25, 2013

### CITY OF KEARNEY, NEBRASKA
### INDUSTRIAL DEVELOPMENT REVENUE BONDS
### (THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION PROJECT) SERIES 2003
### CUSIP NUMBER: 487002AR8
(collectively, the "Bonds")

| | |
|---|---|
| **VOTING RECORD DATE:** | July 25, 2013 |
| **VOTING DEADLINE DATE:** | 5:00 p.m. EST on September 9, 2013 |

**INSTRUCTIONS**: DTC Participants holding the above-referenced Bonds through DTC should complete this Master Ballot on their own behalf or on behalf of the persons for whom they hold the Bonds, and return this Master Ballot to Globic Advisors as directed below, before the Voting Deadline Date. **Beneficial Holders** of Bonds held through a brokerage firm, trust company or other nominee should not use this Master Ballot. Such beneficial owners should contact their Bank/Broker or the Solicitation Agent, Globic Advisors, for the appropriate Beneficial Holder Ballot.

**FOR ASSISTANCE** in completing this form or for additional materials, please contact Robert Stevens of Globic Advisors, 1-212-227-9699.

**STEP 1:** **VOTE**

Please complete the following summary schedule for each separate CUSIP that you act as custodian. Additional schedules may be attached as necessary.

**CUSIP:**   **487002AR8**

| Votes **FOR** the Plan | | Votes **AGAINST** the Plan | |
|---|---|---|---|
| Number of Owners | Par Amount | Number of Owners | Par Amount |
| 11258 033 | $ 11258 033 | | $ |

**STEP 3:**    **EXECUTION BY AUTHORIZED SIGNATORY**

By signing below, the nominee hereby certifies that (i) the summary is a true and accurate schedule of the beneficial owners of the securities who have delivered a Class 1 Beneficial Holder Ballot to the undersigned nominee and (ii) the undersigned nominee is the holder, through a position held at a securities depository, or in Street Name, of the Securities set forth above.

Date Submitted: _9/9_, 2013

Participant No. _4/8_

Print Name of Company: _CITI GROUP Global MKT INC_

Authorized Employee Contact (Print Name): _GAS SEGNINI_

Title: _SR VICE PRESIDENT_ Tel. No.: _212 - 816-3068_

E-Mail: _GAS.SEGNINI @ CITI.COM_

Signature: X_____

GUS SEGNINI, V.P.
CITI REORGANIZATION DEPT
111 WALL STREET / 6TH FLOOR
NEW YORK, NY 10005
TEL: (212) 657-0102

**_MEDALLION STAMP BELOW_**

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
CITIGROUP GLOBAL
MARKETS INC.
Citigroup Global Markets Inc.
AUTHORIZED SIGNATURE
Z0004184
(N0160)
NYSE, INC. MEDALLION SIGNATURE PROGRAM

**STEP 4.**        **DELIVERY OF MASTER BALLOT**

Please deliver the Master Ballot via **both** facsimile/e-mail transmission and U.S. mail to the following address by 5:00pm EST on September 9, 2013:

Globic Advisors                          *[Copies of this and other documents*
Attn: Robert Stevens                     *should be retained for your files]*
One Liberty Plaza, 23rd Floor
New York, New York 10006
Telephone: (212) 227-9699, Facsimile: (212) 271-3252  E-mail: rstevens@globic.com

**DELIVERY OF THIS MASTER BALLOT OTHER THAN AS SET FORTH ABOVE WILL NOT CONSTITUTE A VALID DELIVERY.**

STATE STREET BANK & TRUST CO.

DTC 997
487002AR8

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

IN RE:

THE GREAT PLATTE RIVER ROAD MEMORIAL            CASE NO. BK 13-40411 TLS
FOUNDATION

                                                                    CHAPTER 11

DEBTOR

### CLASS 1: MASTER BALLOT
### FOR ACCEPTING OR REJECTING THE DEBTOR'S PLAN OF REORGANIZATION DATED JULY 25, 2013

### CITY OF KEARNEY, NEBRASKA
### INDUSTRIAL DEVELOPMENT REVENUE BONDS
### (THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION PROJECT) SERIES 2003
### CUSIP NUMBER: 487002AR8
(collectively, the "Bonds")

VOTING RECORD DATE:              July 25, 2013
VOTING DEADLINE DATE:         5:00 p.m. EST on September 9, 2013

**INSTRUCTIONS**: **DTC Participants holding the above-referenced Bonds through DTC** should complete this Master Ballot on their own behalf or on behalf of the persons for whom they hold the Bonds, and return this Master Ballot to Globic Advisors as directed below, before the Voting Deadline Date. **Beneficial Holders** of Bonds held through a brokerage firm, trust company or other nominee should <u>not</u> use this Master Ballot. Such beneficial owners should contact their Bank/Broker or the Solicitation Agent, Globic Advisors, for the appropriate Beneficial Holder Ballot.

