## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>GREAT PLATTE RIVER ROAD<br>MEMORIAL FOUNDATION, LLC<br><br>Debtor. | CASE NO. BK 13-40411 TLS<br>CHAPTER 11<br><br>**DECLARATION OF JACQUELINE SVOBODA AS TO BALLOTING OF CLASS 2 CREDITORS** |

Jacqueline Svoboda, of lawful age and giving this declaration under penalty of perjury, deposes and states:

1. I am a legal assistant with the Baird Holm law firm.

2. I was charged with receiving and counting ballots from the general unsecured creditor class, Class 2, under the Debtor's Plan of Reorganization.

3. I have duly tracked all ballots received, and the results of those ballots are set forth in the attached chart.

4. Of the thirty-eight (38) votes received, thirty seven voted in favor of the plan and one creditor voted against the Plan. Votes in favor of the plan totaled $77,436.85 and votes against the Plan totaled $156.00.

Further declarant saith not.

Dated this 10th day of September, 2013.

s/ Jacqueline A. Svoboda

## GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION
### BALLOTS RECEIVED

| CREDITOR | AMT OF CLAIM | YES VOTE | | AMT OF CLAIM | NO VOTE |
|---|---|---|---|---|---|
| Garrison, Kerri | 122.61 | X | | | |
| George, Mary | 0.00 | X | | | |
| PEP Co. Inc. | 1,052.42 | X | | | |
| Kearney Hub | 800.00 | X | | | |
| Platte Valley Comm. | | X | | | |
| Geraldi Handcrafted Leather | 191.40 | X | | | |
| Platte Valley State Bank & Trust Co. | 439.37 | X | | | |
| Thomas, Rosemary | 68.64 | X | | | |
| Buttress, Steve | | X | | | |
| Warren-T Plumbing Services | 5,363.50 | X | | | |
| Antelope-Press | 0.00 | X | | | |
| Yandas Music & Pro Audio | 15,548.54 | X | | | |
| Paramount Linen | 1,451.47 | X | | | |
| Hickman, Sheryll | 204.00 | X | | | |
| Stagecoach, Inc. | 10,797.00 | X | | | |
| K&K Parts Co. Inc. | 63.34 | X | | | |
| Smith, D. Jean | 14.97 | X | | | |
| Rasmussen Mechanical Services | 734.11 | X | | | |
| Benjamin's Landscaping | 1,927.46 | X | | | |
| Seven Pines Creations | 38.75 | X | | | |
| McDermott & Miller PC | 541.00 | X | | | |
| Cedar Ridge Emu | 65.04 | X | | | |
| Eakes Inc. | 951.35 | X | | | |
| Holliday, Cheryl | 37.54 | X | | | |
| Nebraska Life Publishing, Inc. | 48.00 | X | | | |
| Interline Brands Inc. dba AmSan | 902.91 | X | | | |
| Wilke True Value | | X | | | |
| Erickson, Nora E. | 37.50 | X | | | |
| Nebraska Public Power District | 20,051.10 | X | | | |
| CornCoctions LLC | | | | 156.00 | X |
| Frontier Communications | 1,426.77 | X | | | |
| Carrot-Top Industries, Inc. | 203.31 | X | | | |
| Heirloom Treasures | | X | | | |
| Morris Printing Group, Inc. | 150.15 | X | | | |
| Principal Life Insurance Company | 532.42 | X | | | |
| Gary Ginther Studios | 2,175.00 | X | | | |
| Shepherd's Dairy 4 Ewe | 283.80 | X | | | |
| Cline Williams Law Firm | 10,693.00 | X | | | |
| IM'S Countryside Painting | 520.38 | X | | | |
| 37 Yes Votes | 77,436.85 | | 1 No Vote | 156.00 | |

**Total For All 38 Respondents**    77,592.85