**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN THE MATTER OF:<br><br>GREAT PLATTE RIVER ROAD<br>MEMORIAL FOUNDATION, LLC<br><br>Debtor. | CASE NO. BK 13-40411 TLS<br>CHAPTER 11<br><br>**AMENDED SUMMARY OF PLAN BALLOTING** |

COMES NOW the Debtor, Great Platte River Memorial Foundation, Debtor-in-Possession in the above-referenced Chapter 11 case ("Debtor") and herewith provides the following Summary of Balloting with respect to the Debtor's Plan of Reorganization (the "Plan") filed herein:

| | | AMOUNT OF CLAIMS | NUMBER OF BALLOTS |
|---|---|---|---|
| **Class 1** | ACCEPTS | $13,759,593 | 21 |
| | REJECTS | 42,737 | 3 |
| **Class 2** | ACCEPTS | $77,436.85 | 37 |
| | REJECTS | 156 | 1 |

Dated this 11th day of September, 2013.

GREAT PLATTE RIVER ROAD MEMORIAL
FOUNDATION, LLC, Debtor,

By:  s/ T. Randall Wright
       T. Randall Wright (NE# 16398)
of   BAIRD HOLM LLP
       1500 Woodmen Tower
       1700 Farnam St
       Omaha, NE  68102-2068
       Phone: 402-344-0500
       Fax: 402-344-0588
       Email: rwright@bairdholm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Patricia Fahey<br>ustpregion13.om.ecf@usdoj.gov | David J. Skalka<br>dskalka@crokerlaw.com, |
| Robert M. Gonderinger<br>rgonderinger@crokerlaw.com | Thomas A. Ukinski<br>thomas.ukinski@nebraska.gov, |
| Jerry L. Jensen<br>Jerry.L.Jensen@usdoj.gov | Andrew W. Hoffmeister<br>ahoffmeister@bufflocounty.ne.gov |

                                                        s/ T. Randall Wright

DOCS/1208824.2