**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. BK 13-40411 TLS |
| | CHAPTER 11 |
| GREAT PLATTE RIVER ROAD | |
| MEMORIAL FOUNDATION, LLC | |
| Debtor. | |

## ORDER CONFIRMING DEBTOR'S CHAPTER 11 PLAN

This matter came before the Court on the Debtor's request for confirmation of its First Amended Plan of Reorganization. Because no objections to the Plan were filed, no hearing was held.

After review and consideration of Debtor's Plan of Reorganization (the "Plan"), the Certificate of Service of the Plan and Disclosure Statement (Doc. 65) the evidence submitted in support thereof, including the Summary of Ballot Report (Doc. 71) , the Declaration of Jacqueline Svoboda (Doc. 73) , and the Affidavit of Robert Stevens (Doc. 72), the Court does hereby find:

1. This is a core proceeding within the meaning of 28 U.S.C. Section 157.

2. The Plan was properly served and all parties entitled to notice were given notice.

3. No objections to the Plan were filed.

4. The Plan complies with the applicable provisions of Title 11 of the United States Code. The Plan was filed in good faith.

**Error! Unknown document property name.**

5. The Amended Summary of Ballots was filed with the Court and is part of the record, and it reflects that both classes of creditors, Class 1 and Class 2, voted to accept the Plan. Debtors' evidence constitutes sufficient evidentiary basis for the confirmation of the Plan and the granting of the relief as requested in the Plan.

IT IS THEREFORE ORDERED that:

1. The Plan is hereby confirmed pursuant to the provisions of 11 U.S.C. § 1129(a).

2. The Debtor is authorized to take such actions as may be necessary or appropriate to effectuate, implement and further evidence the terms and conditions of the Plan and to take any action necessary or appropriate to implement, effectuate and consummate the Plan in accordance with its terms, and take any or all company actions authorized to be taken pursuant to the Plan, without further order of the Court.

3. Notwithstanding Bankruptcy Rule 3020(e), this Confirmation Order shall take effect immediately upon its entry.

4. Pursuant to sections 105(a) and 1142 of the Bankruptcy Code, and notwithstanding the entry of this Confirmation Order or the occurrence of the Effective Date, the Court, except as otherwise provided in the Plan, shall retain exclusive jurisdiction over all matters arising out of, and related to, this Chapter 11 case and the Plan to the fullest extent permitted by law.

5. Pursuant to 11 U.S.C. Section 1142(b), and in accordance with the Plan, upon payment by the Debtor of the Class 1 claims as provided in the Plan,

**Error! Unknown document property name.**

the Bonds held by such Class 1 claimants or their agent(s) shall be deemed satisfied in full.  Further, the obligations of the Debtor pursuant to the Bonds, any and all underlying debts of the Debtor with respect thereto, along with the mortgage or mortgages which secure the Bonds, and any other mortgage, deed of trust, security agreement, lien, security interest, financing statement, encumbrance or other property or evidence of collateral held or maintained by the Bond Holders, their agents, or Wells Fargo Bank, N.A., as Indenture Bond Trustee (hereinafter, Wells Fargo), shall be, by this Order, deemed to be terminated, discharged, satisfied and released, and Wells Fargo shall, upon request, acknowledge the same, stamp any loan agreements, notes or other evidence of such obligations as "Paid", surrender them to the Debtor, and execute such reconveyances, terminations of liens or security interests, satisfaction of mortgages or other instruments as may reasonably be required for the records of applicable filing entities in order to reflect the same.

    6.    The Debtor shall:

    A.    Carry out the confirmed Plan, by distribution and performance of all other necessary acts.

    B.    Effect substantial consummation of the Plan, not later than ninety (90) days after the date of this Order.

    C.    File a Final Accounting/Report and Application for Final Decree as soon as practicable.

**Error! Unknown document property name.**

IT IS SO ORDERED.

Dated this 18th day of September, 2013.

          s/ Thomas L. Saladino
          Honorable Thomas L. Saladino
          United States Bankruptcy Judge

Prepared and submitted by:

T. Randall Wright
Baird Holm, LLP
1500 Woodmen Tower
Omaha, NE 68102
(402) 344-0500
rwright@bairdholm.com

Copies electronically sent by the court to:
T. Randall Wright, Debtor & UST

DOCS/1209257.1

**Error! Unknown document property name.**