Form C12 (02/98)
ntcconf.jsp

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**460 Federal Building**
**100 Centennial Mall North**
**Lincoln, NE 68508**

In Re:

| | |
|---|---|
| The Great Platte River Road Memorial Foundation | Bankruptcy Proceeding No. 13−40411−TLS<br>Chapter 11 |
| Debtor(s) | |
| | Judge:  Thomas L. Saladino |

**NOTICE OF ORDER OF CONFIRMATION OF PLAN**

   NOTICE IS HEREBY GIVEN that an order was entered on September 18, 2013 by the Court in the above−captioned case confirming the debtor's plan dated 7/25/13 (#60).

   The Order Confirming Plan is on file and available for inspection in the office of the Clerk of the United States Bankruptcy Court at the address listed above.

   The movant shall give immediate notice to all parties in interest as required by rule or statute.

Dated:  9/18/13

                                        Diane Zech
                                        Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.