CASE NAME:  Great Platte River Road Mem'l Fo

CASE NUMBER: 13-40411

MONTHLY OPERATING REPORTS
COMPARATIVE BALANCE SHEETS

| ASSETS | PETITION DATE MAR 6, 2013 | MONTH ENDING MAR 31, 2013 | MONTH ENDING APR 30, 2013 | MONTH ENDING MAY 31, 2013 | MONTH ENDING JUN 30, 2013 | MONTH ENDING JUL 31, 2013 | MONTH ENDING AUG 31, 2013 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | $ 5,299.33 | $ 37,216.71 | $ 30,491.45 | $ 29,312.36 | $ 36,748.81 | $ 56,124.74 | $ 36,131.13 |
| Accounts Receivable, Net (Sched. A) | $ - | $ - | $ 385.20 | $ 385.20 | $ 117.70 | $ 117.70 | $ 117.70 |
| Inventory, At Lower Of Cost Or Market | $ 3,213.27 | $ 3,017.19 | $ 2,544.59 | $ 2,885.12 | $ 2,265.97 | $ 2,261.98 | $ 2,261.98 |
| Prepaid Expenses | $ 36,845.00 | $ 24,183.20 | $ 11,456.86 | $ 11,456.86 | $ 951.00 | $ 1,001.67 | $ 1,021.34 |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Current Assets | $ 45,357.60 | $ 64,417.10 | $ 45,218.63 | $ 43,699.01 | $ 40,083.48 | $ 59,506.09 | $ 39,532.15 |
| **PROPERTY, PLANT & EQUIPMENT** | $ 46,391,891.50 | $ 46,391,891.50 | $ 46,391,891.50 | $ 46,391,891.50 | $ 46,391,891.50 | $ 46,391,891.50 | $ 46,391,891.50 |
| Less Accumulated Depreciation | $ 21,491,921.50 | $ 21,738,664.39 | $ 21,820,912.02 | $ 21,903,159.65 | $ 21,985,407.28 | $ 22,067,654.91 | $ 22,149,902.54 |
| Net Property | $ 24,899,970.00 | $ 24,653,227.11 | $ 24,570,979.48 | $ 24,488,731.85 | $ 24,406,484.22 | $ 24,324,236.59 | $ 24,241,988.96 |
| **OTHER ASSETS** | | | | | | | |
| DOR Escrow | $ 86,068.38 | $ 86,074.29 | $ 86,079.18 | $ 86,079.18 | $ 86,054.80 | $ 86,056.22 | $ 86,057.33 |
| Trademark | $ 295,164.50 | $ 295,164.50 | $ 295,164.50 | $ 295,164.50 | $ 295,164.50 | $ 295,164.50 | $ 295,164.50 |
| Total Other Assets | $ 381,232.88 | $ 381,238.79 | $ 381,243.68 | $ 381,243.68 | $ 381,219.30 | $ 381,220.72 | $ 381,221.83 |
| **TOTAL ASSETS** | $ 25,326,560.48 | $ 25,098,883.00 | $ 24,997,441.79 | $ 24,913,674.54 | $ 24,827,787.00 | $ 24,764,963.40 | $ 24,662,742.94 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF _34_ PAGES
ARE TRUE AND CORRECT.

Date Submitted _9/23/13_          Signed _Shannon Stoeffler_        _Shannon Loeffler_

(Printed name of signatory)

CASE NAME: Great Platte River Road Mem'l Fo

CASE NUMBER: 13-40411

MONTHLY OPERATING REPORTS

COMPARATIVE BALANCE SHEETS

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE MAR 6, 2013 | MONTH ENDING MAR 31, 2013 | MONTH ENDING APR 30, 2013 | MONTH ENDING MAY 31, 2013 | MONTH ENDING JUN 30, 2013 | MONTH ENDING JUL 31, 2013 | MONTH ENDING AUG 31, 2013 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | $ - | $ 10,283.13 | $ 6,330.51 | $ 8,969.19 | $ 8,587.53 | $ 10,698.00 | $ 10,698.00 |
| | | | | | | | |
| **Pre-Petition Liabilities** | | | | | | | |
| Notes Payable - Secured | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 |
| Priority Debt | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 |
| Unsecured Debt | $ 108,856.31 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Pre Petition Liabilities | $ 20,117,465.52 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 |
| | | | | | | | |
| Total Liabilities | $ 20,117,465.52 | $ 20,127,954.83 | $ 20,124,002.21 | $ 20,126,640.89 | $ 20,126,259.23 | $ 20,128,369.70 | $ 20,128,369.70 |
| | | | | | | | |
| **STOCKHOLDERS' EQUITY** | | | | | | | |
| Preferred Stock | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Common Stock | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Paid-In Capital | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Retained Earnings | | | | | | | |
| Through Filing Date | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Post Filing Date | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| Total Stockholders' Equity | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | $ 20,117,465.52 | $ 20,127,954.83 | $ 20,124,002.21 | $ 20,126,640.89 | $ 20,126,259.23 | $ 20,128,369.70 | $ 20,128,369.70 |

CASE NAME: Great Platte River Road Mem'l Fo

STATEMENT OF INCOME (LOSS)

CASE NUMBER: 13-40411

| | MONTH ENDING MAR 31, 2013 | MONTH ENDING APR 30, 2013 | MONTH ENDING MAY 31, 2013 | MONTH ENDING JUN 30, 2013 | MONTH ENDING JUL 31, 2013 | MONTH ENDING AUG 31, 2013 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| NET REVENUE (INCOME) | $ 101,300.23 | $ 41,164.72 | $ 52,719.53 | $ 87,929.57 | $ 106,594.09 | $ 82,906.86 | $ 472,615.00 |
| COST OF GOOD SOLD | | | | | | | |
| Materials | $ 1,888.13 | $ 1,313.19 | $ 2,965.71 | $ 2,083.25 | $ - | $ - | $ 8,250.28 |
| Labor - Direct | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Manufacturing Overhead | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Cost of Goods Sold | $ 1,888.13 | $ 1,313.19 | $ 2,965.71 | $ 2,083.25 | $ - | $ - | $ 8,250.28 |
| GROSS PROFIT | $ 99,412.10 | $ 39,851.53 | $ 49,753.82 | $ 85,846.32 | $ 106,594.09 | $ 82,906.86 | $ 464,364.72 |
| OPERATING EXPENSES | | | | | | | |
| Selling & Marketing | $ 184.00 | $ 55.00 | $ 288.96 | $ - | $ 1,590.00 | $ 338.48 | $ 2,456.44 |
| Executive & Mgmt. Salaries | $ 15,396.80 | $ 9,843.58 | $ 9,849.54 | $ 9,849.54 | $ 13,046.26 | $ 11,952.85 | $ 69,938.57 |
| Office & Other Salaries | $ 6,578.51 | $ 6,463.74 | $ 7,932.09 | $ 12,747.43 | $ 13,301.98 | $ 19,005.04 | $ 66,028.79 |
| Rent | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other (Attach Schedule) | $ 57,096.10 | $ 26,436.93 | $ 35,781.29 | $ 56,642.64 | $ 62,118.45 | $ 68,332.71 | $ 306,408.12 |
| Total Operating Expenses | $ 79,255.41 | $ 42,799.25 | $ 53,851.88 | $ 79,239.61 | $ 90,056.69 | $ 99,629.08 | $ 306,408.12 |
| OTHER EXPENSES | | | | | | | |
| Quarterly Fees | $ - | $ 325.00 | $ - | $ - | $ 1,626.10 | $ 648.90 | $ 2,600.00 |
| Depreciation | $ 82,247.63 | $ 82,247.63 | $ 82,247.63 | $ 82,247.63 | $ 82,247.63 | $ 82,247.63 | $ 493,485.78 |
| Interest | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Attorney's Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Professional Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Other Expenses | $ 82,247.63 | $ - | $ - | $ - | $ - | $ - | $ 82,247.63 |
| Total Expenses | $ 161,503.04 | $ 42,799.25 | $ 53,851.88 | $ 79,239.61 | $ 90,056.69 | $ 99,629.08 | $ 527,079.55 |
| NET INCOME (LOSS) | $ (62,090.94) | $ (2,947.72) | $ (4,098.06) | $ 6,606.71 | $ 16,537.40 | $ (16,722.22) | $ (62,714.83) |

