**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN THE MATTER OF:<br><br>GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION, LLC<br><br>Debtor. | CASE NO. BK 13-40411 TLS<br>CHAPTER 11<br><br>**NOTICE OF CONFIRMATION OF DEBTOR'S PLAN** |

COMES NOW the Debtor, Great Platte River Memorial Foundation, Debtor-in-Possession in the above-referenced Chapter 11 case ("Debtor") and provides notice to creditors and parties in interest that on the 19th day of September, 2013, the Bankruptcy Court for the District of Nebraska entered an order confirming the Debtor's Plan of Reorganization (the "Plan"). The order has not been appealed. A copy of the order confirming the Plan can be obtained by contacting the undersigned. The Plan will be effective on October 18, 2013, and distributions to creditors will commence thereafter, as set forth in the Plan.

Dated this 10th day of October, 2013.

        GREAT PLATTE RIVER ROAD MEMORIAL
        FOUNDATION, LLC, Debtor,


By:  s/ T. Randall Wright
       T. Randall Wright (NE# 16398)
of  BAIRD HOLM LLP
       1500 Woodmen Tower
       1700 Farnam St
       Omaha, NE  68102-2068
       Phone: 402-344-0500
       Fax: 402-344-0588
       Email: rwright@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Patricia Fahey
ustpregion13.om.ecf@usdoj.gov

David J. Skalka
dskalka@crokerlaw.com,

Robert M. Gonderinger
rgonderinger@crokerlaw.com

Thomas A. Ukinski
thomas.ukinski@nebraska.gov,

Jerry L. Jensen
Jerry.L.Jensen@usdoj.gov

Andrew W. Hoffmeister
ahoffmeister@bufflocounty.ne.gov

In addition, I sent a copy to those requesting notice, creditors identified in the schedules and creditors who have filed proofs of claim by United States Mail.

s/ T. Randall Wright

DOCS/1215364.1