CASE NAME: Great Platte River Road Mem'l Fo

CASE NUMBER: 13-40411

**MONTHLY OPERATING REPORTS**
**COMPARATIVE BALANCE SHEETS**

| ASSETS | PETITION DATE MAR 6, 2013 | MONTH ENDING MAR 31, 2013 | MONTH ENDING APR 30, 2013 | MONTH ENDING MAY 31, 2013 | MONTH ENDING JUN 30, 2013 | MONTH ENDING JUL 31, 2013 | MONTH ENDING AUG 31, 2013 | MONTH ENDING SEP 30, 2013 |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | $ 5,299.33 | $ 37,216.71 | $ 30,491.45 | $ 29,312.36 | $ 36,748.81 | $ 56,124.74 | $ 36,131.13 | $ 38,493.00 |
| Accounts Receivable, Net (Sched. A) | $ - | $ - | $ 385.20 | $ 385.20 | $ 117.70 | $ 117.70 | $ 117.70 | 117.70 |
| Inventory, At Lower Of Cost Or Market | $ 3,213.27 | $ 3,017.19 | $ 2,885.12 | $ 2,544.59 | $ 2,265.97 | $ 2,261.98 | $ 2,261.98 | $ 2,261.98 |
| Prepaid Expenses | $ 36,845.00 | $ 24,183.20 | $ 11,456.86 | $ 11,456.86 | $ 951.00 | $ 1,001.67 | $ 1,021.34 | $ 1,047.67 |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Current Assets | $ 45,357.60 | $ 64,417.10 | $ 45,218.63 | $ 43,699.01 | $ 40,083.48 | $ 59,506.09 | $ 39,532.15 | $ 41,920.35 |
| **PROPERTY, PLANT & EQUIPMENT** | $ 46,391,891.50 | $ 46,391,891.50 | $ 46,391,891.50 | $ 46,391,891.50 | $ 46,391,891.50 | $ 46,391,891.50 | $ 46,391,891.50 | $ 46,391,891.50 |
| Less Accumulated Depreciation | $ 21,491,921.50 | $ 21,738,664.39 | $ 21,820,912.02 | $ 21,903,159.65 | $ 21,985,407.28 | $ 22,067,654.91 | $ 22,149,902.54 | $ 22,232,150.17 |
| Net Property | $ 24,899,970.00 | $ 24,653,227.11 | $ 24,570,979.48 | $ 24,488,731.85 | $ 24,406,484.22 | $ 24,324,236.59 | $ 24,241,988.96 | $ 24,159,741.33 |
| **OTHER ASSETS** | | | | | | | | |
| DOR Escrow | $ 86,068.38 | $ 86,074.29 | $ 86,079.18 | $ 86,079.18 | $ 86,054.80 | $ 86,056.22 | $ 86,057.33 | $ 86,058.17 |
| Trademark | $ 295,164.50 | $ 295,164.50 | $ 295,164.50 | $ 295,164.50 | $ 295,164.50 | $ 295,164.50 | $ 295,164.50 | $ 295,164.50 |
| Total Other Assets | $ 381,232.88 | $ 381,238.79 | $ 381,243.68 | $ 381,243.68 | $ 381,219.30 | $ 381,220.72 | $ 381,221.83 | $ 381,222.67 |
| **TOTAL ASSETS** | $ 25,326,560.48 | $ 25,098,883.00 | $ 24,997,441.79 | $ 24,913,674.54 | $ 24,827,787.00 | $ 24,764,963.40 | $ 24,662,742.94 | $ 24,582,884.35 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF **30** PAGES ARE TRUE AND CORRECT.

Date Submitted 10/17/13      Signed _Sharmon Loeffler_      _Sharmond Loeffler_

(Printed name of signatory)

CASE NAME: Great Platte River Road Mem'l Fo

CASE NUMBER: 13-40411

**MONTHLY OPERATING REPORTS**
**COMPARATIVE BALANCE SHEETS**

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE MAR 6, 2013 | MONTH ENDING MAR 31, 2013 | MONTH ENDING APR 30, 2013 | MONTH ENDING MAY 31, 2013 | MONTH ENDING JUN 30, 2013 | MONTH ENDING JUL 31, 2013 | MONTH ENDING AUG 31, 2013 | MONTH ENDING AUG 31, 2013 |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | |
| Post Petition Liabilities (Sched. C) | $ - | $ 10,283.13 | $ 6,330.51 | $ 8,969.19 | $ 8,587.53 | $ 10,698.00 | $ 10,698.00 | $ 5,511.70 |
| | | | | | | | | |
| **Pre-Petition Liabilities** | | | | | | | | |
| Notes Payable - Secured | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 |
| Priority Debt | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 |
| Unsecured Debt | $ 108,856.31 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Pre Petition Liabilities | $ 20,117,465.52 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 |
| | | | | | | | | |
| Total Liabilities | $ 20,117,465.52 | $ 20,127,954.83 | $ 20,124,002.21 | $ 20,126,640.89 | $ 20,126,259.23 | $ 20,128,369.70 | $ 20,128,369.70 | $ 20,123,183.40 |
| | | | | | | | | |
| **STOCKHOLDERS' EQUITY** | | | | | | | | |
| Preferred Stock | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Common Stock | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Paid-In Capital | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Retained Earnings | | | | | | | | |
| Through Filing Date | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Post Filing Date | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| Total Stockholders' Equity | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | $ 20,117,465.52 | $ 20,127,954.83 | $ 20,124,002.21 | $ 20,126,640.89 | $ 20,126,259.23 | $ 20,128,369.70 | $ 20,128,369.70 | $ 20,123,183.40 |

CASE NAME: Great Platte River Roc

STATEMENT OF INCOME (LOSS)

CASE NUMBER: 13-40411

| | MONTH ENDING MAR 31, 2013 | MONTH ENDING APR 30, 2013 | MONTH ENDING MAY 31, 2013 | MONTH ENDING JUN 30, 2013 | MONTH ENDING JUL 31, 2013 | MONTH ENDING AUG 31, 2013 | MONTH ENDING SEP 30, 2013 | MONTH ENDING OCT 31, 2013 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| NET REVENUE (INCOME) | $ 101,300.23 | $ 41,164.72 | $ 52,719.53 | $ 87,929.57 | $ 106,594.09 | $ 82,906.86 | $ 60,546.16 | $ - | $ 533,161.16 |
| **COST OF GOOD SOLD** | | | | | | | | | |
| Materials | $ 1,888.13 | $ 1,313.19 | $ 2,965.71 | $ 2,083.25 | $ - | $ - | $ - | $ - | $ 8,250.28 |
| Labor - Direct | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Manufacturing Overhead | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Cost of Goods Sold | $ 1,888.13 | $ 1,313.19 | $ 2,965.71 | $ 2,083.25 | $ - | $ - | $ - | $ - | $ 8,250.28 |
| GROSS PROFIT | $ 99,412.10 | $ 39,851.53 | $ 49,753.82 | $ 85,846.32 | $ 106,594.09 | $ 82,906.86 | $ 60,546.16 | $ - | $ 524,910.88 |
| **OPERATING EXPENSES** | | | | | | | | | |
| Selling & Marketing | $ 184.00 | $ 55.00 | $ 288.96 | $ - | $ 1,590.00 | $ 338.48 | $ 636.21 | $ - | $ 3,092.65 |
| Executive & Mgmt. Salaries | $ 15,396.80 | $ 9,843.58 | $ 9,849.54 | $ 9,849.54 | $ 13,046.26 | $ 11,952.85 | $ 7,591.10 | $ - | $ 77,529.67 |
| Office & Other Salaries | $ 6,578.51 | $ 6,463.74 | $ 7,932.09 | $ 12,747.43 | $ 13,301.98 | $ 19,005.04 | $ 7,507.34 | $ - | $ 73,536.13 |
| Rent | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other (Attach Schedule) | $ 57,096.10 | $ 26,436.93 | $ 35,781.29 | $ 56,642.64 | $ 62,118.45 | $ 68,332.71 | $ 43,644.98 | $ - | $ 350,053.10 |
| Total Operating Expenses | $ 79,255.41 | $ 42,799.25 | $ 53,851.88 | $ 79,239.61 | $ 90,056.69 | $ 99,629.08 | $ 59,379.63 | $ - | $ 504,211.55 |
| **OTHER EXPENSES** | | | | | | | | | |
| Quarterly Fees | $ - | $ 325.00 | $ - | $ - | $ 1,626.10 | $ 648.90 | $ - | $ - | $ 2,600.00 |
| Depreciation | $ 82,247.63 | $ 82,247.63 | $ 82,247.63 | $ 82,247.63 | $ 82,247.63 | $ 82,247.63 | $ 82,247.63 | $ - | $ 575,733.41 |
| Interest | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Attorney's Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Professional Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Other Expenses | $ 82,247.63 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 82,247.63 |
| Total Expenses | $ 161,503.04 | $ 42,799.25 | $ 53,851.88 | $ 79,239.61 | $ 90,056.69 | $ 99,629.08 | $ 59,379.63 | $ - | $ 527,079.55 |
| NET INCOME (LOSS) | $ (62,090.94) | $ (2,947.72) | $ (4,098.06) | $ 6,606.71 | $ 16,537.40 | $ (16,722.22) | $ 1,166.53 | $ - | $ (62,714.83) |

