IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | BK Case No. 13-40411 |
| **The Great Platte River Road Memorial Foundation,** | Chapter 11 |
| Debtor(s). | |

## WITHDRAWAL OF CLAIM

COMES NOW the Commissioner of Labor for the State of Nebraska, by and through its attorneys of record, and notifies the Court that this debtor has satisfied its Claim No. 6 for $500.00 for elevator inspection fees, filed against this debtor on March 28, 2013.

DATED: October 24, 2013.

        COMMISSIONER OF LABOR

        STATE OF NEBRASKA

        By:  s/ *Thomas A. Ukinski*
        JOHN H. ALBIN (#15900)
        THOMAS A. UKINSKI (#18419)
        KATIE S. BALTENSPERGER (#24378)
        P.O. Box 94600
        550 South 16th Street
        Lincoln, NE  68509-4600
        Telephone:  (402) 471-9912
        Facsimile:  (402) 471-9917
        *john.albin@nebraska.gov*
        *thomas.ukinski@nebraska.gov*
        *katie.baltensperger@nebraska.gov*

## CERTIFICATE OF SERVICE

  I CERTIFY that, on the date set forth below, I electronically filed the foregoing Withdrawal Of Claim with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

- Eric J. Adams eadams@bairdholm.com, lzeno@bairdholm.com
- Patricia Fahey ustpregion13.om.ecf@usdoj.gov
- Robert M. Gonderinger rgonderinger@crokerlaw.com, mbothwell@crokerlaw.com;ssnook@crokerlaw.com
- Andrew W. Hoffmeister ahoffmeister@buffalocounty.ne.gov
- Jerry L. Jensen Jerry.L.Jensen@usdoj.gov, jerry.l.jensen@cox.net;susan.bylinski@usdoj.gov
- David J. Skalka dskalka@crokerlaw.com, jfox@crokerlaw.com;mbothwell@crokerlaw.com
- Thomas A. Ukinski thomas.ukinski@nebraska.gov, john.albin@nebraska.gov;ndol.legal@nebraska.gov,katie.baltensperger@nebraska.gov
- T. Randall Wright rwright@bairdholm.com, acaniglia@bairdholm.com;ecf-bankruptcy@bairdholm.com

and, I further certify that on the same date I mailed by United States Postal Service, postage prepaid, this document to the parties that require manual noticing/service.

  No manual recipients

  Dated: October 24, 2013.

             By: s/ *Thomas A. Ukinski*
             JOHN H. ALBIN (#15900)
             THOMAS A. UKINSKI (#18419)
             KATIE S. BALTENSPERGER (#24378)