# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 13-40411 TLS |
| THE GREAT PLATTE RIVER ROAD MEMORIAL FOUNDATION, LLC | CHAPTER 11 |
| Debtor. | **MOTION FOR ORDER ENTERING FINAL DECREE** |
| | **AND NOTICE OF RESISTANCE DEADLINE** |

DEBTOR herein, The Great Platte River Road Memorial Foundation, LLC, respectfully requests that the court enter a final decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §350(a), closing the case.

In support of this Motion, Debtor shows the court that its Plan of Reorganization (the "Plan") was confirmed pursuant to an order of this court dated September 18, 2013. Under the Plan, the Debtor committed to pay $50,000 to Class I creditors (the bondholders) and $50,000 to Class II creditors (unsecured creditors), and to pay certain priority and administrative claims. It has timely made those payments. It continues to make other payments called for under the Plan. There are no unresolved adversary proceedings or motions in the case. The Debtor believes that although the Debtor remains obligated on certain plan obligations, the case is nevertheless fully administered within the meaning of 11 U.S.C. §350(a).

Therefore it is necessary and appropriate that the court enter a final decree closing the case.

WHEREFORE, Debtor requests that the court enter a final decree closing this case.

Dated this 24th day of December, 2013.

        The Great Platte River Road Memorial
        Foundation, LLC, Debtor

        By:  s/T. Randall Wright
              T. Randall Wright (#16398)
      of  BAIRD HOLM LLP
           1500 Woodmen Tower
           1700 Farnam St
           Omaha, Nebraska  68102-2068
           Telephone: 402-344-0500
           Facsimile:   402-231-8556
           rwright@bairdholm.com

## NOTICE OF OBJECTION/RESISTANCE DEADLINE

TO ALL PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that the last day to object to or resist the foregoing Motion filed by Baird Holm LLP, attorneys for the Debtor, is January 15, 2014. If a timely resistance or request for hearing is filed and served, the Clerk shall schedule a hearing. If the resistance period expires without the filing of any resistance or request for hearing, the Court will consider entering an order granting the Application without further notice or hearing.

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Patricia Fahey
ustpregion13.om.ecf@usdoj.gov

Jerry L. Jensen
Jerry.L.Jensen@usdoj.gov

Robert M. Gonderinger
rgonderinger@crokerlaw.com

David J. Skalka
dskalka@crokerlaw.com

Thomas A. Ukinski
thomas.ukinski@nebraska.gov

and I hereby do certify that I have mailed the filing by United States Postal Service, to the non-CM/ECF participants on the attached list.

By: s/ T. Randall Wright

DOCS/1230093.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0867-4<br>Case 13-40411-TLS<br>District of Nebraska<br>Lincoln Office<br>Mon Dec 23 16:37:59 CST 2013 | Buffalo County, Nebraska<br>1512 Central Ave<br>PO Box 1270<br>Kearney, NE 68848-1270 | Nebraska Department of Labor, Catherine D. L<br>Office of Legal Counsel<br>550 South 16th Street, 1st Floor<br>Lincoln, NE 68508-2601 |
| The Great Platte River Road Memorial Foundat<br>3060 E 1 Street<br>Kearney, NE 68847-0462 | AAA Party & Event Rentals<br>112 E 6 St<br>Kearney, NE 68847-7480 | AmSan<br>13924 Collection Center Dr<br>Chicago, IL 60693-0139 |
| Antelope Press<br>410 Monte Vista Ave<br>Mill Valley, CA 94941-5081 | Assurant Health<br>PO Box 790293<br>St. Louis, MO 63179-0293 | Behr Creations<br>55230 836th Rd<br>Norfolk, NE 68701-1226 |
| Benjamin's Landscaping<br>PO Box 558<br>Holdrege, NE 68949-0558 | Buffalo County Sheriff's Office<br>Alarm Service Billing<br>PO Box 2228<br>Kearney, NE 68848-2228 | Buffalo County Treasurer<br>Jean A Sidwell<br>PO Box 1270<br>Kearney, NE 68848-1270 |
| Builders<br>PO Box 1895<br>Kearney, NE 68848-1895 | Carla Voss<br>Seven Pines Creations<br>902 Furnas Ave<br>Cambridge, NE 69022-3567 | Carrot-Top Industries, Inc.<br>PO Box 820<br>Hillsborough, NC 27278-0820 |
| Cedar Ridge Emu Products<br>PO Box 132<br>Hadar, NE 68738-0132 | Centralized Insolvency Operations<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Charlotte Endorf<br>710 S 13 St Ste. 900<br>PLM 146<br>Norfolk, NE 68701-5606 |
| Chubb & Son<br>PO Box 382001<br>Pittsburgh, PA 15250-8001 | City of Kearney<br>Utilities Department<br>PO Box 1180<br>Kearney, NE 68848-1180 | Cline Williams Law Firm<br>233 S 13 St<br>1900 US Bank Building<br>Lincoln, NE 68508-0000 |
| Comfy Bowl Inc<br>Portable Rest Rooms<br>PO Box 274<br>Gibbon, NE 68840-0274 | CornCoctions<br>17901 W Cedarview Rd<br>Wood River, NE 68883-9351 | Culligan of Kearney<br>211 W 19 St<br>Kearney, NE 68845-5950 |
| D Jean Smith<br>74460 Road 395<br>Curtis, NE 69025-6118 | Deluxe for Business<br>PO Box 742572<br>Cincinnati, OH 45274-2572 | Diamond H Ceramics<br>501 E 30 St<br>So. Sioux City NE 68776-3342 |
| Diamond Willow Nebraska<br>2522 16th St<br>Columbus, NE 68601-4302 | Eakes Office Plus<br>PO Box 2098<br>Grand Island, NE 68802-2098 | First National Bank of Omaha<br>Attn: Fee Desk<br>1620 Dodge St  Stop 1060<br>Omaha, NE 68197-0002 |

