**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

IN THE MATTER OF:

The Great Platte River Road Memorial Foundation      CASE NO. 13-40411
           Debtor.                                                 CHAPTER

                                                                                     **SCHEDULE C**

Information required to close case:

<u>45</u>% Dividend paid/to be paid under Plan.

___ Check if future payments are contemplated under Plan but percentage dividend is not determined.

**TOTAL RECEIPTS AND DISTRIBUTIONS**
| | |
|---|---|
| 1. Gross Receipts | $149,000 |
|    Total Disbursements | $147,835 |
| **Balance of Estate Funds** | $1,165 |

**ADMINISTRATIVE FEES AND EXPENSES:**
| | |
|---|---|
| 2. Trustee's Compensation | $ |
| 3. Fee for Attorney for Debtor | $34,025 |
| 4. Total Other Professional Fees and all other expenses | $ |
|    a. Accountant's fees | $ |
|    b. Auctioneer's fees | $ |
|    c. Appraiser's fees | $ |
|    d. Attorney for Debtor | $ |
|       Creditor's Committee | $ |
|       Other (name) | $ |
|    e. Other (list) | $ |
|       Globic (Bond Communications) | $6,660 |
| **Total Costs of Administration** | $40,685 |

**DISTRIBUTIONS**
| | |
|---|---|
| 5. Secured Creditors | $50,000 |
| 6. Priority Creditors | $7,150 |
| 7. Unsecured Creditors | $50,000 |
| 8. Equity Security Holders | $ |
| 9. Other Distributions (including payments to debtor) | $ |
| **Total Distributions** | $107,150 |

Dated this 17th day of January, 2014

By: _____
T. Randall Wright (NE# 16398)
of   BAIRD HOLM LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
Phone: 402-344-0500

DOCS/1235738.1