**FOR ASSISTANCE in completing this form or for additional materials, please contact Robert Stevens of Globic Advisors, 1-212-227-9699.**

STEP 1:        VOTE

Please complete the following summary schedule for each separate CUSIP that you act as custodian. Additional schedules may be attached as necessary.

CUSIP:        **487002AR8**

| Votes **FOR** the Plan | | Votes **AGAINST** the Plan | |
|---|---|---|---|
| **Number of Owners** | **Par Amount** | **Number of Owners** | **Par Amount** |
| 2 | $ 2,374,400 | | $ |

**STEP 3:**       **EXECUTION BY AUTHORIZED SIGNATORY**

By signing below, the nominee hereby certifies that (i) the summary is a true and accurate schedule of the beneficial owners of the securities who have delivered a Class 1 Beneficial Holder Ballot to the undersigned nominee and (ii) the undersigned nominee is the holder, through a position held at a securities depository, or in Street Name, of the Securities set forth above.

Date Submitted: SEPTEMBER 5, 2013

Participant No.   997

Print Name of Company: _____ STATE STREET BANK & TRUST CO.

Authorized Employee Contact (Print Name): _____ Locker + Co. by State Street

Title: _____   Tel. No.: _____ Bank & Trust Co., a Partner by

E-Mail: NAARBUTHNOT@STATESTREET.COM _____ John Ashlter

Signature: X_____

*MEDALLION STAMP BELOW*

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
STATE STREET BANK AND
TRUST

Bradley Lee

AUTHORIZED SIGNATURE
2 0209869
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

+ Co. by State Street
Bank & Trust Co., a Partner by

**STEP 4.**       **DELIVERY OF MASTER BALLOT**

Please deliver the Master Ballot via <u>both</u> facsimile/e-mail transmission and U.S. mail to the following address by 5:00pm EST on September 9, 2013:

Globic Advisors                    *[Copies of this and other documents*
Attn: Robert Stevens               *should be retained for your files]*
One Liberty Plaza, 23rd Floor
New York, New York 10006
Telephone: (212) 227-9699, Facsimile: (212) 271-3252  E-mail: rstevens@globic.com

**DELIVERY OF THIS MASTER BALLOT OTHER THAN AS SET FORTH ABOVE WILL NOT CONSTITUTE A VALID DELIVERY.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

IN RE:

THE GREAT PLATTE RIVER ROAD MEMORIAL
FOUNDATION

CASE NO. BK 13-40411 TLS

CHAPTER 11

DEBTOR

## CLASS 1: MASTER BALLOT
## FOR ACCEPTING OR REJECTING THE DEBTOR'S PLAN OF REORGANIZATION DATED JULY 25, 2013

### CITY OF KEARNEY, NEBRASKA
### INDUSTRIAL DEVELOPMENT REVENUE BONDS
### (THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION PROJECT) SERIES 2003
### CUSIP NUMBER: 487002AR8
(collectively, the "Bonds")

| | |
|---|---|
| **VOTING RECORD DATE:** | July 25, 2013 |
| **VOTING DEADLINE DATE:** | 5:00 p.m. EST on September 9, 2013 |

**INSTRUCTIONS**: **DTC Participants holding the above-referenced Bonds through DTC should** complete this Master Ballot on their own behalf or on behalf of the persons for whom they hold the Bonds, and return this Master Ballot to Globic Advisors as directed below, before the Voting Deadline Date. **Beneficial Holders** of Bonds held through a brokerage firm, trust company or other nominee should <u>not</u> use this Master Ballot. Such beneficial owners should contact their Bank/Broker or the Solicitation Agent, Globic Advisors, for the appropriate Beneficial Holder Ballot.

**FOR ASSISTANCE** in completing this form or for additional materials, please contact Robert Stevens of Globic Advisors, 1-212-227-9699.

**STEP 1:**    <u>**VOTE**</u>

Please complete the following summary schedule for each separate CUSIP that you act as custodian. Additional schedules may be attached as necessary.

**CUSIP:**    <u>487002AR8</u>

| Votes **FOR** the Plan | | Votes **AGAINST** the Plan | |
|---|---|---|---|
| Number of Owners | Par Amount | Number of Owners | Par Amount |
| | $ | 1 | $ 31,658 |

STEP 3:        **EXECUTION BY AUTHORIZED SIGNATORY**

By signing below, the nominee hereby certifies that (i) the summary is a true and accurate schedule of the beneficial owners of the securities who have delivered a Class 1 Beneficial Holder Ballot to the undersigned nominee and (ii) the undersigned nominee is the holder, through a position held at a securities depository, or in Street Name, of the Securities set forth above.