## Accounts Payable
**as of August 31 2013**

| Creditor | Description | Amount | Amount Paid | Balance Due |
|---|---|---|---|---|
| Yanda's Music & Pro Audio | show contract | $ 3,300.00 | $ - | $ 3,300.00 |
| Johnstone Supply | maintenance | $ 200.95 | $ - | $ 200.95 |
| D & S Lighting | maintenance - bulbs | $ 147.02 | $ - | $ 147.02 |
| Boca Systems | tickets | $ 1,388.07 | $ - | $ 1,388.07 |
| Roger Woolsey | maintenance | $ 35.65 | $ - | $ 35.65 |
| Northwestern | utilities - gas | $ 385.01 | $ - | $ 385.01 |
| NE Department of Revenue | sales tax - August | $ 5,319.83 | $ - | $ 5,319.83 |
| PEP Co | pest control | $ 181.15 | $ - | $ 181.15 |
| Travel & Recreation Directory | advertising | $ 235.00 | $ - | $ 235.00 |
| American Express | merchant service fees | $ 65.39 | $ 65.39 | $ - |
| American Express | merchant service fees | $ 75.93 | $ 75.93 | $ - |
| Builders | lincoln hwy convention | $ 15.60 | $ 15.60 | $ - |
| Builders | lincoln hwy convention | $ 15.60 | $ 15.60 | $ - |
| Carrot-Top Industries | maintenance | $ 125.11 | $ 125.11 | $ - |
| Cash-Wa | custodial supplies | $ 508.26 | $ 508.26 | $ - |
| Central Fire & Safety | maintenance | $ 171.20 | $ 171.20 | $ - |
| Chubb | insurance | $ 10,663.27 | $ 10,663.27 | $ - |
| City of Kearney | utilities - water/sewer | $ 380.78 | $ 380.78 | $ - |
| Cline Williams Law Firm | legal services | $ 1,100.00 | $ 1,100.00 | $ - |
| D & S Lighting | maintenance - bulbs | $ 108.58 | $ 108.58 | $ - |
| D & S Lighting | maintenance - bulbs | $ 141.89 | $ 141.89 | $ - |
| D & S Lighting | maintenance - bulbs | $ 103.68 | $ 103.68 | $ - |
| Eakes Office Plus | motorcoach mailing | $ 195.90 | $ 195.90 | $ - |
| First National Bank of Omaha | escrow qtrly fees | $ 262.50 | $ 262.50 | $ - |
| Frontier | utilities - phone | $ 640.09 | $ 640.09 | $ - |
| Gary Roubicek | meals-arbor volunteers | $ 153.89 | $ 153.89 | $ - |
| Gary Roubicek | maintenance | $ 48.62 | $ 48.62 | $ - |
| Great Plains Sound & Tech | muzak | $ 179.76 | $ 179.76 | $ - |
| Holdrege Well Service | repairs | $ 1,487.67 | $ 1,487.67 | $ - |
| Intellicom | website | $ 75.33 | $ 75.33 | $ - |
| IRS | payroll taxes 8.2.13 | $ 3,094.69 | $ 3,094.69 | $ - |
| IRS | payroll taxes 8.16.13 | $ 3,021.28 | $ 3,021.28 | $ - |
| IRS | payroll taxes 8.30 | $ 2,860.17 | $ 2,860.17 | $ - |
| McDermott & Miller | payroll processing | $ 55.00 | $ 55.00 | $ - |
| McDermott & Miller | payroll processing | $ 55.00 | $ 55.00 | $ - |
| Mgmt Salaries | payroll 8.2.13 | $ 4,361.75 | $ 4,361.75 | $ - |
| Mgmt Salaries | payroll 8.16.13 | $ 3,795.55 | $ 3,795.55 | $ - |
| Mgmt Salaries | payroll 8.30.13 | $ 3,795.55 | $ 3,795.55 | $ - |
| NE Department of Revenue | payroll taxes 8.2.13 | $ 276.68 | $ 276.68 | $ - |
| NE Department of Revenue | payroll taxes 8.16.13 | $ 286.46 | $ 286.46 | $ - |
| NE Department of Revenue | payroll taxes 8.30 | $ 271.59 | $ 271.59 | $ - |
| NE Department of Roads | air lease payment 2 | $ 4,800.00 | $ 4,800.00 | $ - |
| Nebraska Dept of Revenue | sales tax - July | $ 6,891.68 | $ 6,891.68 | $ - |
| Nebraska Public Power Dist | utilities - electric | $ 16,536.60 | $ 16,536.60 | $ - |
| Northwestern | utilities - gas | $ 350.17 | $ 350.17 | $ - |

| | | | | | | |
|---|---|---|---|---|---|---|
| O'Keefe Elevator | maintenance - escalator | $ | 932.22 | $ | 932.22 | $ - |
| Other Wages | payroll 8.2.13 | $ | 6,551.75 | $ | 6,551.75 | $ - |
| Other Wages | payroll 8.16.13 | $ | 6,529.70 | $ | 6,529.70 | $ - |
| Other Wages | payroll 8.30.13 | $ | 5,923.59 | $ | 5,923.59 | $ - |
| PEP Co | pest control | $ | 181.15 | $ | 181.15 | $ - |
| Platte Valley Communications | ticket booth | $ | 727.27 | $ | 727.27 | $ - |
| Platte Valley State Bank | payroll processing | $ | 17.70 | $ | 17.70 | $ - |
| Platte Valley State Bank | bank fees | $ | 22.01 | $ | 22.01 | $ - |
| Postmaster | motorcoach mailing | $ | 67.25 | $ | 67.25 | $ - |
| Rasmussen Mechanical | maintenance | $ | 810.00 | $ | 810.00 | $ - |
| Roger Woolsey | maintenance | $ | 807.90 | $ | 807.90 | $ - |
| The Hartford | work comp insurance | $ | 4,058.00 | $ | 4,058.00 | $ - |
| The Lockmobile | maintenance | $ | 56.05 | $ | 56.05 | $ - |
| TSYS Merchant Services | merchant service fees | $ | 1,803.83 | $ | 1,803.83 | $ - |
| Tyco Integrated Security | security | $ | 357.98 | $ | 357.98 | $ - |
| US Trustee | quarterly fees | $ | 648.90 | $ | 648.90 | $ - |
| Wiegand Security | security | $ | 321.00 | $ | 321.00 | $ - |
| Yanda's Music & Pro Audio | maintenance | $ | 190.46 | $ | 190.46 | $ - |
| Yanda's Music & Pro Audio | show contract | $ | 3,300.00 | $ | 3,300.00 | $ - |
| | | | | $ | | $ - |
| TOTAL | | $ | 111,470.66 | $ | 100,277.98 | $ 11,192.68 |

# INVENTORY

|  | AMOUNT |
|---|---|
| **BEGINNING INVENTORY:** | $       2,261.98 |
| (Ending Inventory from last month's report | |

**Inventory Purchased during Month:**                Amount

| | Amount |
|---|---|
| | $          - |
| | $          - |
| | $          - |
| | $          - |
| | $          - |
| | $          - |

**Inventory Sold/Used during Month:**

| | Amount |
|---|---|
| | $          - |
| | $          - |
| | $          - |
| | $          - |
| | $          - |
| | $          - |
| | $          - |
| | $          - |

**ENDING INVENTORY**                    $       2,261.98

(should match Current Inventory on Balance Sheet)

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period:  August 1, 2013 to August 31, 2013

### CASH RECONCILIATION

| | | |
|---|---|---:|
| Beginning Cash Balance<br>(ending cash balance from last month's report) | $ | 50,791.15 |
| Cash Receipts<br>from Cash Receipts Journal on next page | $ | 80,844.12 |
| Cash Disbursements<br>from Cash Disbursements Journal on next page | $ | 93,715.63 |
| Net Cash Flow | $ | (12,871.51) |
| Ending Cash Balance | $ | 37,919.64 |