# Accounts Payable
## as of September 30, 2013

| Creditor | Description | Amount | Amount Paid | Balance Due |
|---|---|---|---|---|
| Cash-Wa | custodial supplies | $ 422.81 | $ - | $ 422.81 |
| Platte Valley Communications | maintenance | $ 228.46 | $ - | $ 228.46 |
| Eakes Office Plus | copier | $ 790.93 | $ - | $ 790.93 |
| NE Department of Revenue | sales tax - September | $ 3,869.50 | $ - | $ 3,869.50 |
| Postmaster | permit fee | $ 200.00 | $ - | $ 200.00 |
| American Express | merchant fees | $ 47.72 | $ 47.72 | $ - |
| Black Inc | pos agreement | $ 2,000.00 | $ 2,000.00 | $ - |
| Boca Systems | tickets | $ 1,388.07 | $ 1,388.07 | $ - |
| Chubb | auto insurance | $ 316.00 | $ 316.00 | $ - |
| City of Kearney | utilities- water/sewer | $ 380.78 | $ 380.78 | $ - |
| Cline Williams Law Firm | legal | $ 250.00 | $ 250.00 | $ - |
| D & S Lighting | maintenance - bulbs | $ 60.99 | $ 60.99 | $ - |
| D & S Lighting | maintenance - bulbs | $ 200.93 | $ 200.93 | $ - |
| D & S Lighting | maintenance - bulbs | $ 147.02 | $ 147.02 | $ - |
| Dawna Ourada | payroll severence | $ 766.49 | $ 766.49 | $ - |
| Fast Phil Plaza | maintenance - fuel | $ 104.35 | $ 104.35 | $ - |
| Frontier | utilities - phone | $ 602.73 | $ 602.73 | $ - |
| Great Plains Sound | muzak | $ 179.76 | $ 179.76 | $ - |
| Intellicom | website hosting | $ 55.00 | $ 55.00 | $ - |
| IRS | payroll taxes 9.13.13 | $ 2,506.18 | $ 2,506.18 | $ - |
| IRS | payroll taxes 9.27.13 | $ 2,148.93 | $ 2,148.93 | $ - |
| IRS | payroll taxes Dawna | $ 204.83 | $ 204.83 | $ - |
| Johnstone Supply | maintenance | $ 200.95 | $ 200.95 | $ - |
| Kearney Hub | volunteer ad | $ 201.75 | $ 201.75 | $ - |
| McDermott & Miller | payroll processing | $ 55.00 | $ 55.00 | $ - |
| McDermott & Miller | payroll processing | $ 55.00 | $ 55.00 | $ - |
| Mgmt Salaries | payroll 9.13.13 | $ 3,795.55 | $ 3,795.55 | $ - |
| Mgmt Salaries | payroll 9.27.13 | $ 3,795.55 | $ 3,795.55 | $ - |
| NE Department of Revenue | form 94 | $ 25.00 | $ 25.00 | $ - |
| NE Department of Revenue | sales tax - August | $ 5,319.83 | $ 5,319.83 | $ - |
| NE Department of Roads | air lease payment 3 | $ 4,800.00 | $ 4,800.00 | $ - |
| NE Deptment of Revenue | payroll taxes 9.13.13 | $ 236.68 | $ 236.68 | $ - |
| NE Deptment of Revenue | payroll taxes 9.27.13 | $ 209.61 | $ 209.61 | $ - |
| NE Deptment of Revenue | payroll taxes Dawna | $ 22.37 | $ 22.37 | $ - |
| Nebraska Public Power Dist | utilities- electric | $ 15,232.29 | $ 15,232.29 | $ - |
| Northwestern | utilities - gas | $ 385.01 | $ 385.01 | $ - |
| Other Wages | payroll 9.13.13 | $ 4,479.76 | $ 4,479.76 | $ - |
| Other Wages | payroll 9.27.13 | $ 3,027.58 | $ 3,027.58 | $ - |
| PEP Co | pest control | $ 181.15 | $ 181.15 | $ - |
| Platte Valley State Bank | bank fees | $ 5.00 | $ 5.00 | $ - |
| Platte Valley State Bank | payroll processing | $ 22.20 | $ 22.20 | $ - |
| Platte Valley State Bank | bank fees | $ 16.20 | $ 16.20 | $ - |
| Rasmussen Mechanical | maintenance | $ 293.50 | $ 293.50 | $ - |
| Roger Woolsey | maintenance | $ 155.82 | $ 155.82 | $ - |
| Sign Center | signage | $ 144.46 | $ 144.46 | $ - |
| Travel & Recreation Directory | advertising | $ 235.00 | $ 235.00 | $ - |
| TSYS Merchant Services | merchant fees | $ 1,145.61 | $ 1,145.61 | $ - |
| Tyco Integrated Security | security | $ 357.98 | $ 357.98 | $ - |
| Wiegand Security | security | $ 321.00 | $ 321.00 | $ - |
| Yanda's Music & Pro Audio | show contract | $ 3,300.00 | $ 3,300.00 | $ - |
| | TOTAL | $ 64,891.33 | $ 59,379.63 | $ 5,511.70 |

CASE NAME:  Great Platte River Road Mem'l Found.