| | | |
|---|---|---|
| (p)FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN STREET<br>MIDDLETOWN NY 10940-4918 | Gary Girard Studios<br>PO Box 11<br>Cambridge, NE 69022-0011 | Gerald's Handcrafted Leather<br>72440 L Rd<br>Holdrege, NE 68949-3430 |
| Great Plains Sound & Technology, LLC<br>PO Box 14759<br>Augusta, GA 30919-0759 | Heirloom Treasures<br>85463 563 Ave<br>Winside, NE 68790-5090 | High Plains Wheat Weaver<br>Box 383<br>Potter, NE 69156-0383 |
| Ims Countryside Painting<br>61490 Highway 136<br>Tecumseh, NE 68456-0000 | Ink Crazies<br>503 W 35<br>Kearney, NE 68845-2848 | Intellicom<br>PO Box 2672<br>Kearney, NE 68848-2672 |
| Interline Brands, Inc. dba Amsan<br>Interline Brands, Inc.-Bankruptcy<br>801 West Bay Street<br>Jacksonville, FL 32204-1605 | Joanie Klein<br>1407 8th Ave<br>Kearney, NE 68845-6636 | John Deere Financial<br>PO Box 4450<br>Carol Stream, IL 60197-4450 |
| Julie Rogers<br>PO Box 152<br>Glendale, UT 84729-0152 | K and K Parts Co Inc<br>Box 1986<br>Kearney, NE 68848-1986 | KD Designs<br>3500 Pela Verde Cir<br>Lincoln, NE 68516-5760 |
| Kearney Hub<br>PO Box 1988<br>Kearney, NE 68848-1988 | Kerri Garrison<br>2819 W 44 St<br>Kearney, NE 68845-1214 | Mary George<br>5507 Avenue I<br>Kearney, NE 68847-8467 |
| Mary Jane Rerucha<br>317 Rd 7<br>Schuyler, NE 68661-7109 | Mary Rose Pinkelman<br>56893 889 Rd<br>Wynot, NE 68792-2046 | McDermott & Miller, PC<br>2722 South Locust Street<br>Grand Island, NE 68801-8230 |
| McDermott and Miller PC<br>PO Box 1120<br>Kearney, NE 68848-1120 | Miller Signs<br>2520 Ave Q  Unit C<br>Kearney, NE 68847-4755 | Morris Press<br>PO Box 2110<br>Kearney, NE 68848-2110 |
| Nebraska Department of Labor<br>Office of Legal Counsel<br>550 S. 16th St., 1st Fl., PO Box 94600<br>Lincoln, NE  68509-4600 | Nebraska Life<br>PO Box 819<br>Norfolk, NE 68702-0819 | Nebraska Office of Elevator Safety Standards<br>5723 F St<br>Omaha NE 68117-2822 |
| Nebraska Public Power District<br>P.O. Box 499<br>Columbus, NE  68602-0499 | Nebraska Public Power District<br>PO Box 2860<br>Omaha, NE 68103-2860 | Nora Erickson<br>5410 17th Ave  Apt 241<br>Kearney, NE 68845-8309 |