Date Submitted: _9/6___, 2013

Participant No. _2669_____

Print Name of Company: ___The Northern Trust Company___

Authorized Employee Contact (Print Name): _MARK PARTIPILO___

Title: _OFFICER_____    Tel. No.: _630-663-6126_

E-Mail: _MP44@NTRS.COM____  THE NORTHERN TRUST COMPANY

Signature: X_____

Trust Officer

AS AGENT

*MEDALLION STAMP BELOW*

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
THE NORTHERN TRUST
COMPANY

AUTHORIZED SIGNATURE
(304)           Z0929471
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™

**The Northern Trust Company
Attn: Reorganizations Dept., C1N
801 South Canal
CHICAGO, IL. 60607**

STEP 4.        **DELIVERY OF MASTER BALLOT**

**Please deliver the Master Ballot via both facsimile/e-mail transmission and U.S. mail to the following address by 5:00pm EST on September 9, 2013:**

Globic Advisors                    *[Copies of this and other documents*
Attn: Robert Stevens               *should be retained for your files]*
One Liberty Plaza, 23rd Floor
New York, New York 10006
Telephone: (212) 227-9699, Facsimile: (212) 271-3252   E-mail: rstevens@globic.com

**DELIVERY OF THIS MASTER BALLOT OTHER THAN AS SET FORTH ABOVE WILL NOT CONSTITUTE A VALID DELIVERY.**

**THIS PROXY HEREBY REVOKES**
**ALL PRIOR PROXIES**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEBRASKA**

IN RE:

THE GREAT PLATTE RIVER ROAD MEMORIAL          CASE NO. BK 13-40411 TLS
FOUNDATION

                                                                                      CHAPTER 11

           DEBTOR

**CLASS 1: MASTER BALLOT**
**FOR ACCEPTING OR REJECTING THE DEBTOR'S PLAN OF REORGANIZATION DATED**
**JULY 25, 2013**

**CITY OF KEARNEY, NEBRASKA**
**INDUSTRIAL DEVELOPMENT REVENUE BONDS**
**(THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION PROJECT) SERIES 2003**
**CUSIP NUMBER: 487002AR8**
**(collectively, the "Bonds")**

**VOTING RECORD DATE:**          July 25, 2013
**VOTING DEADLINE DATE:**       5:00 p.m. EST on September 9, 2013

**INSTRUCTIONS**: **DTC Participants holding the above-referenced Bonds through DTC** should
complete this Master Ballot on their own behalf or on behalf of the persons for whom they hold the
Bonds, and return this Master Ballot to Globic Advisors as directed below, before the Voting Deadline
Date. **Beneficial Holders** of Bonds held through a brokerage firm, trust company or other nominee
should <u>not</u> use this Master Ballot. Such beneficial owners should contact their Bank/Broker or the
Solicitation Agent, Globic Advisors, for the appropriate Beneficial Holder Ballot.

**FOR ASSISTANCE in completing this form or for additional materials, please contact Robert**
**Stevens of Globic Advisors, 1-212-227-9699.**

**STEP 1:**          **VOTE**

Please complete the following summary schedule for each separate CUSIP that you act as custodian.
Additional schedules may be attached as necessary.

**CUSIP:**          **487002AR8**

| Votes **FOR** the Plan | | Votes **AGAINST** the Plan | |
|---|---|---|---|
| Number of Owners | Par Amount | Number of Owners | Par Amount |
| SEE ATTACHED | $ SEE ATTACHED | SEE ATTACHED | $ SEE ATTACHED |

**THIS PROXY HEREBY REVOKES**
**ALL PRIOR PROXIES**

**STEP 3:**    **EXECUTION BY AUTHORIZED SIGNATORY**

By signing below, the nominee hereby certifies that (i) the summary is a true and accurate schedule of the beneficial owners of the securities who have delivered a Class 1 Beneficial Holder Ballot to the undersigned nominee and (ii) the undersigned nominee is the holder, through a position held at a securities depository, or in Street Name, of the Securities set forth above.

Date Submitted: **SEP 0 9 2013** , 2013

Participant No. **SEE ATTACHED**

Print Name of Company: _____ **SEE ATTACHED** _____

Authorized Employee Contact (Print Name): _____

Title: _____    Tel. No.: _____

E-Mail: _____

Signature: X _____

    Richard J. Daly
    Attorney-in-Fact

*MEDALLION STAMP BELOW*

This proxy is issued to Powers of Attorney executed by each listed Brokerage Firm or Nominee which are in full force and effect as of the date hereof. The Powers of Attorney are on file with the Offices of Broadridge Financial Solutions, Inc.