### CASH SUMMARY - ENDING BALANCE

| | | Amount | Financial Institution |
|---|---|---:|---|
| Petty Cash | $ | - | n/a |
| Regular Checking | $ | 37,626.24 | Platte Valley State Bank |
| Tax Account | $ | - | n/a |
| Other Checking Accounts | $ | 293.40 | Platte Valley State Bank |
| Interest-Bearing Deposits | $ | - | n/a |
| Short-Term Investments | $ | - | n/a |
| TOTAL | $ | 37,919.64 | |

(must agree with Ending Cash Balance)

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period:  August 1, 2013 to August 31, 2013

**CASH RECEIPTS JOURNAL**

| Date | Description (Source) | Amount |
|------|--------------------|-------|
| 1-Aug-13 | credit cards - daily operation | $ 496.48 |
| 1-Aug-13 | credit cards - daily operation | $ 1,313.96 |
| 1-Aug-13 | cash - daily operation | $ 1,330.90 |
| 2-Aug-13 | credit cards - daily operation | $ 1,023.99 |
| 2-Aug-13 | credit cards - daily operation | $ 70.62 |
| 2-Aug-13 | cash - daily operation | $ 511.25 |
| 2-Aug-13 | cash - daily operation | $ 1,071.06 |
| 5-Aug-13 | cash - daily operation | $ 1,468.06 |
| 5-Aug-13 | credit cards - daily operation | $ 93.09 |
| 5-Aug-13 | credit cards - daily operation | $ 1,430.59 |
| 5-Aug-13 | credit cards - daily operation | $ 2,022.30 |
| 6-Aug-13 | credit cards - daily operation | $ 4,567.83 |
| 6-Aug-13 | cash - daily operation | $ 1,984.97 |
| 6-Aug-13 | cash - daily operation | $ 2,646.11 |
| 6-Aug-13 | cash - daily operation | $ 5,307.43 |
| 7-Aug-13 | cash - daily operation | $ 1,667.69 |
| 7-Aug-13 | credit cards - daily operation | $ 1,481.95 |
| 8-Aug-13 | credit cards - daily operation | $ 284.62 |
| 8-Aug-13 | credit cards - daily operation | $ 664.47 |
| 8-Aug-13 | cash - daily operation | $ 1,254.10 |
| 9-Aug-13 | cash - daily operation | $ 1,703.44 |
| 9-Aug-13 | credit cards - daily operation | $ 34.24 |
| 9-Aug-13 | credit cards - daily operation | $ 1,310.75 |
| 12-Aug-13 | credit cards - daily operation | $ 85.60 |
| 12-Aug-13 | credit cards - daily operation | $ 254.66 |
| 12-Aug-13 | credit cards - daily operation | $ 988.68 |
| 12-Aug-13 | credit cards - daily operation | $ 1,373.88 |
| 12-Aug-13 | cash - daily operation | $ 1,161.66 |
| 13-Aug-13 | cash - daily operation | $ 1,249.22 |
| 13-Aug-13 | cash - daily operation | $ 1,763.31 |
| 13-Aug-13 | cash - daily operation | $ 2,563.76 |
| 13-Aug-13 | credit cards - daily operation | $ 3,480.71 |
| 13-Aug-13 | credit cards - daily operation | $ 156.22 |
| 14-Aug-13 | credit cards - daily operation | $ 1,079.63 |
| 14-Aug-13 | cash - daily operation | $ 1,458.72 |
| 15-Aug-13 | credit cards - daily operation | $ 261.08 |
| 15-Aug-13 | credit cards - daily operation | $ 650.56 |
| 15-Aug-13 | cash - daily operation | $ 1,139.55 |
| 16-Aug-13 | cash - daily operation | $ 875.26 |
| 16-Aug-13 | credit cards - daily operation | $ 94.16 |
| 16-Aug-13 | credit cards - daily operation | $ 971.56 |
| 19-Aug-13 | credit cards - daily operation | $ 192.60 |
| 19-Aug-13 | credit cards - daily operation | $ 709.41 |

| 19-Aug-13 | credit cards - daily operation | $ | 828.18 |
| 19-Aug-13 | cash - daily operation | $ | 811.04 |
| 19-Aug-13 | cash - daily operation | $ | 1,508.70 |
| 19-Aug-13 | cash - daily operation | $ | 1,647.69 |
| 20-Aug-13 | cash - daily operation | $ | 88.00 |
| 20-Aug-13 | cash - daily operation | $ | 1,173.84 |
| 20-Aug-13 | credit cards - daily operation | $ | 72.76 |
| 20-Aug-13 | credit cards - daily operation | $ | 3,250.66 |
| 21-Aug-13 | credit cards - daily operation | $ | 900.94 |
| 21-Aug-13 | cash - daily operation | $ | 1,387.03 |
| 22-Aug-13 | cash - daily operation | $ | 125.11 |
| 22-Aug-13 | cash - daily operation | $ | 557.47 |
| 22-Aug-13 | credit cards - daily operation | $ | 53.50 |
| 22-Aug-13 | credit cards - daily operation | $ | 617.39 |
| 23-Aug-13 | credit cards - daily operation | $ | 47.08 |
| 23-Aug-13 | credit cards - daily operation | $ | 474.01 |
| 23-Aug-13 | cash - daily operation | $ | 643.07 |
| 26-Aug-13 | credit cards - daily operation | $ | 42.80 |
| 26-Aug-13 | credit cards - daily operation | $ | 57.78 |
| 26-Aug-13 | credit cards - daily operation | $ | 927.69 |
| 26-Aug-13 | credit cards - daily operation | $ | 1,030.41 |
| 26-Aug-13 | cash - daily operation | $ | 751.14 |
| 27-Aug-13 | cash - daily operation | $ | 961.93 |
| 27-Aug-13 | cash - daily operation | $ | 1,575.83 |
| 27-Aug-13 | cash - daily operation | $ | 1,622.10 |
| 27-Aug-13 | credit cards - daily operation | $ | 29.96 |
| 27-Aug-13 | credit cards - daily operation | $ | 1,796.53 |
| 28-Aug-13 | credit cards - daily operation | $ | 492.20 |
| 28-Aug-13 | cash - daily operation | $ | 559.61 |
| 29-Aug-13 | cash - daily operation | $ | 669.92 |
| 29-Aug-13 | credit cards - daily operation | $ | 111.28 |
| 29-Aug-13 | credit cards - daily operation | $ | 529.65 |
| 30-Aug-13 | credit cards - daily operation | $ | 23.54 |
| 30-Aug-13 | credit cards - daily operation | $ | 599.20 |
| 30-Aug-13 | cash - daily operation | $ | 625.95 |
| | Total Cash Receipts | $ | 80,844.12 |

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period:  August 1, 2013 to August 31, 2013