CASE NUMBER:  13-40411                              SCHEDULE OF POST PETITION DEBT                              SCHEDULE C

| | MARCH 2013 | APRIL 2013 | MAY 2013 | JUNE 2013 | JULY 2013 | AUGUST 2013 | SEPTEMBER 2013 |
|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | $ 7,704.01 | $ 4,789.47 | $ 6,117.14 | $ 8,587.53 | $ 3,806.32 | $ 5,872.85 | $ 1,642.20 |
| **TAXES PAYABLE:** | | | | | | | |
| Federal Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| State Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| State Sales Taxes | $ 2,579.12 | $ 1,541.04 | $ 2,852.05 | $ 5,296.24 | $ 6,891.68 | $ 5,319.83 | $ 3,869.50 |
| Local Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Real Estate & Pers. Prop. Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other: | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL TAXES PAYABLE | $ 2,579.12 | $ 1,541.04 | $ 2,852.05 | $ 5,296.24 | $ 6,891.68 | $ 5,319.83 | $ 3,869.50 |
| **OTHER LIABILITIES:** | | | | | | | |
| Post Petition Secured Debt | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accrued Interest Payable | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Accrued Liabilities | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL OTHER LIABILITIES | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL POST PETITION DEBT | $ 10,283.13 | $ 6,330.51 | $ 8,969.19 | $ 13,883.77 | $ 10,698.00 | $ 11,192.68 | $ 5,511.70 |

# INVENTORY

|  | AMOUNT |
|---|---|
| **BEGINNING INVENTORY:** | $       2,261.98 |
| (Ending Inventory from last month's report | |

**Inventory Purchased during Month:**                 Amount

| | Amount |
|---|---|
| _____ | $         - |
| _____ | $         - |
| _____ | $         - |
| _____ | $         - |
| _____ | $         - |
| | $         - |

**Inventory Sold/Used during Month:**

| | Amount |
|---|---|
| _____ | $         - |
| _____ | $         - |
| _____ | $         - |
| _____ | $         - |
| _____ | $         - |
| _____ | $         - |
| _____ | $         - |
| | $         - |

| | |
|---|---|
| **ENDING INVENTORY** | $       2,261.98 |
| (should match Current Inventory on Balance Sheet) | |

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period:  September 1, 2013 to September 30, 2013

### CASH RECONCILIATION

| | | |
|---|---|---|
| Beginning Cash Balance<br>(ending cash balance from last month's report) | | $ 37,919.64 |
| Cash Receipts<br>from Cash Receipts Journal on next page) | $ 63,755.98 | |
| Cash Disbursements<br>from Cash Disbursements Journal on next page) | $ 65,782.62 | |
| Net Cash Flow | | $ (2,026.64) |
| Ending Cash Balance | | $ 35,893.00 |

### CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---|---|
| Petty Cash | $ - | n/a |
| Regular Checking | $ 35,604.59 | Platte Valley State Bank |
| Tax Account | $ - | n/a |
| Other Checking Accounts | $ 288.41 | Platte Valley State Bank |
| Interest-Bearing Deposits | $ - | n/a |
| Short-Term Investments | $ - | n/a |
| TOTAL | $ 35,893.00 | |

(must agree with Ending Cash Balance)

# CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: September 1, 2013 to September 30, 2013

## CASH RECEIPTS JOURNAL

| Date | Description (Source) | Amount | |
|------|---------------------|--------|------|
| 3-Sep-13 | cash - daily operation | $ | 331.00 |
| 3-Sep-13 | cash - daily operation | $ | 1,008.96 |
| 3-Sep-13 | cash - daily operation | $ | 1,070.04 |
| 3-Sep-13 | cash - daily operation | $ | 2,143.31 |
| 3-Sep-13 | cash - daily operation | $ | 2,591.51 |
| 3-Sep-13 | credit cards - daily operation | $ | 42.80 |
| 3-Sep-13 | credit cards - daily operation | $ | 53.50 |
| 3-Sep-13 | credit cards - daily operation | $ | 815.34 |
| 3-Sep-13 | credit cards - daily operation | $ | 1,097.82 |
| 3-Sep-13 | credit cards - daily operation | $ | 3,345.86 |
| 4-Sep-13 | credit cards - daily operation | $ | 1,505.49 |
| 5-Sep-13 | credit cards - daily operation | $ | 55.64 |
| 5-Sep-13 | credit cards - daily operation | $ | 628.09 |
| 5-Sep-13 | cash - daily operation | $ | 649.49 |
| 5-Sep-13 | cash - daily operation | $ | 2,267.90 |
| 6-Sep-13 | cash - daily operation | $ | 743.95 |
| 6-Sep-13 | credit cards - daily operation | $ | 101.65 |
| 6-Sep-13 | credit cards - daily operation | $ | 877.40 |
| 9-Sep-13 | credit cards - daily operation | $ | 40.66 |
| 9-Sep-13 | credit cards - daily operation | $ | 81.32 |
| 9-Sep-13 | credit cards - daily operation | $ | 483.64 |
| 9-Sep-13 | credit cards - daily operation | $ | 499.69 |
| 9-Sep-13 | cash - daily operation | $ | 957.75 |
| 10-Sep-13 | cash - daily operation | $ | 870.98 |
| 10-Sep-13 | cash - daily operation | $ | 1,364.25 |
| 10-Sep-13 | cash - daily operation | $ | 3,966.60 |
| 10-Sep-13 | credit cards - daily operation | $ | 87.74 |
| 10-Sep-13 | credit cards - daily operation | $ | 1,870.36 |
| 11-Sep-13 | cash - daily operation | $ | 582.08 |
| 12-Sep-13 | credit cards - daily operation | $ | 77.04 |
| 12-Sep-13 | credit cards - daily operation | $ | 971.56 |
| 12-Sep-13 | cash - daily operation | $ | 690.15 |
| 13-Sep-13 | cash - daily operation | $ | 1,098.89 |
| 13-Sep-13 | credit cards - daily operation | $ | 449.40 |
| 16-Sep-13 | credit cards - daily operation | $ | 111.28 |
| 16-Sep-13 | credit cards - daily operation | $ | 520.02 |
| 16-Sep-13 | credit cards - daily operation | $ | 615.25 |
| 16-Sep-13 | cash - daily operation | $ | 823.90 |
| 17-Sep-13 | cash - daily operation | $ | 12.00 |
| 17-Sep-13 | cash - daily operation | $ | 842.09 |
| 17-Sep-13 | cash - daily operation | $ | 1,090.33 |
| 17-Sep-13 | cash - daily operation | $ | 1,575.24 |
| 16-Sep-13 | credit cards - daily operation | $ | 64.20 |
| 16-Sep-13 | credit cards - daily operation | $ | 1,783.69 |
| 18-Sep-13 | credit cards - daily operation | $ | 417.30 |

| Date | Description | | Amount |
|---|---|---|---|
| 18-Sep-13 | cash - daily operation | $ | 714.18 |
| 19-Sep-13 | cash - daily operation | $ | 744.97 |
| 19-Sep-13 | credit cards - daily operation | $ | 328.49 |
| 20-Sep-13 | credit cards - daily operation | $ | 69.55 |
| 20-Sep-13 | credit cards - daily operation | $ | 564.96 |
| 20-Sep-13 | cash - daily operation | $ | 1,217.68 |
| 23-Sep-13 | cash - daily operation | $ | 1,394.00 |
| 23-Sep-13 | credit cards - daily operation | $ | 10.70 |
| 23-Sep-13 | credit cards - daily operation | $ | 81.32 |
| 23-Sep-13 | credit cards - daily operation | $ | 438.70 |
| 23-Sep-13 | credit cards - daily operation | $ | 558.54 |
| 24-Sep-13 | credit cards - daily operation | $ | 1,760.15 |
| 24-Sep-13 | cash - daily operation | $ | 1,399.91 |
| 24-Sep-13 | cash - daily operation | $ | 1,476.25 |
| 24-Sep-13 | cash - daily operation | $ | 1,607.14 |
| 25-Sep-13 | cash - daily operation | $ | 709.34 |
| 25-Sep-13 | credit cards - daily operation | $ | 717.44 |
| 26-Sep-13 | credit cards - daily operation | $ | 64.20 |
| 26-Sep-13 | credit cards - daily operation | $ | 334.91 |
| 26-Sep-13 | cash - daily operation | $ | 494.01 |
| 27-Sep-13 | cash - daily operation | $ | 916.79 |
| 27-Sep-13 | credit cards - daily operation | $ | 546.05 |
| 30-Sep-13 | credit cards - daily operation | $ | 74.90 |
| 30-Sep-13 | credit cards - daily operation | $ | 395.90 |
| 30-Sep-13 | credit cards - daily operation | $ | 545.70 |
| 30-Sep-13 | credit cards - daily operation | $ | 655.39 |
| 30-Sep-13 | savings account interest | $ | 0.01 |
| 30-Sep-13 | cash - daily operation | $ | 981.19 |
| 30-Sep-13 | cash - daily operation | $ | 996.10 |
| 30-Sep-13 | cash - daily operation | $ | 1,263.62 |
| 30-Sep-13 | cash - daily operation | $ | 1,416.73 |
| | Total Cash Receipts | $ | 63,755.98 |

# CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period:  September 1, 2013 to September 30, 2013

## CASH DISBURSEMENTS JOURNAL

| Date | Check # | Payee | Description (purpose) | Amount | |
|------|---------|-------|----------------------|--------|--|
| 3-Sep-13 | 1271 | Yandas Music | maintenance | $ | 190.46 |
| 3-Sep-13 | 1273 | D & S Lighting | maintenance | $ | 108.58 |
| 3-Sep-13 | eft | NE Dept of Revenue | state payroll taxes | $ | 271.59 |
| 3-Sep-13 | eft | TSYS Merchant Services | merchant fees | $ | 1,145.61 |
| 3-Sep-13 | eft | IRS | federal payroll taxes | $ | 2,860.17 |
| 4-Sep-13 | 1270 | Tyco Intengrated Secur | security | $ | 357.98 |
| 4-Sep-13 | 1272 | Great Plains Sound | muzak | $ | 179.76 |
| 5-Sep-13 | 1269 | The Hartford | work comp insurance | $ | 4,058.00 |
| 5-Sep-13 | 1255 | Wiegand Security | security | $ | 321.00 |
| 10-Sep-13 | 1262 | Rasmussen Mechanica | maintenance | $ | 810.00 |
| 10-Sep-13 | 1274 | McDermott & Miller | payroll processing | $ | 55.00 |
| 13-Sep-13 | eft | Jack Garrison | wages | $ | 195.58 |
| 13-Sep-13 | eft | Michael Sothan | wages | $ | 767.76 |
| 13-Sep-13 | eft | Dawna Ourada | wages | $ | 766.49 |
| 13-Sep-13 | eft | Megan Katz | wages | $ | 484.77 |
| 13-Sep-13 | eft | Laura Fear | wages | $ | 211.41 |
| 13-Sep-13 | eft | Adam White | wages | $ | 18.55 |
| 13-Sep-13 | eft | Ashton Jackson | wages | $ | 174.22 |
| 13-Sep-13 | eft | Carol Bosshardt | wages | $ | 367.25 |
| 13-Sep-13 | eft | Alan Ladd | wages | $ | 525.68 |
| 13-Sep-13 | eft | Vivian Alexander | wages | $ | 456.96 |
| 13-Sep-13 | eft | Christine Makowski | wages | $ | 281.21 |
| 13-Sep-13 | eft | Sharmond Loeffler | wages | $ | 1,278.00 |
| 13-Sep-13 | eft | Rhonda O'Brien | wages | $ | 845.01 |
| 13-Sep-13 | eft | Roger Woolsey | wages | $ | 906.05 |
| 13-Sep-13 | eft | Beverly Williams | wages | $ | 308.78 |
| 13-Sep-13 | eft | Steven Halbert | wages | $ | 687.59 |
| 16-Sep-13 | 1278 | Johnstone Supply | maintenance | $ | 200.95 |
| 16-Sep-13 | eft | NE Dept of Revenue | state payroll taxes | $ | 236.68 |
| 16-Sep-13 | eft | IRS | federal payroll taxes | $ | 2,506.18 |
| 16-Sep-13 | eft | Platte Valley State Ban | bank fees | $ | 16.20 |
| 17-Sep-13 | eft | American Express | merchant fees | $ | 47.72 |
| 17-Sep-13 | 1279 | Northwestern | utilities - gas | $ | 385.01 |
| 17-Sep-13 | 1275 | Boca Systems | tickets | $ | 1,388.07 |
| 17-Sep-13 | 1277 | D & S Lighting | maintenance | $ | 147.02 |
| 17-Sep-13 | 1281 | Yandas Music | maintenance - show | $ | 3,300.00 |
| 17-Sep-13 | 1282 | NE Dept of Roads | air lease payment | $ | 4,800.00 |
| 18-Sep-13 | eft | Platte Valley State Ban | bank fees | $ | 22.20 |
| 18-Sep-13 | 1276 | Chubb | insurance | $ | 316.00 |
| 20-Sep-13 | eft | NE Dept of Revenue | sales tax - August | $ | 5,319.83 |
| 23-Sep-13 | 1285 | Sign Center | signage | $ | 144.46 |
| 23-Sep-13 | 1286 | PEP | pest control | $ | 181.15 |
| 24-Sep-13 | 1283 | Rasmussen Mechanica | maintenance | $ | 293.50 |
| 24-Sep-13 | 1287 | Fast Phil Plaza | maintenance | $ | 104.35 |
| 24-Sep-13 | 1288 | NE Public Power Dist | utilities - electric | $ | 15,232.29 |

| 24-Sep-13 | 1289 | D & S Lighting | maintenance | $ | 200.93 |
| 24-Sep-13 | 1290 | Cline Williams Law | legal | $ | 250.00 |
| 24-Sep-13 | 1291 | Travel & Recreation Dir | advertising | $ | 235.00 |
| 24-Sep-13 | 1292 | McDermott & Miller | payroll processing | $ | 55.00 |
| 25-Sep-13 | 1284 | Frontier | utilities - phone | $ | 602.73 |
| 26-Sep-13 | 1293 | Dawna Ourada | wages | $ | 766.49 |
| 27-Sep-13 | eft | Michael Sothan | wages | $ | 483.98 |
| 27-Sep-13 | eft | Dawna Ourada | wages | $ | 766.49 |
| 27-Sep-13 | eft | Megan Katz | wages | $ | 347.86 |
| 27-Sep-13 | eft | Laura Fear | wages | $ | 211.89 |
| 27-Sep-13 | eft | Ashton Jackson | wages | $ | 132.12 |
| 27-Sep-13 | eft | Alan Ladd | wages | $ | 545.93 |
| 27-Sep-13 | eft | Vivian Alexander | wages | $ | 414.41 |
| 27-Sep-13 | eft | Sharmond Loeffler | wages | $ | 1,278.00 |
| 27-Sep-13 | eft | Rhonda O'Brien | wages | $ | 845.01 |
| 27-Sep-13 | eft | Roger Woolsey | wages | $ | 906.05 |
| 27-Sep-13 | eft | Beverly Williams | wages | $ | 185.97 |
| 27-Sep-13 | eft | Steven Halbert | wages | $ | 705.42 |
| 30-Sep-13 | eft | Platte Valley State Bank | bank fees | $ | 5.00 |
| 30-Sep-13 | eft | NE Dept of Revenue | state payroll taxes | $ | 22.37 |
| 30-Sep-13 | eft | IRS | federal payroll taxes | $ | 204.83 |
| 30-Sep-13 | eft | NE Dept of Revenue | state payroll taxes | $ | 209.61 |
| 30-Sep-13 | eft | IRS | federal payroll taxes | $ | 2,148.93 |
| 30-Sep-13 | 1280 | Wiegand Security | security | $ | 321.00 |
| 30-Sep-13 | 1294 | Kearney Hub | advertising | $ | 201.75 |
| 30-Sep-13 | 1296 | City of Kearney | utilities - water/sewer | $ | 380.78 |
| 30-Sep-13 | 1299 | Intellicom | website hosting | $ | 55.00 |
| 30-Sep-13 | 1300 | NE Dept of Revenue | form 94 | $ | 25.00 |
| | | Total Cash Disbursements | | $ | 65,782.62 |

CASE NAME:  Great Platte River Road Mem'l Found.