Northwest Electric, LLC
3980 Imperial Ave
Kearney, NE 68847-5681

Northwestern Energy
PO Box 1318
Huron, SD 57350-1318

O'Keefe Elevator Company Inc
1402 Jones St
Omaha, NE 68102-3236

OCTA
Attn: Kathy Conway
524 S Osage St
Independence, MO 64050-3824

PEP Co, Inc.
6970 W Hwy 30
Kearney, NE 68845-1689

Paramount Linen and Uniform
PO Box 30409
Lincoln, NE 68503-0409

Platte Valley Communications of Kearney
PO Box 505
Kearney, NE 68848-0505

Platte Valley State Bank & Trust Company
Attn: Trust Department
2223 2nd Ave.
Kearney, NE 68847-5314

Principal Life
Group Grand Island
PO Box 14513
Des Moines, IA 50306-3513

Rasmussen Mechanical Services
2425 E 4 St
Sioux City, IA 51101-2219

Rosemary's Porcelain Art
599 266th Rd
Milford, NE 68405-8765

Shapeshifter Designs
1649 N 29 St
Lincoln, NE 68503-1508

Shepherd's Dairy 4 Ewe
81051 Anselmo Rd
Anselmo, NE 68813-7808

Sheryll Hickman Art
4008 G Ave
Kearney, NE 68847-2671

Sign Center Inc
1806 Central Ave
Kearney, NE 68847-6026

Stagecoach
PO Box 704
Kearney, NE 68848-0704

State of Nebraska
Department of Revenue
Attn: Bankruptcy Unit
PO Box 94818
Lincoln, NE 68509-4818

State of Nebraska
Department of Roads
PO Box 94759
Lincoln, NE 68509-4759

Steve Buttress
3930 71st Ave Pl
Kearney, NE 68845-0464

TW Enterprises
403 Teakwood Cir
Grand Island, NE 68803-3136

Taylor Made Clothing
14 23rd Rd
Emerson, NE 68733-3400

The Hartford
PO Box 660916
Dallas, TX 75266-0916

Tony's Snow Service
3850 Dove Hill Ave
Kearney, NE 68845-0405

Tractor Supply Credit Plan
Dept 30   1102789573
PO Box 689020
Des Moines, IA 50368-9020

Tyco Integrated Security LLC
PO Box 371967
Pittsburgh, PA 15250-7967

United States Trustee
111 S 18 Plaza, Ste 1148
Omaha, NE 68102-1321

UnitedHealthcare Insurance Company
Dept CH 10151
Palatine, IL 60055-0151

Warren-T Plumbing Services
1400 W 22 St  Ste A
Kearney, NE 68845-5385

Wells Fargo Bank
Special Accounts Group
MAC N9303-110
Sixth St and Marquette Ave
Minneapolis, MN 55479-0001

Wells Fargo Bank NA, as Indenture Bond Trust
c/o Robert M. Gonderinger
Croker Huck Kasher DeWitt Anderson & Gon
2120 South 72nd Street, Suite 1200
Omaha, NE 68124-2366

Wiegand Security Service
PO Box 1476
Kearney, NE 68848-1476

Wilcox Wood Art
36486 Rd 723
Palisade, NE 69040-6125

Wilke True Value
PO Box 518
Kearney, NE 68848-0518

Woodworks From The Barn
51241 866th Rd
Orchard, NE 68764-5017

Yanda's Music and Pro Audio
PO Box 8
Kearney, NE 68848-0008

Robert M. Gonderinger +
CROKER, HUCK LAW FIRM
2120 South 72nd Street
Suite 1200
Omaha, NE 68124-2366

T. Randall Wright +
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102-2068

Jerry L. Jensen +
US Trustee's Office
111 So 18th Plaza
Suite 1148
Omaha, NE 68102-1321

Andrew W. Hoffmeister +
Buffalo County Attorney's Office
PO Box 67
Kearney, NE 68848-0067

Patricia Fahey +
U.S. Trustee's Office
111 So 18th Plz
Suite 1148
Omaha, NE 68102-1321

Thomas A. Ukinski +
Nebraska Department of Labor
P O Box 94600
Lincoln, NE 68509-4600

David J. Skalka +
Croker Huck Kasher DeWitt
2120 S. 72nd Street
Suite 1250
Omaha, NE 68124-2359

Eric J. Adams +
Baird Holm, LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102-2068

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Frontier
PO Box 20550
Rochester, NY 14602-0550

(d)Frontier Communications
Bankruptcy Dept
19 John St
Middletown, NY 10940

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, National Association

End of Label Matrix
Mailable recipients    102
Bypassed recipients      1
Total                  103