**STEP 4**.    **DELIVERY OF MASTER BALLOT**

**Please deliver the Master Ballot via both facsimile/e-mail transmission and U.S. mail to the following address by 5:00pm EST on September 9, 2013:**

Globic Advisors                  *[Copies of this and other documents*
Attn: Robert Stevens             *should be retained for your files]*
One Liberty Plaza, 23rd Floor
New York, New York 10006
Telephone: (212) 227-9699, Facsimile: (212) 271-3252  E-mail: rstevens@globic.com

**DELIVERY OF THIS MASTER BALLOT OTHER THAN AS SET FORTH ABOVE WILL NOT CONSTITUTE A VALID DELIVERY.**



VOTE SUMMARY LISTING (VOTED)
NAME AND ADDRESS REPORT

RUN DATE: 09/09/13
MEETING DATE: 09/09/13
PAGE 1

RECORD DATE: 08/01/13
TRUE RECORD DATE: 07/25/13

CL!# 015   CUSIP: 487002AR8   ISSUER NAME: CITY OF KEARNEY NEBRASKA INDUSTRIAL DEVCLIENT NAME: MORGAN STANLEY

| ACCOUNT | CTL NO. | REGISTRATION | BATCH NO/SEQ | POSITION | VOTE DATE | TYP ST | LOAD PREF | MAIL PREF | FUL FLG |
|---|---|---|---|---|---|---|---|---|---|
| 00000000802109296 PROPS F | 34196945188 | | VHH02542709 001 | 7914 08/30/13 | | | | | N |
| 00000000054110616 PROPS F | 34196944208 6 | | VHH02538708 003 | 4748 08/26/13 | | | | | N |
| 00000000056110836 PROPS F | 34196943401 7 | | VHH02547717 001 | 1582 09/04/13 | | | | | N |
| 00000000036110635 PROPS F | 34196943285 1 | | VHH02539708 001 | 9497 08/27/13 | | | | | N |
| 00000000036110646 PROPS F | 34196943172 8 | | VHH02541710 002 | 1582 08/29/13 | | | | | N |
| 00000000030911711 PROPS F | 34196942820 4 | | VHH02534708 003 | 3165 08/22/13 | | | | | N |
| 00000000202214551 PROPS F | 34196942375 9 | | VHH02534708 002 | 3165 08/22/13 | | | | | N |

FOR          1) *
AGN          31653
ABS          0

FOR      1) *
AGN          0
ABS          0

FOR      1) *
AGN          7
ABS          0

TOTAL** REC. POSITION:  0;     VOTED SHARES:   31653; UNVOTED SHARES:   807177;
LEGAL PROXY:                   838830; TOTAL ITEMS:         7



```
RECORD DATE: 08/01/13            VOTE SUMMARY LISTING (VOTED)               RUN DATE:     09/09/13    PAGE    2
TRUE RECORD DATE: 07/25/13              NAME AND ADDRESS REPORT             MEETING DATE: 09/09/13

CLT# 141  CUSIP. 48700ZAR8   ISSUER NAME: CITY OF KEARNEY NEBRASKA INDUSTRIAL DEVCLIENT NAME: FIRST CLEARING, LLC
---------------------------------------------------------------------------------------------------------------

ACCOUNT       CTL NO.      REGISTRATION                                  BATCH NO/SEQ   POSITION   VOTE  TYP ST  LOAD MAIL FUL
                                                                                                   DATE          PREF PREF FLG
           1      2      3      4      5      6      7      8      9
        1--5---0 1--5---0 1--5---0 1--5---0 1--5---0 1--5---0 1--5---0 1--5---0 1--5---0

0000020246619 1FD01 3419913204405                                        VHH0238708 004   1582 08/26/13                  N
PROPS  N

0000058484183 1WF01 3419913335507                                        VHM0247712 001   9698 09/04/13                  N
PROPS  F

0000059465411 1WF01 3419913346630                                        VHM0241710 001   3166 08/29/13                  N
PROPS  F
                            1) *
                        FOR   12664
                        AGN    1582
                        ABS       0

                     1) *
                  FOR    2
                  AGN    1
                  ABS    0

CLIENT# 141        TOTAL** REC. POSITION:   0;   220023; VOTED SHARES:   14246; UNVOTED SHARES:   205777;
                   LEGAL PROXY:                   TOTAL ITEMS:       3
```