**CASH DISBURSEMENTS JOURNAL**

| Date | Check # | Payee | Description (purpose) | Amount |
|------|---------|-------|----------------------|--------|
| 1-Aug-13 | 1174 | Marcia Vodehnal | gift shop sales | $ 39.00 |
| 1-Aug-13 | 1224 | City of Kearney | utilities | $ 374.68 |
| 1-Aug-13 | 1229 | Knaggs Constuction | maintenance | $ 1,400.00 |
| 2-Aug-13 | eft | TSYS Merchant Services | merchant service fees | $ 1,803.83 |
| 2-Aug-13 | eft | Jack Garrison | wages | $ 549.19 |
| 2-Aug-13 | eft | Michael Sothan | wages | $ 755.11 |
| 2-Aug-13 | eft | Gary Roubicek | wages | $ 799.19 |
| 2-Aug-13 | eft | Dawna Ourada | wages | $ 766.49 |
| 2-Aug-13 | eft | Megan Katz | wages | $ 525.70 |
| 2-Aug-13 | eft | Laura Fear | wages | $ 513.18 |
| 2-Aug-13 | eft | Adam White | wages | $ 57.45 |
| 2-Aug-13 | eft | Ashton Jackson | wages | $ 440.93 |
| 2-Aug-13 | eft | Carol Bosshardt | wages | $ 314.35 |
| 2-Aug-13 | eft | Cody Bos | wages | $ 466.15 |
| 2-Aug-13 | eft | Taylor Garrison | wages | $ 468.16 |
| 2-Aug-13 | eft | Garett Garniss | wages | $ 439.10 |
| 2-Aug-13 | eft | Alan Ladd | wages | $ 525.12 |
| 2-Aug-13 | eft | Vivian Alexander | wages | $ 373.32 |
| 2-Aug-13 | eft | Christine Makowski | wages | $ 350.08 |
| 2-Aug-13 | eft | Sharmond Loeffler | wages | $ 1,045.01 |
| 2-Aug-13 | eft | Rhonda O'Brien | wages | $ 845.01 |
| 2-Aug-13 | eft | Roger Woolsey | wages | $ 906.05 |
| 2-Aug-13 | eft | Beverly Williams | wages | $ 82.69 |
| 2-Aug-13 | eft | Steven Halbert | wages | $ 691.22 |
| 5-Aug-13 | eft | Platte Valley State Bank | bank fee | $ 17.70 |
| 5-Aug-13 | eft | American Express | merchant service fees | $ 65.39 |
| 5-Aug-13 | eft | NE Dept of Revenue | state payroll taxes | $ 276.68 |
| 5-Aug-13 | eft | IRS | federal payroll taxes | $ 3,094.69 |
| 5-Aug-13 | 1173 | Lyn Krabiel | gift shop sales | $ 17.40 |
| 5-Aug-13 | 1215 | NE Secretary of State | fee | $ 30.00 |
| 5-Aug-13 | 1223 | Rasmussen Mechanical | maintenance | $ 293.50 |
| 6-Aug-13 | 1148 | Clifford Lowell | gift shop sales | $ 7.00 |
| 12-Aug-13 | 1136 | Annette Snyder | gift shop sales | $ 19.74 |
| 12-Aug-13 | 1200 | William Stetter | gift shop sales | $ 13.17 |
| 12-Aug-13 | 1239 | Eakes Office Plus | printing | $ 195.90 |
| 12-Aug-13 | 1242 | Central Fire & Safety | maintenance | $ 171.20 |
| 13-Aug-13 | 1237 | D & S Lighting | maintenance | $ 103.68 |
| 13-Aug-13 | 1241 | Chubb | insurance | $ 10,663.27 |
| 13-Aug-13 | 1243 | McDermott & Miller | payroll processing | $ .55.00 |
| 14-Aug-13 | 1238 | The Lockmobile | maintenance | $ 56.05 |
| 15-Aug-13 | eft | Platte Valley State Bank | bank fee | $ 22.01 |
| 15-Aug-13 | 1250 | Postmaster | postage | $ 67.25 |
| 16-Aug-13 | 1244 | Builders warehouse | maintenance | $ 31.20 |

| 16-Aug-13 | 1245 | D & S Lighting | maintenance | $ | 141.89 |
|---|---|---|---|---|---|
| 16-Aug-13 | eft | Jack Garrison | wages | $ | 567.75 |
| 16-Aug-13 | eft | Michael Sothan | wages | $ | 754.85 |
| 16-Aug-13 | eft | Dawna Ourada | wages | $ | 766.49 |
| 16-Aug-13 | eft | Megan Katz | wages | $ | 541.03 |
| 16-Aug-13 | eft | Laura Fear | wages | $ | 514.07 |
| 16-Aug-13 | eft | Adam White | wages | $ | 240.34 |
| 16-Aug-13 | eft | Ashton Jackson | wages | $ | 456.65 |
| 16-Aug-13 | eft | Carol Bosshardt | wages | $ | 370.58 |
| 16-Aug-13 | eft | Cody Bos | wages | $ | 485.52 |
| 16-Aug-13 | eft | Taylor Garrison | wages | $ | 398.16 |
| 16-Aug-13 | eft | Garett Garniss | wages | $ | 408.27 |
| 16-Aug-13 | eft | Alan Ladd | wages | $ | 455.92 |
| 16-Aug-13 | eft | Vivian Alexander | wages | $ | 306.97 |
| 16-Aug-13 | eft | Christine Makowski | wages | $ | 355.95 |
| 16-Aug-13 | eft | Sharmond Loeffler | wages | $ | 1,278.00 |
| 16-Aug-13 | eft | Rhonda O'Brien | wages | $ | 845.01 |
| 16-Aug-13 | eft | Roger Woolsey | wages | $ | 906.05 |
| 16-Aug-13 | eft | Beverly Williams | wages | $ | 77.65 |
| 16-Aug-13 | eft | Steven Halbert | wages | $ | 595.99 |
| 19-Aug-13 | eft | American Express | merchant service fees | $ | 75.93 |
| 19-Aug-13 | eft | NE Dept of Revenue | state payroll taxes | $ | 286.46 |
| 19-Aug-13 | eft | IRS | federal payroll taxes | $ | 3,021.28 |
| 19-Aug-13 | 1114 | Diamond Willow NE | gift shop sales | $ | 20.34 |
| 19-Aug-13 | 1156 | Diamond Willow NE | gift shop sales | $ | 50.85 |
| 19-Aug-13 | 1248 | Platte Valley Communica | maintenance | $ | 727.27 |
| 20-Aug-13 | 1247 | Northwestern | utilities | $ | 350.17 |
| 20-Aug-13 | eft | NE Dept of Revenue | sales tax July | $ | 6,891.68 |
| 22-Aug-13 | 1235 | Wiegand Security | security | $ | 321.00 |
| 22-Aug-13 | 1246 | NE Dept of Roads | air lease payment | $ | 4,800.00 |
| 22-Aug-13 | 1252 | First National Bank of Omc | bank fee | $ | 262.50 |
| 22-Aug-13 | 1254 | NE Public Power Dist | utilities | $ | 16,536.60 |
| 23-Aug-13 | 1256 | Yandas | show maintenance | $ | 3,300.00 |
| 26-Aug-13 | 1251 | US Trustee | quarterly fee | $ | 648.90 |
| 26-Aug-13 | 1253 | Frontier | utilities | $ | 640.09 |
| 27-Aug-13 | 1261 | McDermott & Miller | payroll processing | $ | 55.00 |
| 28-Aug-13 | 1249 | O'Keefe Elevator | maintenance | $ | 932.22 |
| 28-Aug-13 | 1257 | Carrot Top Industries | maintenance | $ | 125.11 |
| 30-Aug-13 | eft | Platte Valley State Bank | bank fee | $ | 5.00 |
| 30-Aug-13 | eft | Jack Garrison | wages | $ | 443.75 |
| 30-Aug-13 | eft | Michael Sothan | wages | $ | 796.14 |
| 30-Aug-13 | eft | Dawna Ourada | wages | $ | 766.49 |
| 30-Aug-13 | eft | Megan Katz | wages | $ | 514.62 |
| 30-Aug-13 | eft | Laura Fear | wages | $ | 470.55 |
| 30-Aug-13 | eft | Adam White | wages | $ | 43.26 |
| 30-Aug-13 | eft | Ashton Jackson | wages | $ | 423.73 |
| 30-Aug-13 | eft | Carol Bosshardt | wages | $ | 407.75 |
| 30-Aug-13 | eft | Taylor Garrison | wages | $ | 387.71 |
| 30-Aug-13 | eft | Garett Garniss | wages | $ | 203.20 |

| 30-Aug-13 | eft | Alan Ladd | wages | $ | 597.64 |
|---|---|---|---|---|---|
| 30-Aug-13 | eft | Vivian Alexander | wages | $ | 396.41 |
| 30-Aug-13 | eft | Christine Makowski | wages | $ | 411.32 |
| 30-Aug-13 | eft | Sharmond Loeffler | wages | $ | 1,278.00 |
| 30-Aug-13 | eft | Rhonda O'Brien | wages | $ | 845.01 |
| 30-Aug-13 | eft | Roger Woolsey | wages | $ | 906.05 |
| 30-Aug-13 | eft | Beverly Williams | wages | $ | 154.54 |
| 30-Aug-13 | eft | Steven Halbert | wages | $ | 672.97 |
| 30-Aug-13 | 1062 | Nebraska Sunset Soap | gift shop sales | $ | 3.51 |
| 30-Aug-13 | 1258 | Gary Roubicek | event expenses | $ | 153.89 |
| 30-Aug-13 | 1259 | Gary Roubicek | maintenance | $ | 48.62 |
| 30-Aug-13 | 1260 | Roger Woolsey | maintenance | $ | 807.90 |
| 30-Aug-13 | 1263 | Cash-Wa | custodial supplies | $ | 508.26 |
| 30-Aug-13 | 1264 | City of Kearney | utlilities | $ | 380.78 |
| 30-Aug-13 | 1265 | Cline Williams Law Firm | legal | $ | 1,100.00 |
| 30-Aug-13 | 1266 | Holdrege Well Service | maintenance | $ | 1,487.67 |
| 30-Aug-13 | 1267 | Intellicom | website hosting | $ | 75.33 |
| 30-Aug-13 | 1268 | PEP Co | pest control | $ | 181.15 |
| | | Total Cash Disbursements | | $ | 93,715.63 |

CASE NAME:  Great Platte River Road Mem'l Found.