CASE NUMBER:  13-40411

SCHEDULE OF ACCOUNTS RECEIVABLE AGING

SCHEDULE A

| | TOTAL ACCOUNTS RECEIVABLE | 0-30       DAYS | 31-60       DAYS | 61-90       DAYS | 91-120       DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|
| Date of Filing:        3.6.13 | $            - | $            - | $            - | $            - | $            - | $            - |
| % of Total | 100% | | | | | |
| Month:        3.31.13 | $            - | $            - | $            - | $            - | $            - | $            - |
| % of Total | 100% | | | | | |
| Month:        4.30.13 | $        385.20 | $        385.20 | $            - | $            - | $            - | $            - |
| % of Total | 100% | | | | | |
| Month:        5.31.13 | $        385.20 | $            - | $        385.20 | $            - | $            - | $            - |
| % of Total | 100% | | | | | |
| Month:        6.30.13 | $            - | $            - | $            - | $        117.70 | $            - | $            - |
| % of Total | 100% | | | | | |
| Month:        7.31.13 | $            - | $            - | $            - | $            - | $        117.70 | $            - |
| % of Total | 100% | | | | | |
| Month:        8.31.13 | $            - | $            - | $            - | $            - | $            - | $        117.70 |
| % of Total | 100% | | | | | |
| Month:        9.30.13 | $            - | $            - | $            - | $            - | $            - | $        117.70 |
| % of Total | 100% | | | | | |

CASE NAME:  Great Platte River Road Mem'l Found.

CASE NUMBER:  13-40411

SCHEDULE OF POST PETITION DEBT

SCHEDULE C

| | MARCH 2013 | APRIL 2013 | MAY 2013 | JUNE 2013 | JULY 2013 | AUGUST 2013 | SEPTEMBER 2013 |
|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | $ 7,704.01 | $ 4,789.47 | $ 6,117.14 | $ 8,587.53 | $ 3,806.32 | $ 5,872.85 | $ 1,642.20 |
| **TAXES PAYABLE:** | | | | | | | |
| Federal Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| State Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| State Sales Taxes | $ 2,579.12 | $ 1,541.04 | $ 2,852.05 | $ 5,296.24 | $ 6,891.68 | $ 5,319.83 | $ 3,869.50 |
| Local Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Real Estate & Pers. Prop. Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other: | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL TAXES PAYABLE | $ 2,579.12 | $ 1,541.04 | $ 2,852.05 | $ 5,296.24 | $ 6,891.68 | $ 5,319.83 | $ 3,869.50 |
| **OTHER LIABILITIES:** | | | | | | | |
| Post Petition Secured Debt | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accrued Interest Payable | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Accrued Liabilities | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL OTHER LIABILITIES | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL POST PETITION DEBT | $ 10,283.13 | $ 6,330.51 | $ 8,969.19 | $ 13,883.77 | $ 10,698.00 | $ 11,192.68 | $ 5,511.70 |

CASE NAME:  Great Platte River Road Mem'l Fo          Schedule D
CASE NUMBER: 13-40411                                 Page 1 or 2

## SUMMARY OF SIGNIFICANT ITEMS
### Month of September

**1. Insurance Coverage**

| | Carrier/agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Worker's Compensation | | | | |
| General Liability | | | | |
| Excess Liability | | | | |
| Fire & Extended Coverage | | | | |
| Vehicle Liability | | | | |
| Vehicle Collision | | | | |
| Theft | | | | |
| Other (specify) | | | | |
| | | | | |
| | | | | |

**2. Statement of Payments of Secured Creditors**

(List all payments made to secured creditors during the month & the purposes
for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**3. Tax Payments Made This Month (Not Accurals) (attach copies of tax receipts or checks)**

| | Date Paid | Amount Paid | Still Unpaid (agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | 9.3.13 | $    2,860.17 | |
| Federal Payroll W/H Taxes | 9.16.13 | $    2,506.18 | |
| Federal Payroll W/H Taxes | 9.30.13 | $    2,353.76 | |
| Fed. Unemployment Taxes | | | |
| State Payroll W/H Taxes | 9.3.13 | $      271.59 | |
| State Payroll W/H Taxes | 9.16.13 | $    2,506.18 | |
| State Payroll W/H Taxes | 9.30.13 | $      231.98 | |
| State Unemployment Taxes | | | |
| State Sales & Use Taxes | | | $         3,869.50 |
| Property Taxes | | | |
| Other | | | |

CASE NAME:  Great Platte River Road Mem'l Fo
CASE NUMBER: 13-40411

Schedule D
Page 2 or 2

SUMMARY OF SIGNIFICANT ITEMS
Month of

#### 4. Compensation Payments Made This Month (Not Accruals)
(List all payments made to owners of proprietorships; partners of partnerships; officers
directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|------|--------|------------------------------------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

#### 5. Payments Made This Month to Professionals (Not Accruals)

| Professional | Amount | Date of Court Order Authorizing Payment |
|--------------|--------|------------------------------------------|
| Attorney(s) |  |  |
| Accountant(s) |  |  |
| Management Co.(s) |  |  |
| Appraiser(s) |  |  |
| Other (specify) |  |  |
|  |  |  |

#### 6. Record of Disbursement and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee** | Date Paid | Amount Paid | Check Number |
|---------------|----------------------|------------------|-----------------|-----------|-------------|--------------|
| January | $        - |  |  |  |  |  |
| February | $        - |  |  |  |  |  |
| March | $   67,942.91 | $   67,942.91 | $    325.00 | 4.25.13 | $    325.00 | 1020 |
| April | $   33,428.27 |  |  |  |  |  |
| May | $   65,749.07 |  |  |  |  |  |
| June | $ 6,066,397.00 | $  159,841.31 | $  1,626.10 | 7.24.13 | $  1,626.10 | 1234 |
| July | $   99,337.80 |  |  | 8.15.13 | 648.9 | 1251 |
| August | $   93,715.63 |  |  |  |  |  |
| September | $   65,782.62 | $  258,836.05 |  |  | $        - |  |
| October | $        - |  |  |  |  |  |
| November | $        - |  |  |  |  |  |
| December | $        - | $        - | $     -- |  | $        - |  |

*Each month list the total money spent for all purposes. At the end of the quarter, add the
monthly totals. This is the amount used to compute the quarterly fee due the U.S. Trustee.