VOTE SUMMARY LISTING (VOTED)
NAME AND ADDRESS REPORT

RUN DATE:      09/09/13
MEETING DATE:  09/09/13

PAGE   3

RECORD DATE:      08/01/13
TRUE RECORD DATE: 07/25/13

CLI# 161  CUSIP: 4687002AR8      ISSUER NAME: CITY OF KEARNEY NEBRASKA INDUSTRIAL DEVCLIENT NAME: MERRILL LYNCH

| ACCOUNT | CTL NO. | REGISTRATION | BATCH NO/SEQ | POSITION | VOTE DATE | TYP ST | LOAD PREF | MAIL PREF | FUL FLG |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 | | | | | | | | | |
| L1111 86Q10921  00 163723656291 | | | VNM0242709 002 | 1055 08/30/13 | | N | | | |
| PROPS F | | | | | | | | | |
| L8825 6811Z653  00 163723658457 | | | VNM0239708 002 | 1055 08/28/13 | | N | | | |
| PROPS F | | | | | | | | | |

```
                   1) *
          FOR     2110
          AGN        0
          ABS        0

                   1) *
          FOR        2
          AGN        0
          ABS        0
```

CLIENT# 161              TOTAL:** REC. POSITION:   0;   111333;   VOTED SHARES:   2110;   UNVOTED SHARES:   109223;
                         LEGAL PROXY:           VOTED SHARES:
                         TOTAL ITEMS:              2



RECORD DATE: 08/01/13
TRUE RECORD DATE: 07/25/13

RUN DATE: 09/09/13
MEETING DATE: 09/09/13

PAGE   4

VOTE SUMMARY LISTING (VOTED)
NAME AND ADDRESS REPORT

CLI# 188   CUSTP: 487002AR8   ISSUER NAME: CITY OF KEARNEY NEBRASKA INDUSTRIAL DEVCLIENT NAME: TD AMERITRADE CLEARING, INC

ACCOUNT        CTL NO.        REGISTRATION                              BATCH NO/SEQ        POSITION    VOTE DATE   TYP ST   LOAD MAIL FUL
                                                                                                                             PREF PREF FLG

PROPS  F

0001659576606-110000 035685908530                                      VMM0254708 004      3165 08/22/13

      1         2         3         4         5         6         7         8         9         1         0
1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0

FOR    1) *
AGN
ABS

       1) * 3165
            0
            0

FOR          1) *  1
AGN                0
ABS                0

CLIENT# 188

TOTAL** REC. POSITION:        0;                18994; VOTED SHARES:      3165; UNVOTED SHARES:      15829;
LEGAL PROXY:                   TOTAL ITEMS:         1

N



```
RECORD DATE: 08/01/13                    VOTE SUMMARY LISTING (VOTED)              RUN DATE:       09/09/13      PAGE    5
TRUE RECORD DATE: 07/25/13                  NAME AND ADDRESS REPORT                MEETING DATE: 09/09/13
------------------------------------------------------------------------------------------------------------------------
CLI# 221  CUSIP: 487002AR8   ISSUER NAME: CITY OF KEARNEY NEBRASKA INDUSTRIAL DEVCLIENT NAME: UBS FINANCIAL SERVICES INC.
------------------------------------------------------------------------------------------------------------------------
ACCOUNT         CTL NO.     REGISTRATION                          BATCH NO/SEQ    POSITION    VOTE   TYP ST  LOAD MAIL FUL
                                                                                              DATE    1  PREF PREF FLG

00000 LL 48547   90237674263S                                     VMM0242709 003  15831 08/30/13                        N

                 1        2        3        4        5        6        7        8        9
                 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0

                 1) *
          FOR    15831
          AGN    0
          ABS    0

                       1) *
          FOR          1
          AGN          0
          ABS          0

CLIENT# 221      TOTAL** REC. POSITION:     0;   34826; VOTED SHARES:   15831; UNVOTED SHARES:   18995;
                 LEGAL PROXY:                    TOTAL ITEMS:      1
```



```
RECORD DATE: 08/01/13              VOTE SUMMARY LISTING (VOTED)           RUN DATE:      09/09/13      PAGE   6
TRUE RECORD DATE: 07/25/13          NAME AND ADDRESS REPORT               MEETING DATE:  09/09/13

CLI# 235  CUSIP: 48700ZAR8   ISSUER NAME: CITY OF KEARNEY NEBRASKA INDUSTRIAL DEVCLIENT NAME: RBC CAPITAL MARKETS LLC

ACCOUNT        CTL NO.    REGISTRATION                BATCH NO/SEQ        POSITION   VOTE    TYP ST   LOAD MAIL FUL
                                                                                    DATE                PREF PREF FLG

000301-90216-11DDU0 7427385M4947                     VHM02347O8 001      9496 08/22/13  1    PREF PREF FUL
PROPS F

               1   2   3   4   5   6   7   8   9
            1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0

                            1) *   9496   FOR
                                          AGN    0
                                          ABS    0

                                1) *   FOR   1
                                       AGN   0
                                       ABS   0

CLIENT# 235        TOTAL** REC. POSITION:    0;  2729080; VOTED SHARES:   9496; UNVOTED SHARES:   2719584;    N
                   LEGAL PROXY:                   TOTAL ITEMS:     1
```



```
RECORD DATE: 08/01/13           VOTE SUMMARY LISTING (VOTED)        RUN DATE:     09/09/13      PAGE    7
TRUE RECORD DATE: 07/25/13        NAME AND ADDRESS REPORT           MEETING DATE: 09/09/13

CLI# 352  CUSIP: 487002AR8   ISSUER NAME: CITY OF KEARNEY NEBRASKA INDUSTRIAL DEVCLIENT NAME: J.P. MORGAN CLEARING CORPORATION

ACCOUNT        CTL NO.      REGISTRATION                    BATCH NO/SEQ      POSITION   VOTE    TYP ST   LOAD MAIL FUL
                                                                                        DATE      1      PREF PREF FLG

AN0045411187040843  342002837093                           2 HMMA246001 121  31658 09/05/13  1    0         N
PROPS  F

    1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0
        1          2          3          4          5          6          7          8          9

              1) *
       FOR   31658
       AGN       0
       ABS       0

                    1) *
       FOR    1
       AGN    0
       ABS    0

CLIENT# 352          TOTAL** REC. POSITION:     0;  52235; VOTED SHARES: 31658; UNVOTED SHARES:  20577;
                     LEGAL PROXY:                  TOTAL ITEMS:     1
```