CASE NUMBER:  13-40411

SCHEDULE OF ACCOUNTS RECEIVABLE AGING

SCHEDULE A

| | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|
| Date of Filing: 3.6.13 | $ - | $ - | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 3.31.13 | $ - | $ - | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 4.30.13 | $ 385.20 | $ 385.20 | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 5.31.13 | $ 385.20 | $ - | $ 385.20 | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 6.30.13 | $ - | $ - | $ - | $ 117.70 | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 7.31.13 | $ - | $ - | $ - | $ - | $ 117.70 | $ - |
| % of Total | 100% | | | | | |
| Month: 8.31.13 | $ - | $ - | $ - | $ - | $ - | $ 117.70 |
| % of Total | 100% | | | | | |

CASE NAME:  Great Platte River Road Mem'l Found.

CASE NUMBER:  13-40411

SCHEDULE OF POST PETITION DEBT

SCHEDULE C

| | MARCH 2013 | APRIL 2013 | MAY 2013 | JUNE 2013 | JULY 2013 | AUGUST 2013 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | $ 7,704.01 | $ 4,789.47 | $ 6,117.14 | $ 8,587.53 | $ 3,806.32 | $ 5,872.85 |
| **TAXES PAYABLE:** | | | | | | |
| Federal Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| State Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| State Sales Taxes | $ 2,579.12 | $ 1,541.04 | $ 2,852.05 | $ 5,296.24 | $ 6,891.68 | $ 5,319.83 |
| Local Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| Real Estate & Pers. Prop. Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| Other: | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL TAXES PAYABLE | $ 2,579.12 | $ 1,541.04 | $ 2,852.05 | $ 5,296.24 | $ 6,891.68 | $ 5,319.83 |
| **OTHER LIABILITIES:** | | | | | | |
| Post Petition Secured Debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accrued Interest Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Accrued Liabilities | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL OTHER LIABILITIES | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL POST PETITION DEBT | $ 10,283.13 | $ 6,330.51 | $ 8,969.19 | $ 13,883.77 | $ 10,698.00 | $ 11,192.68 |

CASE NAME:  Great Platte River Road Mem'l Fo

CASE NUMBER: 13-40411

Schedule D

Page 1 or 2

### SUMMARY OF SIGNIFICANT ITEMS
#### Month of August

**1. Insurance Coverage**

| | Carrier/agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Worker's Compensation | The Hartford | | 9.13.14 | 9.13.14 |
| General Liability | Chubb | | 9.13.13 | 9.13.13 |
| Excess Liability | | | | |
| Fire & Extended Coverage | | | | |
| Vehicle Liability | | | | |
| Vehicle Collision | | | | |
| Theft | | | | |
| Other (specify) | | | | |
| | | | | |
| | | | | |

**2. Statement of Payments of Secured Creditors**

(List all payments made to secured creditors during the month & the purposes
for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**3. Tax Payments Made This Month (Not Accurals) (attach copies of tax receipts or checks)**

| | Date Paid | Amount Paid | Still Unpaid (agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | 8.5.13 | $ 3,094.69 | |
| Federal Payroll W/H Taxes | 8.19.13 | $ 3,021.28 | |
| Federal Payroll W/H Taxes | | | |
| Fed. Unemployment Taxes | | | |
| State Payroll W/H Taxes | 8.5.13 | $ 276.68 | |
| State Payroll W/H Taxes | 8.19.13 | $ 286.46 | |
| State Payroll W/H Taxes | | | |
| State Unemployment Taxes | | | |
| State Sales & Use Taxes | | | $ 5,319.83 |
| Property Taxes | | | |
| Other | | | |

CASE NAME:  Great Platte River Road Mem'l Fo

CASE NUMBER: 13-40411

Schedule D

Page 2 or 2

SUMMARY OF SIGNIFICANT ITEMS

Month of August

4.  Compensation Payments Made This Month (Not Accruals)

(List all payments made to owners of proprietorships; partners of partnerships; officers
directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|------|--------|------------------------------------------|
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |

5.  Payments Made This Month to Professionals (Not Accruals)

| Professional | Amount | Date of Court Order Authorizing Payment |
|--------------|--------|------------------------------------------|
| Attorney(s) |  |  |
| Accountant(s) |  |  |
| Management Co.(s) |  |  |
| Appraiser(s) |  |  |
| Other (specify) |  |  |
|  |  |  |

6.  Record of Disbursement and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee** | Date Paid | Amount Paid | Check Number |
|---------------|----------------------|------------------|-----------------|-----------|-------------|--------------|
| January | $        - |  |  |  |  |  |
| February | $        - |  |  |  |  |  |
| March | $   67,942.91 | $   67,942.91 | $      325.00 | 4.25.13 | $      325.00 | 1020 |
| April | $   33,428.27 |  |  |  |  |  |
| May | $   65,749.07 |  |  |  |  |  |
| June | $   60,663.97 | $  159,841.31 | $    1,626.10 | 7.24.13 | $    1,626.10 | 1234 |
| July | $   99,337.80 |  |  | 8.15.13 | $      648.90 | 1251 |
| August | $   93,715.63 |  |  |  |  |  |
| September | $        - | $         - | $          - |  | $         - |  |
| October | $        - |  |  |  |  |  |
| November | $        - |  |  |  |  |  |
| December | $        - | $         - | $          - |  | $         - |  |

*Each month list the total money spent for all purposes.  At the end of the quarter, add the
monthly totals.  This is the amount used to compute the quarterly fee due the U. S. Trustee.



Contact Information

308.234.2424
800.967.2464

pvsb.com



**Platte Valley State Bank & Trust Company**

PO Box 430
Kearney, NE 68848-0430

L101
12842

70

GREAT PLATTE RIVER ROAD
MEMORIAL FOUNDATION
CHAPTER 11 DEBTOR IN POSSESSION
3060 E 1ST ST
KEARNEY NE 68847-0462

Platte Valley State Bank would like to thank you for choosing us as Your Financial Center. We look forward to serving you and your financial needs for many years to come. At Platte Valley State Bank, we're in the business of community banking. We understand the ever changing financial industry and are committed to helping you achieve your financial goals. Whether you need help determining your best lending option or advice on a savings plan we're here to help. We are the reliable community bank that you can truly count on!

| STATEMENT SUMMARY | August 1, 2013 through August 31, 2013 | | |
|---|---|---|---|
| Account Description | Account # | Beginning Balance | Ending Balance |
| **Deposit Accounts** | | | |
| Business Checking | 2474 | 268.06 | 263.06 |
| | | **Total on Deposit** | **$263.06** |

**ONLINE SERVICES**
THAT DO IT ALL...
Sign up for online banking today!
www.pvsb.com



Member FDIC

## Business Checking  xxxx2474  $263.06 — Account Detail

| | | |
|---|---|---|
| Beginning Balance | $268.06 | Items Enclosed | 0 |
| Total Deposits | 0 for $0.00 | | |
| Total Withdrawals | 1 for $5.00 | | |
| **Ending Balance** | **$263.06** | | |

### Withdrawal Activity

| | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| ELECTRONIC | | | | |
| | 08/30 | 08/30 | Service Charge Fee | 5.00 |
| | | | **Total Electronic Withdrawals** | **$5.00** |

END OF STATEMENT

**CONTACT INFORMATION**
Telephone us at: (308) 234-2424 or (800) 967-2464
Write us at: Platte Valley State Bank
2223 2nd Ave.
PO Box 430
Kearney, NE 68848

### INQUIRIES ABOUT YOUR DIRECT DEPOSIT

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

### HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE

Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding any new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This 'balance subject to interest rate' can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge.

### THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) *Account Information:* Your name and account number, (2) *Dollar amount:* The dollar amount of the suspected error, and (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

### PAYMENT REQUIREMENTS

*PAYMENTS MADE IN PERSON OR BY MAIL:* Payments are generally credited as of the date received if the payment is (1) received by us during normal branch hours and, if by mail, at the payment address listed on the payment coupon, (2) paid with one check or one money order drawn in United States Dollars on a bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type) and, (4) if by mail, sent in the enclosed return envelope (without any other outer envelope). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payments made in person on that date and payments received by mail by the next business day will be treated as on-time.

This page intentionally left blank





Contact Information

308.234.2424
800.967.2464

pvsb.com



## Platte Valley State Bank & Trust Company

PO Box 430
Kearney, NE 68848-0430

70      10422

GREAT PLATTE RIVER ROAD MEMORIAL
CHAPTER 11 DEBTOR IN POSSESSION
3060 E 1ST ST
KEARNEY NE 68847-0462

Platte Valley State Bank would like to thank you for choosing us as Your Financial
Center. We look forward to serving you and your financial needs for many years to
come. At Platte Valley State Bank, we're in the business of community banking.
We understand the ever changing financial industry and are committed to helping
you achieve your financial goals. Whether you need help determining your best
lending option or advice on a savings plan we're here to help. We are the reliable
community bank that you can truly count on!

| STATEMENT SUMMARY | August 1, 2013 through August 31, 2013 | | |
|---|---|---|---|
| Account Description | Account # | Beginning Balance | Ending Balance |
| Deposit Accounts | | | |
| Commercial Analysis Checking | 2508 | 50,492.75 | 37,626.24 |
| | | Total on Deposit | $37,626.24 |



**ONLINE SERVICES**
THAT DO IT ALL...
Sign up for online banking today!
www.pvsb.com

Member FDIC    EQUAL HOUSING LENDER

## Commercial Analysis Checking  xxxx2508  $37,626.24                    Account Detail

| | | |
|---|---|---|
| Beginning Balance | $50,492.75 | Items Enclosed                    73 |
| Total Deposits | 78 for $80,844.12 | |
| Total Withdrawals | 55 for $93,710.63 | |
| **Ending Balance** | **$37,626.24** | |

### Deposit Activity

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| 🖃 | **ELECTRONIC** | | | |
| ☐ | 08/01 | 08/01 | American Express Settlement *****21970 | 496.46 |
| ☐ | 08/01 | 08/01 | Fnbo      Pymt Proc *****60261 | 1,313.96 |
| ☐ | 08/02 | 08/02 | American Express Settlement *****21970 | 70.52 |
| ☐ | 08/02 | 08/02 | Fnbo      Pymt Proc *****60261 | 1,023.99 |
| ☐ | 08/05 | 08/05 | American Express Settlement *****21970 | 93.69 |
| ☐ | 08/05 | 08/05 | Fnbo      Pymt Proc *****60261 | 1,430.59 |
| ☐ | 08/05 | 08/05 | Fnbo      Pymt Proc *****60261 | 2,022.30 |
| ☐ | 08/06 | 08/06 | Fnbo      Pymt Proc *****60261 | 4,567.83 |
| ☐ | 08/07 | 08/07 | Fnbo      Pymt Proc *****60261 | 1,481.95 |
| ☐ | 08/08 | 08/08 | American Express Settlement *****21970 | 284.62 |
| ☐ | 08/08 | 08/08 | Fnbo      Pymt Proc *****60261 | 664.47 |
| ☐ | 08/09 | 08/09 | American Express Settlement *****21970 | 34.24 |
| ☐ | 08/09 | 08/09 | Fnbo      Pymt Proc *****60261 | 1,310.75 |
| ☐ | 08/12 | 08/12 | American Express Settlement *****21970 | 85.60 |
| ☐ | 08/12 | 08/12 | American Express Settlement *****21970 | 254.66 |
| ☐ | 08/12 | 08/12 | Fnbo      Pymt Proc *****60261 | 988.68 |
| ☐ | 08/12 | 08/12 | Fnbo      Pymt Proc *****60261 | 1,375.88 |
| ☐ | 08/13 | 08/13 | American Express Settlement *****21970 | 156.22 |
| ☐ | 08/13 | 08/13 | Fnbo      Pymt Proc *****60261 | 3,480.71 |
| ☐ | 08/14 | 08/14 | Fnbo      Pymt Proc *****60261 | 1,079.83 |
| ☐ | 08/15 | 08/15 | American Express Settlement *****21970 | 261.08 |
| ☐ | 08/15 | 08/15 | Fnbo      Pymt Proc *****60261 | 650.56 |
| ☐ | 08/16 | 08/16 | American Express Settlement *****21970 | 94.16 |
| ☐ | 08/16 | 08/16 | Fnbo      Pymt Proc *****60261 | 971.56 |
| ☐ | 08/19 | 08/19 | American Express Settlement *****21970 | 192.60 |
| ☐ | 08/19 | 08/19 | Fnbo      Pymt Proc *****60261 | 709.41 |
| ☐ | 08/19 | 08/19 | Fnbo      Pymt Proc *****60261 | 828.18 |
| ☐ | 08/20 | 08/20 | American Express Settlement *****21970 | 72.76 |
| ☐ | 08/20 | 08/20 | Fnbo      Pymt Proc *****60261 | 3,250.66 |
| ☐ | 08/21 | 08/21 | Fnbo      Pymt Proc *****60261 | 900.94 |
| ☐ | 08/22 | 08/22 | American Express Settlement *****21970 | 53.50 |
| ☐ | 08/22 | 08/22 | Fnbo      Pymt Proc *****60261 | 617.39 |
| ☐ | 08/23 | 08/23 | American Express Settlement *****21970 | 47.08 |
| ☐ | 08/23 | 08/23 | Fnbo      Pymt Proc *****60261 | 474.01 |
| ☐ | 08/26 | 08/26 | American Express Settlement *****21970 | 42.80 |
| ☐ | 08/26 | 08/26 | American Express Settlement *****21970 | 57.78 |

**Commercial Analysis Checking  xxxx2508  $37,626.24** — Continued

### Deposit Activity

| | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| **ELECTRONIC** | | | | |
| ☐ | 08/26 | 08/26 | Fnbo     Pymt Proc *****60261 | 927.69 |
| ☐ | 08/26 | 08/26 | Fnbo     Pymt Proc *****60261 | 1,030.41 |
| ☐ | 08/27 | 08/27 | American Express Settlement *****21970 | 29.96 |
| ☐ | 08/27 | 08/27 | Fnbo     Pymt Proc *****60261 | 1,796.53 |
| ☐ | 08/28 | 08/28 | Fnbo     Pymt Proc *****60261 | 492.20 |
| ☐ | 08/29 | 08/29 | American Express Settlement *****21970 | 111.28 |
| ☐ | 08/29 | 08/29 | Fnbo     Pymt Proc *****60261 | 529.65 |
| ☐ | 08/30 | 08/30 | American Express Settlement *****21970 | 23.54 |
| ☐ | 08/30 | 08/30 | Fnbo     Pymt Proc *****60261 | 599.20 |
| | | | **Total Electronic Deposits** | **$36,979.20** |