Contact Information



308.234.2424
800.967.2464

pvsb.com

## Platte Valley State Bank & Trust Company

PO Box 430
Kearney, NE 68848-0430

L101
13172

70

GREAT PLATTE RIVER ROAD
MEMORIAL FOUNDATION
CHAPTER 11 DEBTOR IN POSSESSION
3060 E 1ST ST
KEARNEY NE 68847-0462

Platte Valley State Bank would like to thank you for choosing us as Your Financial Center. We look forward to serving you and your financial needs for many years to come. At Platte Valley State Bank, we're in the business of community banking. We understand the ever changing financial industry and are committed to helping you achieve your financial goals. Whether you need help determining your best lending option or advice on a savings plan we're here to help. We are the reliable community bank that you can truly count on!

| STATEMENT SUMMARY | September 1, 2013 through September 30, 2013 | | |
|---|---|---|---|
| Account Description | Account # | Beginning Balance | Ending Balance |
| **Deposit Accounts** | | | |
| Business Checking | ■2474 | 263.06 | 258.06 |
| | **Total on Deposit** | | **$258.06** |



**ONLINE SERVICES**
THAT DO IT ALL...
Sign up for online banking today!
www.pvsb.com

Member FDIC

## Business Checking  xxxx2474  $258.06 · Account Detail

| | | | |
|---|---|---|---|
| Beginning Balance | $263.06 | Items Enclosed | 0 |
| Total Deposits | 0 for $0.00 | | |
| Total Withdrawals | 1 for $5.00 | | |
| **Ending Balance** | **$258.06** | | |

### Withdrawal Activity

| Date | Post Date | Description | Amount |
|---|---|---|---|
| **ELECTRONIC** | | | |
| 09/30 | 09/30 | Service Charge Fee | 5.00 |
| | | **Total Electronic Withdrawals** | **$5.00** |

# TRUCKLOADS OF SAVINGS

### VEHICLE LOANS FROM 3.25 *APR%

*Promotional rates are available on model years 2008 and newer with a credit score of at least 680 and a minimum loan amount of $5,000. 3.25% annual percentage rate is based on a $20,000 loan amount with auto-debit from a Platte Valley State Bank account. Other rates and terms available.  Approval and terms subject to credit qualifications.  Some limitations apply.

END OF STATEMENT

**CONTACT INFORMATION**
Telephone us at: (308) 234-2424 or (800) 967-2464
Write us at: Platte Valley State Bank
2223 2nd Ave.
PO Box 430
Kearney, NE 68848

## INQUIRIES ABOUT YOUR DIRECT DEPOSIT

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

## HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE

Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding any new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This 'balance subject to interest rate' can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge.

## THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have the use of the money during the time it takes us to complete our investigation.

**WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**
If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) *Account information:* Your name and account number, (2) *Dollar amount:* The dollar amount of the suspected error, and (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

**PAYMENT REQUIREMENTS**
*PAYMENTS MADE IN PERSON OR BY MAIL:* Payments are generally credited as of the date received if the payment is (1) received by us during normal branch hours and, if by mail, at the payment address listed on the payment coupon, (2) paid with one check or one money order drawn in United States Dollars on a bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type) and, (4) if by mail, sent in the enclosed return envelope (without any other outer envelope). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payments made in person on that date and payments received by mail by the next business day will be treated as on-time.

This page intentionally left blank



Contact Information



308.234.2424
800.967.2464

pvsb.com

## Platte Valley State Bank & Trust Company



PO Box 430
Kearney, NE 68848-0430

L101
16921

70

Platte Valley State Bank would like to thank you for choosing us as Your Financial Center. We look forward to serving you and your financial needs for many years to come. At Platte Valley State Bank, we're in the business of community banking. We understand the ever changing financial industry and are committed to helping you achieve your financial goals. Whether you need help determining your best lending option or advice on a savings plan we're here to help. We are the reliable community bank that you can truly count on!

GREAT PLATTE RIVER ROAD MEMORIAL
CHAPTER 11 DEBTOR IN POSSESSION
3060 E 1ST ST
KEARNEY NE 68847-0462

| STATEMENT SUMMARY | September 1, 2013 through September 30, 2013 | | |
|---|---|---|---|
| Account Description | Account # | Beginning Balance | Ending Balance |
| **Deposit Accounts** | | | |
| Commercial Analysis Checking | 2508 | 37,626.24 | 35,604.59 |
| | | **Total on Deposit** | **$35,604.59** |



ONLINE SERVICES
THAT DO IT ALL...
Sign up for online banking today!
www.pvsb.com

Member FDIC

## Commercial Analysis Checking  xxxx2508  $35,604.59 — Account Detail

| | | |
|---|---|---|
| Beginning Balance | $37,626.24 | Items Enclosed 62 |
| Total Deposits | 75 for $63,755.97 | |
| Total Withdrawals | 46 for $65,777.62 | |
| Ending Balance | $35,604.59 | |

### Deposit Activity

**⊡ ELECTRONIC**

| Date | Post Date | Description | | Amount |
|---|---|---|---|---|
| 09/03 | 09/03 | American Express Settlement *****21970 | | 42.80 |
| 09/03 | 09/03 | American Express Settlement *****21970 | | 53.50 |
| 09/03 | 09/03 | Fnbo | Pymt Proc *****60261 | 815.34 |
| 09/03 | 09/03 | Fnbo | Pymt Proc *****60261 | 1,097.82 |
| 09/03 | 09/03 | Fnbo | Pymt Proc *****60261 | 3,345.86 |
| 09/04 | 09/04 | Fnbo | Pymt Proc *****60261 | 1,505.49 |
| 09/05 | 09/05 | American Express Settlement *****21970 | | 65.84 |
| 09/05 | 09/05 | Fnbo | Pymt Proc *****60261 | 628.09 |
| 09/06 | 09/06 | American Express Settlement *****21970 | | 101.55 |
| 09/06 | 09/06 | Fnbo | Pymt Proc *****60261 | 877.40 |
| 09/09 | 09/09 | American Express Settlement *****21970 | | 70.56 |
| 09/09 | 09/09 | American Express Settlement *****21970 | | 81.32 |
| 09/09 | 09/09 | Fnbo | Pymt Proc *****60261 | 463.64 |
| 09/09 | 09/09 | Fnbo | Pymt Proc *****60261 | 499.69 |
| 09/10 | 09/10 | American Express Settlement *****21970 | | 87.74 |
| 09/10 | 09/10 | Fnbo | Pymt Proc *****60261 | 1,870.36 |
| 09/12 | 09/12 | American Express Settlement *****21970 | | 77.04 |
| 09/12 | 09/12 | Fnbo | Pymt Proc *****60261 | 971.56 |
| 09/13 | 09/13 | Fnbo | Pymt Proc *****60261 | 449.40 |
| 09/16 | 09/16 | American Express Settlement *****21970 | | 111.28 |
| 09/16 | 09/16 | Fnbo | Pymt Proc *****60261 | 520.02 |
| 09/16 | 09/16 | Fnbo | Pymt Proc *****60261 | 615.25 |
| 09/17 | 09/17 | American Express Settlement *****21970 | | 84.20 |
| 09/17 | 09/17 | Fnbo | Pymt Proc *****60261 | 1,783.69 |
| 09/18 | 09/18 | Fnbo | Pymt Proc *****60261 | 417.30 |
| 09/19 | 09/19 | Fnbo | Pymt Proc *****60261 | 328.49 |
| 09/20 | 09/20 | American Express Settlement *****21970 | | 69.85 |
| 09/20 | 09/20 | Fnbo | Pymt Proc *****60261 | 564.96 |
| 09/23 | 09/23 | American Express Settlement *****21970 | | 10.70 |
| 09/23 | 09/23 | American Express Settlement *****21970 | | 81.32 |
| 09/23 | 09/23 | Fnbo | Pymt Proc *****60261 | 438.70 |
| 09/23 | 09/23 | Fnbo | Pymt Proc *****60261 | 558.54 |
| 09/24 | 09/24 | Fnbo | Pymt Proc *****60261 | 1,760.15 |
| 09/25 | 09/25 | Fnbo | Pymt Proc *****60261 | 717.44 |
| 09/26 | 09/26 | American Express Settlement *****21970 | | 84.20 |
| 09/26 | 09/26 | Fnbo | Pymt Proc *****60261 | 334.91 |