RECORD DATE: 08/01/13          RUN DATE:    09/09/13     PAGE   8
TRUE RECORD DATE: 07/25/13     MEETING DATE: 09/09/13

VOTE SUMMARY LISTING (VOTED)
NAME AND ADDRESS REPORT

CLI# 701  CUSIP: 487002AR8   ISSUER NAME: CITY OF KEARNEY NEBRASKA INDUSTRIAL DEV   CLIENT NAME: CETERA INVESTMENT SERVICES LLC

ACCOUNT        CTL NO.      REGISTRATION      BATCH NO/SEQ      POSITION      VOTE        TYP ST    LOAD MAIL FUL
                                                                             DATE                 PREF PREF FLG

60077850IGHX   03688921661 9                  VMM0239706 003    1589 08/27/13              1        N
PROPS  F                                                                                  0

1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0
    1          2          3          4          5          6          7          8          9

                    FOR    1) *   1589
                    AGN           0
                    ABS           0

                    FOR    1) *   1
                    AGN           0
                    ABS           0

CLIENT# 701    TOTAL** REC. POSITION:  0;    1589; VOTED SHARES:   1589; UNVOTED SHARES:   0;
               LEGAL PROXY:              TOTAL ITEMS:   1



RECORD DATE: 08/01/13
TRUE RECORD DATE: 07/25/13

VOTE SUMMARY LISTING (VOTED)
NAME AND ADDRESS REPORT

RUN DATE:      09/09/13       PAGE      9
MEETING DATE: 09/09/13

CLI# 808   CUSIP: 487002AR8    ISSUER NAME: CITY OF KEARNEY NEBRASKA INDUSTRIAL DEVCLIENT NAME: NATIONAL FINANCIAL SERVICES LLC

ACCOUNT          CTL NO.       REGISTRATION                          BATCH NO/SEQ      POSITION    VOTE  TYP ST  LOAD MAIL FUL
                                                                                                   DATE          PREF PREF FLG

00000000002676610S1 341925230293                                     VMH0234708 005    9497 08/22/13
PROPS  N

1----5----0 1----5----0 1----5----0 1----5----0 1----5----0 1----5----0 1----5----0 1----5----0 1----5----0
    1         2         3         4         5         6         7         8         9

            1) *      0
      FOR              0
      AGN           9497
      ABS              0

                 1) *

      FOR              0
      AGN              1
      ABS              0

CLIENT# 808                                                                                                                N