| | Date | Post Date | Description | Deposit # | Amount |
|---|---|---|---|---|---|
| **PAPER** | | | | | |
| ☐ | 08/01 | 08/01 | Customer Deposit | | 1,330.90 |
| ☐ | 08/02 | 08/02 | Customer Deposit | | 511.25 |
| ☐ | 08/02 | 08/02 | Customer Deposit | | 1,071.06 |
| ☐ | 08/05 | 08/05 | Customer Deposit | | 1,468.06 |
| ☐ | 08/06 | 08/06 | Customer Deposit | | 1,984.97 |
| ☐ | 08/06 | 08/06 | Customer Deposit | | 2,646.11 |
| ☐ | 08/06 | 08/06 | Customer Deposit | | 5,307.43 |
| ☐ | 08/07 | 08/07 | Customer Deposit | | 1,667.69 |
| ☐ | 08/09 | 08/09 | Customer Deposit | | 1,254.10 |
| ☐ | 08/09 | 08/09 | Customer Deposit | | 1,703.44 |
| ☐ | 08/12 | 08/12 | Customer Deposit | | 1,161.68 |
| ☐ | 08/13 | 08/13 | Customer Deposit | | 1,249.22 |
| ☐ | 08/13 | 08/13 | Customer Deposit | | 1,783.31 |
| ☐ | 08/13 | 08/13 | Customer Deposit | | 2,583.76 |
| ☐ | 08/14 | 08/14 | Customer Deposit | | 1,455.72 |
| ☐ | 08/15 | 08/15 | Customer Deposit | | 1,139.55 |
| ☐ | 08/16 | 08/16 | Customer Deposit | | 875.26 |
| ☐ | 08/19 | 08/19 | Customer Deposit | | 811.04 |
| ☐ | 08/19 | 08/19 | Customer Deposit | | 1,508.70 |
| ☐ | 08/19 | 08/19 | Customer Deposit | | 1,647.89 |
| ☐ | 08/20 | 08/20 | Customer Deposit | | 88.00 |
| ☐ | 08/20 | 08/20 | Customer Deposit | | 1,173.84 |
| ☐ | 08/21 | 08/21 | Customer Deposit | | 1,387.03 |
| ☐ | 08/22 | 08/22 | Customer Deposit | | 125.11 |
| ☐ | 08/22 | 08/22 | Customer Deposit | | 557.47 |
| ☐ | 08/23 | 08/23 | Customer Deposit | | 643.07 |
| ☐ | 08/26 | 08/26 | Customer Deposit | | 751.14 |
| ☐ | 08/27 | 08/27 | Customer Deposit | | 961.93 |
| ☐ | 08/27 | 08/27 | Customer Deposit | | 1,576.83 |
| ☐ | 08/27 | 08/27 | Customer Deposit | | 1,622.10 |

## Commercial Analysis Checking  xxxx2508  $37,626.24                                    Continued

### Deposit Activity

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| 📄 | **PAPER** | | Deposit # | |
| ☐ | 08/28 | 08/28 | Customer Deposit | 559.61 |
| ☑ | 08/29 | 08/29 | Customer Deposit | 889.92 |
| ☐ | 08/30 | 08/30 | Customer Deposit | 625.95 |
| | | | **Total Paper Deposits** | **$43,864.92** |

### Withdrawal Activity

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| 🏧 | **ELECTRONIC** | | | |
| ☐ | 08/02 | 08/02 | Fnbo        Pymt Proc **** 5026| | 1,803.83 |
| ☐ | 08/02 | 08/02 | G Platte River  Payroll  -Sett-Pv Rivers | 10,913.50 |
| ☐ | 08/05 | 08/05 | Pvsbk Orig     Cash Conc  Pv Rivers | 17.70 |
| ☐ | 08/05 | 08/05 | American Express Axp Discnt *****21970 | 65.39 |
| ☐ | 08/05 | 08/05 | Nebraska Revenue Neb Epay Nb1dor001732444 | 276.68 |
| ☐ | 08/05 | 08/05 | Irs         Usataxpymt *****1761191043 | 3,094.69 |
| ☐ | 08/16 | 08/15 | Analysis Charge | 22.01 |
| ☐ | 08/16 | 08/16 | G Platte River  Payroll  -Sett-Pv Rivers | 10,325.25 |
| ☐ | 08/19 | 08/19 | American Express Axp Discnt *****21970 | 75.93 |
| ☐ | 08/19 | 08/19 | Nebraska Revenue Neb Epay Nb1dor001751353 | 286.46 |
| ☐ | 08/19 | 08/19 | Irs         Usataxpymt *****3164811705 | 3,021.26 |
| ☐ | 08/20 | 08/20 | Northwestern Ene Ck Payment 1247 | 350.17 |
| ☐ | 08/20 | 08/20 | Nebraska Revenue Neb Epay Nb1dor001748980 | 6,891.88 |
| ☐ | 08/26 | 08/26 | Frontier Citizen Checkpaymt 1253 | 640.09 |
| ☐ | 08/30 | 08/30 | G Platte River  Payroll  -Sett-Pv Rivers | 9,719.14 |
| | | | **Total Electronic Withdrawals** | **$47,503.80** |

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| 📄 | **PAPER** | | | |
| ☐ | 08/01 | 08/01 | Check Image Check #1174 | 39.00 |
| ☐ | 08/01 | 08/01 | Check Image Check #1224 | 374.68 |
| ☐ | 08/01 | 08/01 | Check Image Check #1229 | 1,400.00 |
| ☐ | 08/05 | 08/05 | Check Image Check #1173 | 17.40 |
| ☐ | 08/05 | 08/05 | Check Image Check #1215 | 30.00 |
| ☐ | 08/05 | 08/05 | Check Image Check #1223 | 293.50 |
| ☐ | 08/06 | 08/06 | Check Image Check #1148 | 7.00 |
| ☐ | 08/12 | 08/12 | Check Image Check #1136 | 19.74 |
| ☐ | 08/12 | 08/12 | Check Image Check #1200 | 19.17 |
| ☐ | 08/12 | 08/12 | Check Image Check #1239 | 195.90 |
| ☐ | 08/12 | 08/12 | Check Image Check #1242 | 171.20 |
| ☐ | 08/13 | 08/13 | Check Image Check #1237 | 103.68 |
| ☐ | 08/13 | 08/13 | Check Image Check #1241 | 10,663.27 |
| ☐ | 08/13 | 08/13 | Check Image Check #1243 | 55.00 |
| ☐ | 08/14 | 08/14 | Check Image Check #1238 | 56.05 |

**Commercial Analysis Checking** xxxx2508 $37,626.24 — Continued

## Withdrawal Activity

| | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| 📄 | **PAPER** | | | |
| ☐ | 08/15 | 08/15 | Check Image Check #1250 | 67.25 |
| ☐ | 08/16 | 08/16 | Check Image Check #1244 | 31.20 |
| ☐ | 08/16 | 08/16 | Check Image Check #1245 | 141.89 |
| ☐ | 08/19 | 08/19 | Check Image Check #1114 | 20.34 |
| ☐ | 08/19 | 08/19 | Check Image Check #1156 | 50.85 |
| ☐ | 08/19 | 08/19 | Check Image Check #1248 | 727.27 |
| ☐ | 08/22 | 08/22 | Check Image Check #1235 | 321.00 |
| ☐ | 08/22 | 08/22 | Check Image Check #1246 | 4,800.00 |
| ☐ | 08/22 | 08/22 | Check Image Check #1252 | 262.50 |
| ☐ | 08/22 | 08/22 | Check Image Check #1254 | 16,536.60 |
| ☐ | 08/23 | 08/23 | Check Image Check #1256 | 3,300.00 |
| ☐ | 08/26 | 08/26 | Check Image Check #1251 | 648.90 |
| ☐ | 08/27 | 08/27 | Check Image Check #1261 | 55.00 |
| ☐ | 08/28 | 08/28 | Check Image Check #1249 | 932.22 |
| ☐ | 08/28 | 08/28 | Check Image Check #1257 | 125.11 |
| ☐ | 08/30 | 08/30 | Check Image Check #1062 | 3.51 |
| ☐ | 08/30 | 08/30 | Check Image Check #1258 | 153.89 |
| ☐ | 08/30 | 08/30 | Check Image Check #1259 | 48.62 |
| ☐ | 08/30 | 08/30 | Check Image Check #1260 | 807.90 |
| ☐ | 08/30 | 08/30 | Check Image Check #1263 | 508.26 |
| ☐ | 08/30 | 08/30 | Check Image Check #1264 | 380.78 |
| ☐ | 08/30 | 08/30 | Check Image Check #1265 | 1,100.00 |
| ☐ | 08/30 | 08/30 | Check Image Check #1266 | 1,487.67 |
| ☐ | 08/30 | 08/30 | Check Image Check #1267 | 75.33 |
| ☐ | 08/30 | 08/30 | Check Image Check #1268 | 181.15 |