**Commercial Analysis Checking** xxxx2508 $35,604.59                                    Continued

## Deposit Activity

| | Date | Post Date | Description | Amount |
|---|---|---|---|---|

### ⤢ ELECTRONIC

| | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| ☐ | 09/27 | 09/27 | Fribo      Pymt Proc ******6026 | 545.00 |
| ☐ | 09/30 | 09/30 | American Express Settlement *****21970 | 74.90 |
| ☐ | 09/30 | 09/30 | Fribo      Pymt Proc ******6026 | 395.90 |
| ☐ | 09/30 | 09/30 | American Express Settlement *****21970 | 545.70 |
| ☐ | 09/30 | 09/30 | Fribo      Pymt Proc ******6026 | 655.39 |
| | | | **Total Electronic Deposits** | **$23,743.64** |

### 📄 PAPER                              Deposit #

| | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| ☐ | 09/03 | 09/03 | Customer Deposit | 331.00 |
| ☐ | 09/03 | 09/03 | Customer Deposit | 1,008.96 |
| ☐ | 09/03 | 09/03 | Customer Deposit | 1,070.04 |
| ☐ | 09/03 | 09/03 | Customer Deposit | 2,143.31 |
| ☐ | 09/03 | 09/03 | Customer Deposit | 2,591.51 |
| ☐ | 09/05 | 09/05 | Customer Deposit | 649.49 |
| ☐ | 09/05 | 09/05 | Customer Deposit | 2,267.90 |
| ☐ | 09/06 | 09/06 | Customer Deposit | 743.95 |
| ☐ | 09/09 | 09/09 | Customer Deposit | 957.75 |
| ☐ | 09/10 | 09/10 | Customer Deposit | 870.98 |
| ☐ | 09/10 | 09/10 | Customer Deposit | 1,364.25 |
| ☐ | 09/10 | 09/10 | Customer Deposit | 3,966.60 |
| ☐ | 09/11 | 09/11 | Customer Deposit | 582.08 |
| ☐ | 09/12 | 09/12 | Customer Deposit | 690.15 |
| ☐ | 09/13 | 09/13 | Customer Deposit | 1,098.89 |
| ☐ | 09/16 | 09/16 | Customer Deposit | 823.90 |
| ☐ | 09/17 | 09/17 | Customer Deposit | 12.00 |
| ☐ | 09/17 | 09/17 | Customer Deposit | 842.09 |
| ☐ | 09/17 | 09/17 | Customer Deposit | 1,050.33 |
| ☐ | 09/17 | 09/17 | Customer Deposit | 1,575.24 |
| ☐ | 09/18 | 09/18 | Customer Deposit | 714.18 |
| ☐ | 09/19 | 09/19 | Customer Deposit | 744.97 |
| ☐ | 09/20 | 09/20 | Customer Deposit | 1,217.66 |
| ☐ | 09/23 | 09/23 | Customer Deposit | 1,394.00 |
| ☐ | 09/24 | 09/24 | Customer Deposit | 1,399.91 |
| ☐ | 09/24 | 09/24 | Customer Deposit | 1,476.25 |
| ☐ | 09/24 | 09/24 | Customer Deposit | 1,607.14 |
| ☐ | 09/25 | 09/25 | Customer Deposit | 709.34 |
| ☐ | 09/26 | 09/26 | Customer Deposit | 494.01 |
| ☐ | 09/27 | 09/27 | Customer Deposit | 916.79 |
| ☐ | 09/30 | 09/30 | Customer Deposit | 981.19 |
| ☐ | 09/30 | 09/30 | Customer Deposit | 996.10 |
| ☐ | 09/30 | 09/30 | Customer Deposit | 1,263.62 |
| ☐ | 09/30 | 09/30 | Customer Deposit | 1,416.73 |
| | | | **Total Paper Deposits** | **$40,012.33** |

## Commercial Analysis Checking  xxxx2508  $35,604.59          Continued

### Withdrawal Activity

| | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| **ELECTRONIC** | | | | |
| ☑ | 09/03 | 09/03 | Nebraska Revenue Neb Epay Nb1dor001771198 | 221.59 |
| ☐ | 09/03 | 09/03 | Fnbo    Pymt Proc *****60261 | 1,145.61 |
| ☑ | 09/03 | 09/03 | Irs    Usataxpymt *****4673075675 | 2,850.17 |
| ☐ | 09/05 | 09/05 | Hartford Fire IN Checkpymt 1269 | 4,058.00 |
| ☑ | 09/13 | 09/13 | G Platte River  Payroll  -Sett-Pv Rivera | 6,275.31 |
| ☐ | 09/16 | 09/16 | Nebraska Revenue Neb Epay Nb1dor001781515 | 236.88 |
| ☑ | 09/16 | 09/16 | Irs    Usataxpymt *****5991689276 | 2,506.18 |
| ☐ | 09/16 | 09/16 | Analysis Charge | 16.20 |
| ☑ | 09/17 | 09/17 | American Express Axp Disnt *****21970 | 47.72 |
| ☐ | 09/17 | 09/17 | Northwestern Ene Ck Payment 1279 | 385.01 |
| ☑ | 09/20 | 09/20 | Pvsbk Orig    Cash Conc  Pv Rivers | 22.90 |
| ☐ | 09/20 | 09/20 | Nebraska Revenue Neb Epay Nb1dor001774882 | 5,319.83 |
| ☑ | 09/25 | 09/25 | Frontier Citizen Checkpymt 1264 | 502.73 |
| ☐ | 09/27 | 09/27 | G Platte River  Payroll  -Sett-Pv Rivers | 6,823.13 |
| ☑ | 09/30 | 09/30 | Nebraska Revenue Neb Epay Nb1dor001808079 | 22.37 |
| ☐ | 09/30 | 09/30 | Irs    Usataxpymt *****7315985284 | 204.83 |
| ☑ | 09/30 | 09/30 | Nebraska Revenue Neb Epay Nb1dor001806519 | 209.61 |
| ☐ | 09/30 | 09/30 | Irs    Usataxpymt *****7362457794 | 2,148.93 |
| | | | **Total Electronic Withdrawals** | **$35,168.10** |
| **PAPER** | | | | |
| ☑ | 09/03 | 09/03 | Check Image Check #1271 | 190.46 |
| ☐ | 09/03 | 09/03 | Check Image Check #1273 | 108.58 |
| ☑ | 09/04 | 09/04 | Check Image Check #1270 | 357.38 |
| ☐ | 09/04 | 09/04 | Check Image Check #1272 | 179.76 |
| ☑ | 09/05 | 09/05 | Check Image Check #1255 | 321.00 |
| ☐ | 09/10 | 09/10 | Check Image Check #1262 | 810.00 |
| ☑ | 09/10 | 09/10 | Check Image Check #1274 | 55.00 |
| ☐ | 09/16 | 09/16 | Check Image Check #1278 | 200.95 |
| ☑ | 09/17 | 09/17 | Check Image Check #1275 | 1,388.07 |
| ☐ | 09/17 | 09/17 | Check Image Check #1277 | 147.02 |
| ☑ | 09/17 | 09/17 | Check Image Check #1281 | 3,300.00 |
| ☐ | 09/17 | 09/17 | Check Image Check #1282 | 4,800.00 |
| ☑ | 09/18 | 09/18 | Check Image Check #1276 | 316.00 |
| ☐ | 09/23 | 09/23 | Check Image Check #1285 | 144.46 |
| ☑ | 09/23 | 09/23 | Check Image Check #1286 | 161.12 |
| ☐ | 09/24 | 09/24 | Check Image Check #1283 | 293.50 |
| ☑ | 09/24 | 09/24 | Check Image Check #1287 | 104.55 |
| ☐ | 09/24 | 09/24 | Check Image Check #1288 | 15,232.29 |
| ☑ | 09/24 | 09/24 | Check Image Check #1289 | 200.93 |