TOTAL** REC. POSITION:    0;    377l2; VOTED SHARES:    9497; UNVOTED SHARES:    28215;
LEGAL PROXY:                    TOTAL ITEMS:    1



```
RECORD DATE: 08/01/13              VOTE SUMMARY LISTING (VOTED)        RUN DATE:      09/09/13      PAGE
TRUE RECORD DATE: 07/25/13         NAME AND ADDRESS REPORT             MEETING DATE: 09/09/13         10

CLI# 897  CUSIP: 487002AR8   ISSUER NAME: CITY OF KEARNEY NEBRASKA INDUSTRIAL DEVCLIENT NAME: SCOTTRADE INC

ACCOUNT     CTL NO.    REGISTRATION                    BATCH NO/SEQ   POSITION   VOTE    TYP ST   LOAD MAIL FUL
                                                                                DATE                PREF PREF FLG
75975570   16373413804                                 VNH0242717 001   3165 08/30/13    1    0            N
PROPS F
        1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0
           1         2         3         4         5         6         7         8         9

                     1) *
                FOR    3165
                AGN    0
                ABS    0

              1) *
          FOR    1
          AGN    0
          ABS    0

CLIENT# 897          TOTAL** REC. POSITION:   0;    3165; VOTED SHARES:   3165; UNVOTED SHARES:   0;
                     LEGAL PROXY:                    TOTAL ITEMS:      1
```



RECORD DATE: 08/01/13
TRUE RECORD DATE: 07/25/13

CUSIP SUMMARY TOTAL (VOTED)
NAME AND ADDRESS REPORT

RUN DATE: 09/09/13
MEETING DATE: 09/09/13

PAGE   11

CLI#   CUSIP: 4870002AR8   ISSUER NAME: CITY OF KEARNEY NEBRASKA INDUSTRIAL DEVCLIENT NAME:

ACCOUNT   CTL NO.   REGISTRATION   BATCH NO/SEQ   POSITION   VOTE DATE   TYP ST   LOAD MAIL FUL PREF PREF FLG

1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0 1---5---0
1     2     3     4     5     6     7     8     9

FOR   11331   1) *
AGN   11079
ABS   0

FOR   17   1) *
AGN   2
ABS   0

CUSIP # 4870002AR8 TOTAL** REC. POSITION:   0;   8857521; VOTED SHARES:   122410; UNVOTED SHARES:   8735111;
LEGAL PROXY:   TOTAL ITEMS:   19
JOB# 261357

BRXNA2ZZ - BRX550                    VOTING ITEM TOTAL BREAKDOWN (VOTED)                    09/09/13

| CL# | CLIENT NAME | ISSUER NAME | CUSIP | ITEMS | SHARES |
|-----|-------------|-------------|-------|-------|--------|
| 015 | MORGAN STANLEY | CITY OF KEARNEY NEBRASKA INDUSTRIAL DEV | 487002AR8 | 7 | 31,653 |
| 141 | FIRST CLEARING, LLC | CITY OF KEARNEY NEBRASKA INDUSTRIAL DEV | 487002AR8 | 3 | 14,246 |
| 161 | MERRILL LYNCH | CITY OF KEARNEY NEBRASKA INDUSTRIAL DEV | 487002AR8 | 2 | 2,110 |
| 188 | TD AMERITRADE CLEARING, INC | CITY OF KEARNEY NEBRASKA INDUSTRIAL DEV | 487002AR8 | 1 | 3,165 |
| 221 | UBS FINANCIAL SERVICES INC. | CITY OF KEARNEY NEBRASKA INDUSTRIAL DEV | 487002AR8 | 1 | 15,831 |
| 235 | RBC CAPITAL MARKETS LLC | CITY OF KEARNEY NEBRASKA INDUSTRIAL DEV | 487002AR8 | 1 | 9,496 |
| 352 | J.P. MORGAN CLEARING CORPORATION | CITY OF KEARNEY NEBRASKA INDUSTRIAL DEV | 487002AR8 | 1 | 31,658 |
| 701 | CETERA INVESTMENT SERVICES LLC | CITY OF KEARNEY NEBRASKA INDUSTRIAL DEV | 487002AR8 | 1 | 1,589 |
| 808 | NATIONAL FINANCIAL SERVICES LLC | CITY OF KEARNEY NEBRASKA INDUSTRIAL DEV | 487002AR8 | 1 | 9,497 |
| 897 | SCOTTRADE INC | CITY OF KEARNEY NEBRASKA INDUSTRIAL DEV | 487002AR8 | 1 | 3,165 |

JOB#: 261357   TOTALS:                    19     122,410

# EXHIBIT 3

 **DTCC**®

**The Depository Trust &
Clearing Corporation**
*55 Water Street*
*New York, NY 10041-0099*

August 15, 2013

BAIRD HOLM LLP
1500 WOODMEN TOWER
OMAHA, NE 68102- 2068
402-344-0500
Attn.: Randy Wright

RE: Great Platte River Road Memorial Foundation

| Cusip | Description |
|-------|-------------|
| 487002AR8 | Great Platte River Road Memorial Foundation, Series 2003 |

Dear Mr. Wright,

Enclosed, you will find a letter (Proxy) endorsed by a partner of Cede & Co., the nominee name of The Depository Trust Company, assigning its voting rights to the named Participants' of The Depository Trust Company or their designees in the above referenced matter. I have also enclosed a Security Position Report, listing the names of the Participants of The Depository Trust Company who are entitled to vote on the Plan of Reorganization.