**Total Paper Withdrawals** $48,206.83

## Balancing Checklist

| ✓ | Check # | Date | Amount | ✓ | Check # | Date | Amount | ✓ | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1062 | 08/30 | 3.51 | ☐ | 1114 | 08/19 | 20.34 | ☐ | 1136 | 08/12 | 19.74 |
| ☐ | 1148 | 08/06 | 7.00 | ☐ | 1156 | 08/19 | 50.85 | ☐ | 1173 | 08/06 | 17.40 |
| ☐ | 1174 | 08/01 | 39.00 | ☐ | 1200 | 08/12 | 13.17 | ☐ | 1215 | 08/05 | 30.00 |
| ☐ | 1223 | 08/05 | 293.60 | ☐ | 1224 | 08/01 | 374.88 | ☐ | 1229 | 08/01 | 400.00 |
| ☐ | 1235 | 08/22 | 321.00 | ☐ | 1237 | 08/13 | 103.68 | ☐ | 1238 | 08/14 | 56.05 |
| ☐ | 1239 | 08/12 | 196.80 | ☐ | 1241 | 08/13 | 10,663.27 | ☐ | 1242 | 08/12 | 171.20 |
| ☐ | 1243 | 08/13 | 55.00 | ☐ | 1244 | 08/16 | 31.20 | ☐ | 1245 | 08/16 | 141.89 |
| ☐ | 1246 | 08/22 | 4,800.00 | ☐ | 1248 | 08/19 | 727.27 | ☐ | 1249 | 08/28 | 932.22 |
| ☐ | 1250 | 08/15 | 67.25 | ☐ | 1251 | 08/26 | 648.90 | ☐ | 1252 | 08/22 | 262.50 |
| ☐ | 1254 | 08/22 | 16,536.60 | ☐ | 1256 | 08/23 | 3,300.00 | ☐ | 1257 | 08/28 | 125.11 |
| ☐ | 1258 | 08/30 | 153.89 | ☐ | 1259 | 08/30 | 48.62 | ☐ | 1260 | 08/30 | 807.90 |
| ☐ | 1261 | 08/27 | 55.00 | ☐ | 1263 | 08/30 | 508.26 | ☐ | 1264 | 08/30 | 380.78 |
| ☐ | 1265 | 08/30 | 1,100.00 | ☐ | 1266 | 08/30 | 1,487.67 | ☐ | 1267 | 08/30 | 75.33 |
| ☐ | 1268 | 08/30 | 181.15 | | | | | | | | |

END OF STATEMENT

**CONTACT INFORMATION**
Telephone us at: (308) 234-2424 or (800) 967-2464
Write us at: Platte Valley State Bank
2223 2nd Ave.
PO Box 430
Kearney, NE 68848

### INQUIRIES ABOUT YOUR DIRECT DEPOSIT

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

### HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE

Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding any new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This 'balance subject to interest rate' can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge.

### THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

#### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have the use of the money during the time it takes us to complete our investigation.

#### WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) *Account information:* Your name and account number, (2) *Dollar amount:* The dollar amount of the suspected error, and (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

#### PAYMENT REQUIREMENTS

*PAYMENTS MADE IN PERSON OR BY MAIL:* Payments are generally credited as of the date received if the payment is (1) received by us during normal branch hours and, if by mail, at the payment address listed on the payment coupon, (2) paid with one check or one money order drawn in United States Dollars on a bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type) and, (4) if by mail, sent in the enclosed return envelope (without any other outer envelope). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payments made in person on that date and payments received by mail by the next business day will be treated as on-time.

This page intentionally left blank

Credit Amount $1,330.90 On 8/1/2013

Credit Amount $511.25 On 8/2/2013

Credit Amount $1,071.06 On 8/2/2013

Credit Amount $1,468.06 On 8/5/2013

Credit Amount $1,984.97 On 8/6/2013

Credit Amount $2,646.11 On 8/6/2013

Credit Amount $5,307.43 On 8/6/2013

Credit Amount $1,667.69 On 8/7/2013

Credit Amount $1,254.10 On 8/8/2013

Credit Amount $1,703.44 On 8/9/2013

Credit Amount $1,161.66 On 8/12/2013

Credit Amount $1,249.22 On 8/13/2013

Credit Amount $1,763.31 On 8/13/2013

Credit Amount $2,563.76 On 8/13/2013

Credit Amount $1,458.72 On 8/14/2013

Credit Amount $1,139.55 On 8/15/2013

Credit Amount $875.26 On 8/16/2013

Credit Amount $811.04 On 8/19/2013

Credit Amount $1,508.70 On 8/19/2013

Credit Amount $1,647.69 On 8/19/2013

Credit Amount $88.00 On 8/20/2013

Credit Amount $1,173.84 On 8/20/2013

Credit Amount $1,387.03 On 8/21/2013

Credit Amount $125.11 On 8/22/2013



Credit Amount $557.47 On 8/22/2013

Credit Amount $643.07 On 8/23/2013

Credit Amount $751.14 On 8/26/2013

Credit Amount $961.93 On 8/27/2013

Credit Amount $1,575.83 On 8/27/2013

Credit Amount $1,622.10 On 8/27/2013

Credit Amount $559.61 On 8/28/2013

Credit Amount $669.92 On 8/29/2013

Credit Amount $625.95 On 8/30/2013

Check 1062, Amount $3.51 On 8/30/2013

Check 1114, Amount $20.34 On 8/19/2013

Check 1136, Amount $19.74 On 8/12/2013

Check 1148, Amount $7.00 On 8/6/2013

Check 1156, Amount $50.85 On 8/19/2013

Check 1173, Amount $17.40 On 8/5/2013

Check 1174, Amount $39.00 On 8/1/2013



Check 1200, Amount $13.17 On 8/12/2013



Check 1215, Amount $30.00 On 8/5/2013

Check 1223, Amount $293.50 On 8/5/2013

Check 1224, Amount $374.68 On 8/1/2013

Check 1229, Amount $1,400.00 On 8/1/2013

Check 1235, Amount $321.00 On 8/22/2013

Check 1237, Amount $103.68 On 8/13/2013



Check 1238, Amount $56.05 On 8/14/2013

Check 1239, Amount $195.90 On 8/12/2013



Check 1241, Amount $10,663.27 On 8/13/2013



Check 1242, Amount $171.20 On 8/12/2013



Check 1243, Amount $55.00 On 8/13/2013



Check 1244, Amount $31.20 On 8/16/2013



Check 1245, Amount $141.89 On 8/16/2013



Check 1246, Amount $4,800.00 On 8/22/2013



Check 1248, Amount $727.27 On 8/19/2013



Check 1249, Amount $932.22 On 8/28/2013

Check 1250, Amount $67.25 On 8/15/2013

Check 1251, Amount $648.90 On 8/26/2013

Check 1252, Amount $262.50 On 8/22/2013

Check 1254, Amount $16,536.60 On 8/22/2013

Check 1256, Amount $3,300.00 On 8/23/2013

Check 1257, Amount $125.11 On 8/28/2013

Check 1258, Amount $153.89 On 8/30/2013

Check 1259, Amount $48.62 On 8/30/2013

Check 1260, Amount $807.90 On 8/30/2013

Check 1261, Amount $55.00 On 8/27/2013

Check 1263, Amount $508.26 On 8/30/2013

Check 1264, Amount $380.78 On 8/30/2013

Check 1265, Amount $1,100.00 On 8/30/2013

Check 1266, Amount $1,487.67 On 8/30/2013

Check 1267, Amount $75.33 On 8/30/2013



Check 1268, Amount $181.15 On 8/30/2013