10921

07  151001  PAGE  0002 OF 00006

COLR1238 8110 5000 405

**Commercial Analysis Checking** xxxx2508 $35,604.59                                    Continued

### Withdrawal Activity

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|

📄 **PAPER**

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| ☐ | 09/24 | 09/24 | Check Image Check #1290 | 250.00 |
| ☐ | 09/24 | 09/24 | Check Image Check #1291 | 235.00 |
| ☐ | 09/24 | 09/24 | Check Image Check #1292 | 55.00 |
| ☐ | 09/26 | 09/26 | Check Image Check #1293 | 766.49 |
| ☐ | 09/30 | 09/30 | Check Image Check #1280 | 321.00 |
| ☐ | 09/30 | 09/30 | Check Image Check #1294 | 201.75 |
| ☐ | 09/30 | 09/30 | Check Image Check #1296 | 380.78 |
| ☐ | 09/30 | 09/30 | Check Image Check #1299 | 55.00 |
| ☐ | 09/30 | 09/30 | Check Image Check #1300 | 25.00 |
|   |       |       | **Total Paper Withdrawals** | **$30,621.52** |

### Balancing Checklist ✓

| ✓ | Check # | Date | Amount | ✓ | Check # | Date | Amount | ✓ | Check # | Date | Amount |
|---|---------|------|--------|---|---------|------|--------|---|---------|------|--------|
| ☐ | 1255 | 09/05 | 321.00 | ☐ | 1262 | 09/10 | 810.00 | ☐ | 1270 | 09/04 | 357.98 |
| ☐ | 1271 | 09/03 | 190.46 | ☐ | 1272 | 09/04 | 179.76 | ☐ | 1273 | 09/03 | 108.58 |
| ☐ | 1274 | 09/10 | 55.00 | ☐ | 1275 | 09/17 | 1,388.07 | ☐ | 1276 | 09/18 | 316.00 |
| ☐ | 1277 | 09/17 | 147.02 | ☐ | 1278 | 09/15 | 200.95 | ☐ | 1280 | 09/30 | 321.00 |
| ☐ | 1281 | 09/17 | 3,300.00 | ☐ | 1282 | 09/17 | 4,800.00 | ☐ | 1283 | 09/24 | 293.50 |
| ☐ | 1285 | 09/28 | 144.46 | ☐ | 1286 | 09/23 | 181.16 | ☐ | 1287 | 09/24 | 104.35 |
| ☐ | 1288 | 09/24 | 15,232.29 | ☐ | 1289 | 09/24 | 200.93 | ☐ | 1290 | 09/24 | 250.00 |
| ☐ | 1291 | 09/24 | 235.00 | ☐ | 1292 | 09/24 | 55.00 | ☐ | 1293 | 09/26 | 766.49 |
| ☐ | 1294 | 09/30 | 201.75 | ☐ | 1296 | 09/30 | 380.78 | ☐ | 1299 | 09/30 | 55.00 |
| ☐ | 1300 | 09/30 | 25.00 |   |      |       |        |   |      |       |        |

# TRUCKLOADS OF SAVINGS

VEHICLE LOANS FROM

# 3.25 *APR %

*Promotional rates are available on model years 2008 and newer with a credit score of at least 680 and a minimum loan amount of $5,000. 3.25% annual percentage rate is based on a $20,000 loan amount with auto-debit from a Platte Valley State Bank account. Other rates and terms available. Approval and terms subject to credit qualifications. Some limitations apply.

END OF STATEMENT

## CONTACT INFORMATION
Telephone us at: (308) 234-2424 or (800) 967-2464
Write us at: Platte Valley State Bank
2223 2nd Ave.
PO Box 430
Kearney, NE 68848

## INQUIRIES ABOUT YOUR DIRECT DEPOSIT
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

## HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE
Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding any new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This "balance subject to interest rate" can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge.

## THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT
If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) *Account Information:* Your name and account number, (2) *Dollar amount:* The dollar amount of the suspected error, and (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

## PAYMENT REQUIREMENTS
*PAYMENTS MADE IN PERSON OR BY MAIL:* Payments are generally credited as of the date received if the payment is (1) received by us during normal branch hours and, if by mail, at the payment address listed on the payment coupon, (2) paid with one check or one money order drawn in United States Dollars on a bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type) and, (4) if by mail, sent in the enclosed return envelope (without any other outer envelope). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payments made in person on that date and payments received by mail by the next business day will be treated as on-time.

Credit Amount $331.00 On 9/3/2013

Credit Amount $1,008.96 On 9/3/2013

Credit Amount $1,070.04 On 9/3/2013

Credit Amount $2,143.31 On 9/3/2013

Credit Amount $2,591.51 On 9/3/2013

Credit Amount $649.49 On 9/5/2013

Credit Amount $2,267.90 On 9/5/2013

Credit Amount $743.95 On 9/6/2013

Credit Amount $957.75 On 9/9/2013

Credit Amount $870.98 On 9/10/2013

Credit Amount $1,364.25 On 9/10/2013

Credit Amount $3,966.60 On 9/10/2013

Credit Amount $582.08 On 9/11/2013



Credit Amount $690.15 On 9/12/2013



Credit Amount $1,098.89 On 9/13/2013



Credit Amount $823.90 On 9/16/2013



Credit Amount $12.00 On 9/17/2013



Credit Amount $842.09 On 9/17/2013



Credit Amount $1,090.33 On 9/17/2013



Credit Amount $1,575.24 On 9/17/2013



Credit Amount $714.18 On 9/18/2013



Credit Amount $744.97 On 9/19/2013



Credit Amount $1,217.68 On 9/20/2013



Credit Amount $1,394.00 On 9/23/2013

Credit Amount $1,399.91 On 9/24/2013

Credit Amount $1,476.25 On 9/24/2013

Credit Amount $1,607.14 On 9/24/2013

Credit Amount $709.34 On 9/25/2013

Credit Amount $494.01 On 9/26/2013

Credit Amount $916.79 On 9/27/2013

Credit Amount $981.19 On 9/30/2013

Credit Amount $996.10 On 9/30/2013

Credit Amount $1,263.62 On 9/30/2013

Credit Amount $1,416.73 On 9/30/2013

Check 1255, Amount $321.00 On 9/5/2013

Check 1262, Amount $810.00 On 9/10/2013

Check 1270, Amount $357.98 On 9/4/2013


Check 1271, Amount $190.46 On 9/3/2013


Check 1272, Amount $179.76 On 9/4/2013


Check 1273, Amount $108.58 On 9/3/2013


Check 1274, Amount $55.00 On 9/10/2013


Check 1275, Amount $1,388.07 On 9/17/2013


Check 1276, Amount $316.00 On 9/18/2013


Check 1277, Amount $147.02 On 9/17/2013


Check 1278, Amount $200.95 On 9/16/2013


Check 1280, Amount $321.00 On 9/30/2013


Check 1281, Amount $3,300.00 On 9/17/2013


Check 1282, Amount $4,800.00 On 9/17/2013

Check 1283, Amount $293.50 On 9/24/2013



Check 1285, Amount $144.46 On 9/23/2013

Check 1286, Amount $181.15 On 9/23/2013



Check 1287, Amount $104.35 On 9/24/2013

Check 1288, Amount $15,232.29 On 9/24/2013

Check 1289, Amount $200.93 On 9/24/2013

Check 1290, Amount $250.00 On 9/24/2013

Check 1291, Amount $235.00 On 9/24/2013



Check 1292, Amount $55.00 On 9/24/2013

Check 1293, Amount $766.49 On 9/26/2013



Check 1294, Amount $201.75 On 9/30/2013

Check 1296, Amount $380.78 On 9/30/2013



Check 1299, Amount $55.00 On 9/30/2013

Check 1300, Amount $25.00 On 9/30/2013