I would further request that DTC continue to be informed concerning the ongoing status of the case so that we can communicate this information to our Participants. This information should be sent to my attention at the address indicated above.

Should you have any questions or if I can be of further assistance in this matter, please contact me at (212) 855-5251.

Very truly yours,

Robert Giordano
Lead Specialist

*The Depository Trust Company*
*National Securities Clearing Corporation*
*Fixed Income Clearing Corporation*
*DTCC Deriv/SERV LLC*
*DTCC Solutions LLC*
*European Central Counterparty Ltd.*
*DTCC Loan/SERV LLC*

DTCC RESTRICTED



**The Depository Trust &
Clearing Corporation**
55 Water Street
New York, NY 10041-0099

August 15, 2013

BAIRD HOLM LLP
1500 WOODMEN TOWER
OMAHA, NE 68102-2068
402-344-0500
Attn.: Randy  Wright

RE: Great Platte River Road Memorial Foundation

| **Cusip** | **Description** |
|---|---|
| 487002AR8 | Great Platte River Road Memorial Foundation, Series 2003 |

Dear Mr. Wright,

Attached hereto is a security position listing, for Great Platte River Road Memorial Foundation for securities on deposit with The Depository Trust Company ("DTC") as of the close of business on July 25, 2013.

In connection with the Plan of Reorganization, Cede & Co., DTC's nominee, hereby authorizes each of the DTC Participants identified on the attached security position listing to vote and execute ballots, or to grant the authority to vote, and execute ballots, with respect to the number of securities specified opposite the Participant's name.

Very truly yours,
Cede & Co.

By _Lou Ritoyya_
    Partner

*The Depository Trust Company*
*National Securities Clearing Corporation*
*Fixed Income Clearing Corporation*
*DTCC Deriv/SERV LLC*
*DTCC Solutions LLC*
*European Central Counterparty Ltd.*
*DTCC Loan/SERV LLC*

*DTCC RESTRICTED*

PARTICIPANT POSITION REPORT

CUSIP AND SECURITY DESCRIPTION: 487002-AR-8 - KEARNEY IND DEV RV NE   08-07-03   0.000%   12 BE
POSITIONS AS OF:   7/25/13

|  | --- TOTAL --- |
|---|---|
| 0015 - MSSB | 838,830 |
| 0057 - JONES E D | 12,662 |
| 0075 - LPL FIN CO | 3,166 |
| 0141 - FRST CLEAR | 212,109 |
| 0158 - APEX CLEAR | 234,271 |
| 0164 - CHS SCHWAB | 20,579 |
| 0188 - TD AMERITR | 18,994 |
| 0221 - UBS FINAN | 34,826 |
| 0226 - NFS LLC | 53,541 |
| 0235 - RBCCAPMKTS | 2,729,080 |
| 0279 - SOUTHWEST | 11,080 |
| 0352 - JPMC CLEAR | 52,235 |
| 0374 - JMS LLC | 2 |
| 0418 - CITIGROUP | 11,273,862 |
| 0443 - PERSHING | 235,061 |
| 0701 - PRIMEVEST | 1,589 |
| 0702 - BB&T SEC | 15,829 |
| 0705 - SCOTTRADE | 3,165 |
| 0756 - AEIS INC. | 31,658 |
| 0771 - BLAIR LLC | 6,331 |
| 0902 - JPMCBNA | 79,147 |
| 0992 - BMO/TRUST | 31,659 |
| 0997 - SSB&T CO | 3,957,333 |
| 2669 - NRTHRN TR | 31,658 |

DATE: 8/13/13
TIME: 13:39:24

DEPOSITORY TRUST COMPANY
AUTOMATED CALL LOTTERY SYSTEM
PARTICIPANT POSITION REPORT

PAGE:  2
PROGRAM: REDRPT11

CUSIP AND SECURITY DESCRIPTION: 487002-AR-8  -  KEARNEY IND DEV RV NE   D08-07-03   0.000%   12 BE   (CONTINUED)
POSITIONS AS OF:  7/25/13

5198  -  ML SFKPG

----- TOTAL -----

111,333
==============
20,000,000

TOTAL:                                                                                                           20,000,000
          25