CASE NAME: Great Platte River Road M
CASE NUMBER: 13-40411

MONTHLY OPERATING REPORTS
COMPARATIVE BALANCE SHEETS

| ASSETS | PETITION DATE MAR 6, 2013 | MONTH ENDING MAR 31, 2013 | MONTH ENDING APR 30, 2013 | MONTH ENDING MAY 31, 2013 | MONTH ENDING JUN 30, 2013 | MONTH ENDING JUL 31, 2013 | MONTH ENDING AUG 31, 2013 | MONTH ENDING SEP 30, 2013 | MONTH ENDING OCT 31, 2013 | MONTH ENDING NOV 30, 2013 | MONTH ENDING DEC 31, 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | | |
| Cash | 5,299.33 | 37,216.71 | 30,491.45 | 29,312.36 | 36,748.81 | 56,124.74 | 36,131.13 | 38,493.00 | 65,550.09 | 46,284.75 | 85,967.89 |
| Accounts Receivable, Net (Sched. | - | - | 385.20 | 385.20 | 117.70 | 117.70 | 117.70 | 117.70 | - | - | |
| Inventory, At Lower Of Cost Or Mar | 3,213.27 | 3,017.19 | 2,885.12 | 2,544.59 | 2,265.97 | 2,261.98 | 2,261.98 | 2,261.98 | 2,261.98 | 2,261.98 | 2,261.98 |
| Prepaid Expenses | 36,845.00 | 24,183.20 | 11,456.86 | 11,456.86 | 951.00 | 1,001.67 | 1,021.34 | 1,047.67 | 1,047.67 | 1,047.67 | 1,047.67 |
| Other | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Assets | 45,357.60 | 64,417.10 | 45,218.63 | 43,699.01 | 40,083.48 | 59,506.09 | 39,532.15 | 41,920.35 | 68,859.74 | 49,594.40 | 89,277.54 |
| **PROPERTY, PLANT & EQUIPMENT** | 46,391,891.50 | 46,391,891.50 | 46,391,891.50 | 46,391,891.50 | 46,391,891.50 | 46,391,891.50 | 46,391,891.50 | 46,391,891.50 | 46,391,891.50 | 46,391,891.50 | 46,391,891.50 |
| Less Accumulated Depreciation | 21,491,921.50 | 21,738,664.39 | 21,820,912.02 | 21,903,159.65 | 21,985,407.28 | 22,067,654.91 | 22,149,902.54 | 22,232,150.17 | 22,314,397.80 | 22,396,645.43 | 22,478,893.14 |
| Net Property | 24,899,970.00 | 24,653,227.11 | 24,570,979.48 | 24,488,731.85 | 24,406,484.22 | 24,324,236.59 | 24,241,988.96 | 24,159,741.33 | 24,077,493.70 | 23,995,246.07 | 23,912,998.36 |
| **OTHER ASSETS** | | | | | | | | | | | |
| DOR Escrow | 86,068.38 | 86,074.29 | 86,079.18 | 86,079.18 | 86,054.80 | 86,056.22 | 86,057.33 | 86,058.17 | 86,059.75 | 86,060.74 | 86,061.89 |
| Trademark | 295,164.50 | 295,164.50 | 295,164.50 | 295,164.50 | 295,164.50 | 295,164.50 | 295,164.50 | 295,164.50 | 295,164.50 | 295,164.50 | 295,164.50 |
| Total Other Assets | 381,232.88 | 381,238.79 | 381,243.68 | 381,243.68 | 381,219.30 | 381,220.72 | 381,221.83 | 381,222.67 | 381,224.25 | 381,225.24 | 381,226.39 |
| **TOTAL ASSETS** | 25,326,560.48 | 25,098,883.00 | 24,997,441.79 | 24,913,674.54 | 24,827,787.00 | 24,764,963.40 | 24,662,742.94 | 24,582,884.35 | 24,527,577.69 | 24,426,065.71 | 24,383,502.29 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF 30 PAGES
ARE TRUE AND CORRECT.

Date Submitted 1/21/14    Signed _Sharmond Loeffler_

Sharmond Loeffler
(Printed name of signatory)

CASE NAME:  Great Platte River Road M

CASE NUMBER:  13-40411

MONTHLY OPERATING REPORTS

COMPARATIVE BALANCE SHEETS

| LIABILITIES & STOCKHOLDERS' EQUIT | PETITION DATE MAR 6, 2013 | MONTH ENDING MAR 31, 2013 | MONTH ENDING APR 30, 2013 | MONTH ENDING MAY 31, 2013 | MONTH ENDING JUN 30, 2013 | MONTH ENDING JUL 31, 2013 | MONTH ENDING AUG 31, 2013 | MONTH ENDING SEP 30, 2013 | MONTH ENDING OCT 31, 2013 | MONTH ENDING NOV 30, 2013 | MONTH ENDING DEC 31, 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | |
| Post Petition Liabilities (Sched. C) | $ - | $ 10,283.13 | $ 6,330.51 | $ 8,969.19 | $ 8,587.53 | $ 10,698.00 | $ 10,698.00 | $ 5,511.70 | $ 8,596.62 | $ 12,894.66 | $ - |
| | | | | | | | | | | | |
| Pre-Petition Liabilities | | | | | | | | | | | |
| Notes Payable - Secured | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 | $ 19,950,000.00 | $ 19,950,000.00 |
| Priority Debt | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 8,609.21 | $ 7,555.87 | $ 1,554.01 | 1,554.01 |
| Unsecured Debt | $ 108,856.31 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 109,062.49 | $ 59,060.54 | 59,060.54 |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Total Pre Petition Liabilities | $ 20,117,465.52 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,117,671.70 | $ 20,116,618.36 | $ 20,010,614.55 | 20,010,614.55 |
| | | | | | | | | | | | |
| Total Liabilities | $ 20,117,465.52 | $ 20,127,954.83 | $ 20,124,002.21 | $ 20,126,640.89 | $ 20,126,259.23 | $ 20,128,369.70 | $ 20,128,369.70 | $ 20,123,183.40 | $ 20,125,214.98 | $ 20,023,509.21 | 20,010,614.55 |
| **STOCKHOLDERS' EQUITY** | | | | | | | | | | | |
| Preferred Stock | $ - | $ - | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Common Stock | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Paid-In Capital | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Retained Earnings | | | | | | | | | | | |
| Through Filing Date | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Post Filing Date | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | $ - |
| Total Stockholders' Equity | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | $ - |
| **TOTAL LIABILITIES & STOCKHOLDERS' EQUITY** | $ 20,117,465.52 | $ 20,127,954.83 | $ 20,124,002.21 | $ 20,126,640.89 | $ 20,126,259.23 | $ 20,128,369.70 | $ 20,128,369.70 | $ 20,123,183.40 | $ 20,125,214.98 | 20,023,509.21 | 20,010,614.55 |

CASE NAME: Great Platte River Roc
CASE NUMBER: 13-40411

## STATEMENT OF INCOME (LOSS)

| | MONTH ENDING MAR 31, 2013 | MONTH ENDING APR 30, 2013 | MONTH ENDING MAY 31, 2013 | MONTH ENDING JUN 30, 2013 | MONTH ENDING JUL 31, 2013 | MONTH ENDING AUG 31, 2013 | MONTH ENDING SEP 30, 2013 | MONTH ENDING OCT 31, 2013 | MONTH ENDING NOV 30, 2013 | MONTH ENDING DEC 31, 2013 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NET REVENUE (INCOME) | 101,300.23 | 41,164.72 | 52,719.53 | 87,929.57 | 106,594.09 | 82,906.86 | 60,546.16 | 174,067.88 | 68,286.64 | 96,443.77 | 871,959.45 |
| **COST OF GOOD SOLD** | | | | | | | | | | | |
| Materials | 1,888.13 | 1,313.19 | 2,965.71 | 2,083.25 | - | - | - | - | - | - | |
| Labor - Direct | - | - | - | - | - | - | - | - | - | - | 8,250.28 |
| Manufacturing Overhead | - | - | - | - | - | - | - | - | - | - | - |
| Total Cost of Goods Sold | 1,888.13 | 1,313.19 | 2,965.71 | 2,083.25 | - | - | - | - | - | - | 8,250.28 |
| GROSS PROFIT | 99,412.10 | 39,851.53 | 49,753.82 | 85,846.32 | 106,594.09 | 82,906.86 | 60,546.16 | 174,067.88 | 68,286.64 | 96,443.77 | 863,709.17 |
| **OPERATING EXPENSES** | | | | | | | | | | | |
| Selling & Marketing | 184.00 | 55.00 | 288.96 | - | 1,590.00 | 338.48 | 636.21 | 435.94 | 702.61 | 352.00 | 4,583.20 |
| Executive & Mgmt. Salaries | 15,396.80 | 9,843.58 | 9,849.54 | 9,849.54 | 13,046.26 | 11,952.85 | 7,591.10 | 6,524.10 | 6,524.10 | 6,524.10 | 97,101.97 |
| Office & Other Salaries | 6,578.51 | 6,463.74 | 7,932.09 | 12,747.43 | 13,301.98 | 19,005.04 | 7,507.34 | 4,690.22 | 3,017.49 | 3,131.57 | 84,375.41 |
| Rent | - | - | - | - | - | - | - | - | - | - | - |
| Other (Attach Schedule) | 57,096.10 | 26,436.93 | 35,781.29 | 56,642.64 | 62,118.45 | 68,332.71 | 43,644.98 | 120,771.81 | 78,872.45 | 28,665.91 | 578,363.27 |
| Total Operating Expenses | 79,255.41 | 42,799.25 | 53,851.88 | 79,239.61 | 90,056.69 | 99,629.08 | 59,379.63 | 132,422.07 | 89,116.65 | 38,673.58 | 764,423.85 |
| **OTHER EXPENSES** | | | | | | | | | | | |
| Quarterly Fees | - | 325.00 | - | - | 1,626.10 | 648.90 | - | - | - | - | 2,600.00 |
| Depreciation | 82,247.63 | 82,247.63 | 82,247.63 | 82,247.63 | 82,247.63 | 82,247.63 | 82,247.63 | 82,247.63 | 82,247.63 | 82,247.71 | 822,476.38 |
| Interest | - | - | - | - | - | - | - | - | - | - | - |
| Attorney's Fees | - | - | - | - | - | - | - | - | - | - | - |
| Other Professional Fees | - | - | - | - | - | - | - | 16,000.00 | - | 18,024.79 | 34,024.79 |
| Total Other Expenses | 82,247.63 | - | - | - | - | - | - | - | - | - | 82,247.63 |
| Total Expenses | 161,503.04 | 42,799.25 | 53,851.88 | 79,239.61 | 90,056.69 | 99,629.08 | 59,379.63 | 132,422.07 | 89,116.65 | 38,673.58 | 846,671.48 |
| NET INCOME (LOSS) | (62,090.94) | (2,947.72) | (4,098.06) | 6,606.71 | 16,537.40 | (16,722.22) | 1,166.53 | 41,645.81 | (20,830.01) | 57,770.19 | 17,037.69 |

## Accounts Payable
as of December 31, 2013

| Creditor | Code | Description | Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| NE Dept of Revenue | 2201 | sales tax payment-bankruptcy | $ 92.63 | $ 92.63 | $ - |
| NE Department of Revenue | 2201 | sales tax - November | $ 1,339.01 | $ 1,339.01 | $ - |
| Mgmt Salaries | 6000 | payroll 12.6.13 | $ 3,262.05 | $ 3,262.05 | $ - |
| Other Wages | 6000 | payroll 12.6.13 | $ 1,605.62 | $ 1,605.62 | $ - |
| Mgmt Salaries | 6000 | payroll 12.20.13 | $ 3,262.05 | $ 3,262.05 | $ - |
| Other Wages | 6000 | payroll 12.20.13 | $ 1,525.95 | $ 1,525.95 | $ - |
| IRS | 6100 | payroll taxes 12.6.13 | $ 1,660.91 | $ 1,660.91 | $ - |
| NE Department of Revenue | 6100 | payroll taxes 12.6.13 | $ 168.28 | $ 168.28 | $ - |
| IRS | 6100 | payroll taxes 12.20.13 | $ 1,648.34 | $ 1,648.34 | $ - |
| NE Dept of Revenue | 6100 | payroll taxes 12.20.13 | $ 169.52 | $ 169.52 | $ - |
| Wiegand Security | 6106 | banking services | $ 160.50 | $ 160.50 | $ - |
| Kearney Area Chamber of Commerce | 6109 | dues | $ 297.00 | $ 297.00 | $ - |
| Intellicom | 6114 | website | $ 55.00 | $ 55.00 | $ - |
| PEP | 6170 | pest control | $ 181.15 | $ 181.15 | $ - |
| O'Keefe Elevator Co | 6190 | maintenance | $ 932.22 | $ 932.22 | $ - |
| Nebraska Public Power District | 6210 | utilities - electric | $ 7,835.66 | $ 7,835.66 | $ - |
| City of Kearney | 6220 | utilities - water/sewer | $ 386.05 | $ 386.05 | $ - |
| Northwestern | 6230 | utilities - gas | $ 1,517.49 | $ 1,517.49 | $ - |
| D & S Lighting | 6260 | maintenance | $ 37.45 | $ 37.45 | $ - |
| Johnstone Supply | 6260 | maintenance | $ 191.96 | $ 191.96 | $ - |
| Kearney Centre Vacuum | 6260 | vacuum/shampooer | $ 797.15 | $ 797.15 | $ - |
| Frontier | 6330 | utilities - phone | $ 593.27 | $ 593.27 | $ - |
| Pizza Hut | 6350 | cleaning crew food | $ 87.31 | $ 87.31 | $ - |
| McDermott & Miller | 6410 | payroll processing | $ 35.00 | $ 35.00 | $ - |
| McDermott & Miller | 6410 | payroll processing | $ 35.00 | $ 35.00 | $ - |
| American Express | 6430 | merchant service fees | $ 11.48 | $ 11.48 | $ - |
| TSYS Merchant Services | 6430 | merchant service fees | $ 304.28 | $ 304.28 | $ - |
| Postmaster | 6440 | stamps | $ 92.00 | $ 92.00 | $ - |
| Postmaster | 6440 | postage | $ 23.98 | $ 23.98 | $ - |
| Chubb | 6640 | insurance | $ 10,326.43 | $ 10,326.43 | $ - |
| Baird Holm | 6775 | C11 | $ 18,024.79 | $ 18,024.79 | $ - |
| Platte Valley State Bank | 6860 | bank fees | $ 5.00 | $ 5.00 | $ - |
| Platte Valley State Bank | 6860 | bank fees | $ 15.00 | $ 15.00 | $ - |
| Platte Valley State Bank | 6860 | bank fees | $ 18.84 | $ 18.84 | $ - |
| Cash-Wa | | custodial supplies | $ 479.15 | $ - | $ 479.15 |
| US Trustee | | qrtly fees | $ 2,925.00 | $ - | $ 2,925.00 |
| Johnstone Supply | | maintenance | $ 23.54 | $ - | $ 23.54 |
| Johnstone Supply | | maintenance | $ 11.77 | $ - | $ 11.77 |
| Builders | | maintenance | $ 25.66 | $ - | $ 25.66 |
| PEP | | pest control | $ 181.15 | $ - | $ 181.15 |
| NE Department of Revenue | | sales tax | $ 947.85 | $ - | $ 947.85 |
| | TOTAL | | $ 61,292.49 | $ 56,698.37 | $ 4,594.12 |

# INVENTORY

| | | AMOUNT |
|---|---|---|
| **BEGINNING INVENTORY:** | | |
| (Ending Inventory from last month's report | $ | 2,261.98 |

**Inventory Purchased during Month:**

| | Amount |
|---|---|
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |

**Inventory Sold/Used during Month:**

| | |
|---|---|
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |

**ENDING INVENTORY**                                       $    2,261.98

(should match Current Inventory on Balance Sheet)

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period:  December 1, 2013 to December 31, 2013

### CASH RECONCILIATION

| | | |
|---|---|---|
| Beginning Cash Balance (ending cash balance from last month's report) | | $ 46,698.35 |
| Cash Receipts from Cash Receipts Journal on next page) | $ 99,444.12 | |
| Cash Disbursements from Cash Disbursements Journal on next page) | $ 62,490.13 | |
| Net Cash Flow | | $ 36,953.99 |
| Ending Cash Balance | | $ 83,652.34 |

### CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---|---|
| Petty Cash | $ - | n/a |
| Regular Checking | $ 83,378.92 | Platte Valley State Bank |
| Tax Account | $ - | n/a |
| Other Checking Accounts | $ - | n/a |
| Interest-Bearing Deposits | $ 273.42 | Platte Valley State Bank |
| Short-Term Investments | $ - | n/a |
| TOTAL | $ 83,652.34 | |

(must agree with Ending Cash Balance)

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period:  December 1, 2013 to December 31, 2013

### CASH RECEIPTS JOURNAL

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 2-Dec-13 | credit cards - daily operation | $ 25.68 |
| 2-Dec-13 | credit cards - daily operation | $ 57.78 |
| 2-Dec-13 | credit cards - daily operation | $ 479.36 |
| 2-Dec-13 | credit cards - daily operation | $ 508.25 |
| 2-Dec-13 | cash - daily operation | $ 243.29 |
| 2-Dec-13 | cash - daily operation | $ 387.34 |
| 2-Dec-13 | cash - daily operation | $ 471.87 |
| 2-Dec-13 | cash - daily operation | $ 887.03 |
| 3-Dec-13 | credit cards - daily operation | $ 38.52 |
| 3-Dec-13 | credit cards - daily operation | $ 1,653.15 |
| 3-Dec-13 | cash - daily operation | $ 300.67 |
| 4-Dec-13 | credit cards - daily operation | $ 162.64 |
| 4-Dec-13 | cash - daily operation | $ 215.07 |
| 5-Dec-13 | credit cards - daily operation | $ 101.65 |
| 5-Dec-13 | credit cards - daily operation | $ 109.14 |
| 5-Dec-13 | cash - daily operation | $ 72.76 |
| 5-Dec-13 | cash - daily operation | $ 646.69 |
| 6-Dec-13 | credit cards - daily operation | $ 81.32 |
| 9-Dec-13 | credit cards - daily operation | $ 82.39 |
| 9-Dec-13 | credit cards - daily operation | $ 124.12 |
| 9-Dec-13 | cash - daily operation | $ 38.54 |
| 9-Dec-13 | cash - daily operation | $ 129.40 |
| 9-Dec-13 | cash - daily operation | $ 151.94 |
| 10-Dec-13 | credit cards - daily operation | $ 39.59 |
| 10-Dec-13 | cash - daily operation | $ 21.40 |
| 11-Dec-13 | credit cards - daily operation | $ 74.90 |
| 11-Dec-13 | refund | $ 10.65 |
| 11-Dec-13 | cash - daily operation | $ 92.02 |
| 12-Dec-13 | cash - daily operation | $ 56.06 |
| 12-Dec-13 | credit cards - daily operation | $ 21.40 |
| 13-Dec-13 | credit cards - daily operation | $ 118.40 |
| 13-Dec-13 | cash - daily operation | $ 65.64 |
| 13-Dec-13 | community support | $ 500.00 |
| 13-Dec-13 | community support | $ 1,000.00 |
| 16-Dec-13 | cash - daily operation | $ 64.25 |
| 16-Dec-13 | community support | $ 500.00 |
| 16-Dec-13 | refund | $ 1,714.19 |
| 16-Dec-13 | credit cards - daily operation | $ 47.08 |
| 16-Dec-13 | credit cards - daily operation | $ 139.10 |
| 17-Dec-13 | credit cards - daily operation | $ 344.54 |
| 17-Dec-13 | cash - daily operation | $ 47.08 |
| 17-Dec-13 | cash - daily operation | $ 117.63 |
| 17-Dec-13 | cash - daily operation | $ 287.83 |
| 17-Dec-13 | community support | $ 500.00 |
| 17-Dec-13 | community support | $ 75,000.00 |

| 18-Dec-13 | cash - daily operation | $ | 494.94 |
|---|---|---|---|
| 18-Dec-13 | credit cards - daily operation | $ | 49.22 |
| 19-Dec-13 | credit cards - daily operation | $ | 51.36 |
| 19-Dec-13 | cash - daily operation | $ | 192.60 |
| 19-Dec-13 | refund | $ | 2,087.20 |
| 20-Dec-13 | cash - daily operation | $ | 132.68 |
| 23-Dec-13 | cash - daily operation | $ | 160.50 |
| 23-Dec-13 | credit cards - daily operation | $ | 189.39 |
| 23-Dec-13 | credit cards - daily operation | $ | 299.60 |
| 23-Dec-13 | credit cards - daily operation | $ | 914.85 |
| 23-Dec-13 | cash - daily operation | $ | 25.68 |
| 23-Dec-13 | cash - daily operation | $ | 170.13 |
| 24-Dec-13 | credit cards - daily operation | $ | 811.06 |
| 26-Dec-13 | credit cards - daily operation | $ | 195.81 |
| 30-Dec-13 | credit cards - daily operation | $ | 660.19 |
| 30-Dec-13 | credit cards - daily operation | $ | 836.74 |
| 30-Dec-13 | cash - daily operation | $ | 172.50 |
| 30-Dec-13 | cash - daily operation | $ | 278.20 |
| 30-Dec-13 | cash - daily operation | $ | 442.98 |
| 30-Dec-13 | cash - daily operation | $ | 482.57 |
| 30-Dec-13 | cash - daily operation | $ | 494.34 |
| 30-Dec-13 | cash - daily operation | $ | 685.87 |
| 31-Dec-13 | interest | $ | 0.01 |
| 31-Dec-13 | credit cards - daily operation | $ | 1,885.34 |
| | Total Cash Receipts | $ | 99,444.12 |

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: December 1, 2013 to December 31, 2013

### CASH DISBURSEMENTS JOURNAL

| Date | Check # | Payee | Description (purpose) | Amount |
|------|---------|-------|----------------------|--------|
| 2-Dec-13 | 1420 | City of Kearney | utilities - water/sewer | $ 283.10 |
| 3-Dec-13 | 1336 | AAA Party & Event Rentals | settlement payment | $ 95.88 |
| 3-Dec-13 | 1337 | AmSan | settlement payment | $ 408.43 |
| 3-Dec-13 | 1344 | Cedar Ridge Emu Products | settlement payment | $ 29.42 |
| 3-Dec-13 | 1355 | Diamond H Ceramics | settlement payment | $ 20.63 |
| 3-Dec-13 | 1379 | Mary Rose Pinkelman | settlement payment | $ 26.46 |
| 3-Dec-13 | 1413 | Woodworks From the Barn | settlement payment | $ 16.98 |
| 3-Dec-13 | 1429 | McDermott & Miller | payroll processing | $ 35.00 |
| 3-Dec-13 | eft | TSYS Merchant Solutions | merchant service fee | $ 304.28 |
| 4-Dec-13 | eft | Platte Valley State Bank | payroll processing | $ 15.00 |
| 4-Dec-13 | 1422 | DOL/Office of Safety | inspection fee | $ 72.00 |
| 5-Dec-13 | 1426 | First National Bank of Omaha | bank fees | $ 262.50 |
| 6-Dec-13 | 1423 | PEP Co | pest control | $ 181.15 |
| 6-Dec-13 | 1431 | Johnstone Supply | maintenance | $ 191.96 |
| 6-Dec-13 | eft | Laura Fear | wages | $ 181.91 |
| 6-Dec-13 | eft | Ashton Jackson | wages | $ 120.51 |
| 6-Dec-13 | eft | Vivian Alexander | wages | $ 352.23 |
| 6-Dec-13 | eft | Sharmond Loeffler | wages | $ 1,278.00 |
| 6-Dec-13 | eft | Rhonda O'Brien | wages | $ 1,078.00 |
| 6-Dec-13 | eft | Roger Woolsey | wages | $ 906.05 |
| 6-Dec-13 | eft | Beverly Williams | wages | $ 353.32 |
| 6-Dec-13 | eft | Steven Halbert | wages | $ 597.65 |
| 9-Dec-13 | 1428 | Ronnie O'Brien | program supplies | $ 68.94 |
| 9-Dec-13 | 1424 | Tyco Integrated Security | security | $ 357.98 |
| 9-Dec-13 | 1425 | Yandas Music & Pro Audio | show contract | $ 3,300.00 |
| 9-Dec-13 | eft | IRS | federal payroll taxes | $ 1,660.91 |
| 9-Dec-13 | eft | NE Dept of Revenue | state payroll taxes | $ 168.28 |
| 10-Dec-13 | 1421 | Intellicom | website hosting | $ 55.00 |
| 11-Dec-13 | 1430 | Chubb | insurance | $ 10,326.43 |
| 12-Dec-13 | 1370 | Joanie Klein | settlement payment | $ 68.76 |
| 12-Dec-13 | 1427 | Roger Woolsey | maintenance | $ 70.06 |
| 12-Dec-13 | 1433 | Post Office | stamps | $ 92.00 |
| 13-Dec-13 | 1386 | Northwest Electric LLC | settlement payment | $ 91.53 |
| 16-Dec-13 | 1362 | Gary Ginther Studios | settlement payment | $ 996.03 |
| 16-Dec-13 | 1399 | Sheryll Hickman Art | settlement payment | $ 92.28 |
| 16-Dec-13 | 1436 | Kearney Centre Vacuum | cleaning equipment | $ 797.15 |
| 16-Dec-13 | eft | Platte Valley State Bank | bank fees | $ 18.84 |
| 17-Dec-13 | 1435 | Baird Holm LLP | legal | $ 18,024.79 |
| 17-Dec-13 | 1437 | Pizza Hut | staff lunch | $ 87.31 |
| 17-Dec-13 | eft | American Express | merchant service fee | $ 11.48 |
| 17-Dec-13 | 1434 | Northwestern | utilities - gas | $ 1,517.49 |
| 18-Dec-13 | 1361 | Frontier | settlement payment | $ 645.40 |
| 18-Dec-13 | 1439 | McDermott & Miller | payroll processing | $ 35.00 |
| 19-Dec-13 | 1440 | Post Office | mailing | $ 23.98 |
| 20-Dec-13 | eft | Laura Fear | wages | $ 179.75 |

| 20-Dec-13 | eft | Vivian Alexander | wages | $ | 353.70 |
|---|---|---|---|---|---|
| 20-Dec-13 | eft | Sharmond Loeffler | wages | $ | 1,278.00 |
| 20-Dec-13 | eft | Rhonda O'Brien | wages | $ | 1,078.00 |
| 20-Dec-13 | eft | Roger Woolsey | wages | $ | 906.05 |
| 20-Dec-13 | eft | Beverly Williams | wages | $ | 357.59 |
| 20-Dec-13 | eft | Steven Halbert | wages | $ | 634.91 |
| 20-Dec-13 | eft | NE Dept of Revenue | sales tax - November | $ | 1,339.01 |
| 23-Dec-13 | 1442 | PEP Co | pest control | $ | 181.15 |
| 23-Dec-13 | 1444 | Nebraska Public Power Dist | utilities - electric | $ | 7,835.66 |
| 23-Dec-13 | eft | IRS | federal payroll taxes | $ | 1,648.34 |
| 23-Dec-13 | eft | NE Dept of Revenue | state payroll taxes | $ | 169.52 |
| 24-Dec-13 | 1365 | Heirloom Treasures | settlement payment | $ | 134.03 |
| 24-Dec-13 | 1441 | Frontier | utilities - phone | $ | 593.27 |
| 31-Dec-13 | eft | Platte Valley State Bank | bank fees | $ | 5.00 |
| 31-Dec-13 | 1446 | Intellicom | website hosting | $ | 55.00 |
| 31-Dec-13 | 1447 | City of Kearney | utilities - water/sewer | $ | 386.05 |
| 31-Dec-13 | 1449 | McDermott & Miller | payroll processing | $ | 35.00 |
| | | Total Cash Disbursements | | $ | 62,490.13 |

CASE NAME: Great Platte River Road Mem'l Found.

CASE NUMBER: 13-40411

SCHEDULE OF ACCOUNTS RECEIVABLE AGING

SCHEDULE A

| | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|
| Date of Filing: 3.6.13 | $ - | $ - | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 3.31.13 | $ - | $ - | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 4.30.13 | $ 385.20 | $ 385.20 | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 5.31.13 | $ 385.20 | $ - | $ 385.20 | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 6.30.13 | $ - | $ - | $ - | $ 117.70 | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 7.31.13 | $ - | $ - | $ - | $ - | $ 117.70 | $ - |
| % of Total | 100% | | | | | |
| Month: 8.31.13 | $ - | $ - | $ - | $ - | $ - | $ 117.70 |
| % of Total | 100% | | | | | |
| Month: 9.30.13 | $ - | $ - | $ - | $ - | $ - | $ 117.70 |
| % of Total | 100% | | | | | |
| Month: 10.31.13 | $ - | $ - | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 11.30.13 | $ - | $ - | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |
| Month: 12.31.13 | $ - | $ - | $ - | $ - | $ - | $ - |
| % of Total | 100% | | | | | |

CASE NAME: Great Platte River Road Mem'l Found.
CASE NUMBER: 13-40411

SCHEDULE OF POST PETITION DEBT

SCHEDULE C

| | MARCH 2013 | APRIL 2013 | MAY 2013 | JUNE 2013 | JULY 2013 | AUGUST 2013 | SEPTEMBER 2013 | OCTOBER 2013 | NOVEMBER 2013 | DECEMBER 2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | $ 7,704.01 | $ 4,789.47 | $ 6,117.14 | $ 8,587.53 | $ 3,806.32 | $ 5,872.85 | $ 1,642.20 | $ 6,383.15 | $ 11,555.65 | $ 3,646.27 |
| **TAXES PAYABLE:** | | | | | | | | | | |
| Federal Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| State Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| State Sales Taxes | $ 2,579.12 | $ 1,541.04 | $ 2,852.05 | $ 5,296.24 | $ 6,891.68 | $ 5,319.83 | $ 3,869.50 | $ 2,213.47 | $ 1,339.01 | $ 947.85 |
| Local Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Real Estate & Pers. Prop. Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL TAXES PAYABLE | $ 2,579.12 | $ 1,541.04 | $ 2,852.05 | $ 5,296.24 | $ 6,891.68 | $ 5,319.83 | $ 3,869.50 | $ 2,213.47 | $ 1,339.01 | $ 947.85 |
| **OTHER LIABILITIES:** | | | | | | | | | | |
| Post Petition Secured Debt | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accrued Interest Payable | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Accrued Liabilities | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL OTHER LIABILITIES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL POST PETITION DEBT | $ 10,283.13 | $ 6,330.51 | $ 8,969.19 | $ 13,883.77 | $ 10,698.00 | $ 11,192.68 | $ 5,511.70 | $ 8,596.62 | $ 12,894.66 | $ 4,594.12 |

CASE NAME:  Great Platte River Road Mem'l Fo
CASE NUMBER: 13-40411

Schedule D
Page 1 or 2

## SUMMARY OF SIGNIFICANT ITEMS
### Month of December

**1.  Insurance Coverage**

| | Carrier/agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Worker's Compensation | | | | |
| General Liability | | | | |
| Excess Liability | | | | |
| Fire & Extended Coverage | | | | |
| Vehicle Liability | | | | |
| Vehicle Collision | | | | |
| Theft | | | | |
| Other (specify) | | | | |

**2.  Statement of Payments of Secured Creditors**

(List all payments made to secured creditors during the month & the purposes
for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**3.  Tax Payments Made This Month (Not Accurals) (attach copies of tax receipts or checks)**

| | Date Paid | Amount Paid | Still Unpaid (agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | 12.9.13 | $  1,660.91 | |
| Federal Payroll W/H Taxes | 12.23.13 | $  1,648.34 | |
| Federal Payroll W/H Taxes | | | |
| Fed. Unemployment Taxes | | | |
| State Payroll W/H Taxes | 12.9.13 | $  168.28 | |
| State Payroll W/H Taxes | 12.23.13 | $  169.52 | |
| State Unemployment Taxes | | | |
| State Sales & Use Taxes | | | $  947.85 |
| Property Taxes | | | |
| Other | | | |

CASE NAME:  Great Platte River Road Mem'l Fo

CASE NUMBER: 13-40411

Schedule D

Page 2 or 2

SUMMARY OF SIGNIFICANT ITEMS

Month of December

**4.  Compensation Payments Made This Month (Not Accruals)**

(List all payments made to owners of proprietorships; partners of partnerships; officers directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|------|--------|------------------------------------------|
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |

**5.  Payments Made This Month to Professionals (Not Accruals)**

| Professional | Amount | Date of Court Order Authorizing Payment |
|--------------|--------|------------------------------------------|
| Attorney(s)      |  |  |
| Accountant(s)    |  |  |
| Management Co.(s) |  |  |
| Appraiser(s)     |  |  |
| Other (specify)  |  |  |

**6.  Record of Disbursement and Payment of Quarterly Fees**

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee** | Date Paid | Amount Paid | Check Number |
|---------------|---------------------|------------------|-----------------|-----------|-------------|--------------|
| January   | $          -   |               |           |         |              |      |
| February  | $          -   |               |           |         |              |      |
| March     | $  67,942.91   | $  67,942.91  | $   325.00 | 4.25.13 | $     325.00 | 1020 |
| April     | $  33,428.27   |               |           |         |              |      |
| May       | $  65,749.07   |               |           |         |              |      |
| June      | $  60,663.97   | $ 159,841.31  | $ 1,626.10 | 7.24.13 | $   1,626.10 | 1234 |
| July      | $  99,337.80   |               |           | 8.15.13 | $     648.90 | 1251 |
| August    | $  93,715.63   |               |           |         |              |      |
| September | $  65,782.62   | $ 258,836.05  | $ 1,950.00 | 11.25.13 | $   1,950.00 | 1415 |
| October   | $ 148,422.07   |               |           |         |              |      |
| November  | $  89,546.95   |               |           |         |              |      |
| December  | $  62,490.13   | $ 300,459.15  | $ 2,925.00 | 1.3.14  | $   2,925.00 | 1450 |

*Each month list the total money spent for all purposes.  At the end of the quarter, add the monthly totals.  This is the amount used to compute the quarterly fee due the U. S. Trustee.



Contact Information

308.234.2424
800.967.2464

pvsb.com


## Platte Valley State Bank & Trust Company

PO Box 430
Kearney, NE 68848-0430

L101
47187

70

GREAT PLATTE RIVER ROAD
MEMORIAL FOUNDATION
CHAPTER 11 DEBTOR IN POSSESSION
3060 E 1ST ST
KEARNEY NE 68847-0462



### MOBILE BANKING

Deposit checks.   Pay bills.   Transfer money.

pvsb.com/mobileapp

  

| Account Description | Account # | Beginning Balance | Ending Balance |
|---|---|---|---|
| STATEMENT SUMMARY | December 1, 2013 through December 31, 2013 | | |
| Deposit Accounts | | | |
| Business Checking | 2474 | 248.06 | 243.06 |
| | Total on Deposit | | $243.06 |

### ONLINE SERVICES
#### THAT DO IT ALL...

Sign up for online banking today!
www.pvsb.com



Member FDIC

| Business Checking xxxx2474 $243.06 | | Account Detail |
|---|---|---|
| Beginning Balance | $248.06 | Items Enclosed 0 |
| Total Deposits | 0 for $0.00 | |
| Total Withdrawals | 1 for $5.00 | |
| **Ending Balance** | **$243.06** | |

### Withdrawal Activity

| ✓ | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| | | | ELECTRONIC | |
| | 12/31 | 12/31 | Service Charge Fee | 5.00 |
| | | | **Total Electronic Withdrawals** | **$5.00** |

END OF STATEMENT

**CONTACT INFORMATION**
Telephone us at: (308) 234-2424 or (800) 967-2464
Write us at: Platte Valley State Bank
2223 2nd Ave.
PO Box 430
Kearney, NE 68848

### INQUIRIES ABOUT YOUR DIRECT DEPOSIT

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

### HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE

Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding any new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This 'balance subject to interest rate' can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge.

### THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have the use of the money during the time it takes us to complete our investigation.

WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT
If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) *Account information:* Your name and account number, (2) *Dollar amount:* The dollar amount of the suspected error, and (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

PAYMENT REQUIREMENTS
*PAYMENTS MADE IN PERSON OR BY MAIL:* Payments are generally credited as of the date received if the payment is (1) received by us during normal branch hours and, if by mail, at the payment address listed on the payment coupon, (2) paid with one check or one money order drawn in United States Dollars on a bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type) and, (4) if by mail, sent in the enclosed return envelope (without any other outer envelope). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payments made in person on that date and payments received by mail by the next business day will be treated as on-time.

This page intentionally left blank





Contact Information

308.234.2424
800.967.2464

pvsb.com



**Platte Valley State Bank & Trust Company**

PO Box 430
Kearney, NE 68848-0430

70        43239

GREAT PLATTE RIVER ROAD MEMORIAL
CHAPTER 11 DEBTOR IN POSSESSION
3060 E 1ST ST
KEARNEY NE 68847-0462

## MOBILE BANKING

Deposit checks.   Pay bills.   Transfer money.

pvsb.com/mobileapp

 



## STATEMENT SUMMARY      December 1, 2013 through December 31, 2013

| Account Description | Account # | Beginning Balance | Ending Balance |
|---|---|---|---|
| **Deposit Accounts** | | | |
| Commercial Analysis Checking | 2508 | 46,419.94 | 83,378.92 |
| | | Total on Deposit | $83,378.92 |

## ONLINE SERVICES
### THAT DO IT ALL...
Sign up for online banking today!
www.pvsb.com



Member FDIC

**Commercial Analysis Checking** xxxx2508  $83,378.92                                      Account Detail

| | | |
|---|---|---|
| Beginning Balance | $46,419.94 | Items Enclosed        75 |
| Total Deposits | 68 for $99,444.11 | |
| Total Withdrawals | 48 for $62,485.13 | |
| **Ending Balance** | **$83,378.92** | |

## Deposit Activity

| ✓ | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| | | | **ELECTRONIC** | |
| ☐ | 12/02 | 12/02 | American Express Settlement *****21970 | 25.68 |
| ☐ | 12/02 | 12/02 | American Express Settlement *****21970 | 57.78 |
| ☐ | 12/02 | 12/02 | Fnbo    Pymt Proc *****60261 | 479.35 |
| ☐ | 12/02 | 12/02 | Fnbo    Pymt Proc *****60261 | 508.25 |
| ☐ | 12/03 | 12/03 | American Express Settlement *****21970 | 18.52 |
| ☐ | 12/03 | 12/03 | Fnbo    Pymt Proc *****60261 | 1,653.15 |
| ☐ | 12/04 | 12/04 | Fnbo    Pymt Proc *****60261 | 162.54 |
| ☐ | 12/05 | 12/05 | Fnbo    Pymt Proc *****60261 | 101.85 |
| ☐ | 12/05 | 12/05 | American Express Settlement *****21970 | 109.14 |
| ☐ | 12/06 | 12/06 | Fnbo    Pymt Proc *****60261 | 81.32 |
| ☐ | 12/09 | 12/09 | Fnbo    Pymt Proc *****60261 | 82.99 |
| ☐ | 12/09 | 12/09 | Fnbo    Pymt Proc *****60261 | 124.12 |
| ☐ | 12/10 | 12/10 | Fnbo    Pymt Proc *****60261 | 38.59 |
| ☐ | 12/11 | 12/11 | Fnbo    Pymt Proc *****60261 | 74.90 |
| ☐ | 12/12 | 12/12 | Fnbo    Pymt Proc *****60261 | 21.40 |
| ☐ | 12/13 | 12/13 | Fnbo    Pymt Proc *****60261 | 118.40 |
| ☐ | 12/16 | 12/16 | Fnbo    Pymt Proc *****60261 | 47.06 |
| ☐ | 12/16 | 12/16 | Fnbo    Pymt Proc *****60261 | 139.10 |
| ☐ | 12/17 | 12/17 | Fnbo    Pymt Proc *****60261 | 344.54 |
| ☐ | 12/18 | 12/18 | Fnbo    Pymt Proc *****60261 | 49.22 |
| ☐ | 12/19 | 12/19 | Fnbo    Pymt Proc *****60261 | 71.36 |
| ☐ | 12/23 | 12/23 | American Express Settlement *****21970 | 25.68 |
| ☐ | 12/23 | 12/23 | Fnbo    Pymt Proc *****60261 | 170.13 |
| ☐ | 12/24 | 12/24 | Fnbo    Pymt Proc *****60261 | 811.06 |
| ☐ | 12/26 | 12/26 | Fnbo    Pymt Proc *****60261 | 195.81 |
| ☐ | 12/30 | 12/30 | Fnbo    Pymt Proc *****60261 | 680.19 |
| ☐ | 12/30 | 12/30 | Fnbo    Pymt Proc *****60261 | 835.74 |
| ☐ | 12/31 | 12/31 | Fnbo    Pymt Proc *****60261 | 1,885.34 |
| | | | Total Electronic Deposits | **$8,894.54** |

## PAPER                                                                         Deposit #

| ✓ | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| ☐ | 12/02 | 12/02 | Customer Deposit | 243.29 |
| ☐ | 12/02 | 12/02 | Customer Deposit | 387.34 |
| ☐ | 12/02 | 12/02 | Customer Deposit | 471.87 |
| ☐ | 12/02 | 12/02 | Customer Deposit | 887.03 |
| ☐ | 12/03 | 12/03 | Customer Deposit | 300.87 |

## Commercial Analysis Checking  xxxx2508  $83,378.92                    Continued

### Deposit Activity

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| | | | PAPER | Deposit # |
| ☐ | 12/04 | 12/04 | Customer Deposit | 215.07 |
| ☐ | 12/05 | 12/05 | Customer Deposit | 72.76 |
| ☐ | 12/05 | 12/05 | Customer Deposit | 646.69 |
| ☐ | 12/09 | 12/09 | Customer Deposit | 38.54 |
| ☐ | 12/09 | 12/09 | Customer Deposit | 129.40 |
| ☐ | 12/09 | 12/09 | Customer Deposit | 151.94 |
| ☐ | 12/10 | 12/10 | Customer Deposit | 21.40 |
| ☐ | 12/11 | 12/11 | Customer Deposit | 10.65 |
| ☐ | 12/11 | 12/11 | Customer Deposit | 92.02 |
| ☐ | 12/12 | 12/12 | Customer Deposit | 56.06 |
| ☐ | 12/13 | 12/13 | Customer Deposit | 65.64 |
| ☐ | 12/13 | 12/13 | Customer Deposit | 500.00 |
| ☐ | 12/13 | 12/13 | Customer Deposit | 1,000.00 |
| ☐ | 12/16 | 12/16 | Customer Deposit | 84.25 |
| ☐ | 12/16 | 12/16 | Customer Deposit | 500.00 |
| ☐ | 12/16 | 12/16 | Customer Deposit | 13,714.19 |
| ☐ | 12/17 | 12/17 | Customer Deposit | 47.08 |
| ☐ | 12/17 | 12/17 | Customer Deposit | 117.63 |
| ☐ | 12/17 | 12/17 | Customer Deposit | 287.83 |
| ☐ | 12/17 | 12/17 | Customer Deposit | 500.00 |
| ☐ | 12/17 | 12/17 | Customer Deposit | 75,000.00 |
| ☐ | 12/18 | 12/18 | Customer Deposit | 494.94 |
| ☐ | 12/19 | 12/19 | Customer Deposit | 192.60 |
| ☐ | 12/19 | 12/19 | Customer Deposit | 2,087.20 |
| ☐ | 12/20 | 12/20 | Customer Deposit | 132.68 |
| ☐ | 12/23 | 12/23 | Customer Deposit | 160.50 |
| ☐ | 12/23 | 12/23 | Customer Deposit | 189.39 |
| ☐ | 12/23 | 12/23 | Customer Deposit | 299.60 |
| ☐ | 12/23 | 12/23 | Customer Deposit | 914.85 |
| ☐ | 12/30 | 12/30 | Customer Deposit | 112.50 |
| ☐ | 12/30 | 12/30 | Customer Deposit | 278.20 |
| ☐ | 12/30 | 12/30 | Customer Deposit | 372.98 |
| ☐ | 12/30 | 12/30 | Customer Deposit | 482.57 |
| ☐ | 12/30 | 12/30 | Customer Deposit | 494.34 |
| ☐ | 12/30 | 12/30 | Customer Deposit | 685.87 |
| | | | **Total Paper Deposits** | **$90,549.57** |

## Commercial Analysis Checking  xxxx2508  $83,378.92 | Continued

### Withdrawal Activity

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|

#### ☑ ELECTRONIC

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| ☐ | 12/03 | 12/03 | Fnbo      Pymt Proc  ***60261 | 304.28 |
| ☐ | 12/04 | 12/04 | Pvsbk Orig   Cash Conc  Pv Rivers | 15.00 |
| ☐ | 12/06 | 12/06 | G Platte River  Payroll  -Sett-Pv Rivers | 4,867.67 |
| ☐ | 12/09 | 12/09 | Nebraska Revenue Neb Epay Nb1dor001890361 | 168.28 |
| ☐ | 12/09 | 12/09 | Irs       Usalaxpyml ****4310380545 | 1,060.61 |
| ☐ | 12/16 | 12/16 | Analysis Charge | 18.84 |
| ☐ | 12/17 | 12/17 | American Express Axp Discn ****21970 | 11.46 |
| ☐ | 12/17 | 12/17 | Northwestern Ene Ck Payment 1434 | 1,517.49 |
| ☐ | 12/20 | 12/20 | Nebraska Revenue Neb Epay Nb1dor001891570 | 1,339.01 |
| ☐ | 12/20 | 12/20 | G Platte River  Payroll  -Sett-Pv Rivers | 4,788.00 |
| ☐ | 12/23 | 12/23 | Nebraska Revenue Neb Epay Nb1dor001908521 | 169.52 |
| ☐ | 12/23 | 12/23 | Irs       Usalaxpymt ****5711093484 | 1,648.34 |
| ☐ | 12/24 | 12/24 | Frontier Citizen Checkpayml 1441 | 593.27 |
| | | | **Total Electronic Withdrawals** | **$17,102.09** |

#### ☐ PAPER

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| ☐ | 12/02 | 12/02 | Check Image Check #1420 | 283.10 |
| ☐ | 12/03 | 12/03 | Check Image Check #1336 | 95.88 |
| ☐ | 12/03 | 12/03 | Check Image Check #1387 | 408.43 |
| ☐ | 12/03 | 12/03 | Check Image Check #1344 | 29.42 |
| ☐ | 12/03 | 12/03 | Check Image Check #1365 | 20.63 |
| ☐ | 12/03 | 12/03 | Check Image Check #1379 | 26.46 |
| ☐ | 12/03 | 12/03 | Check Image Check #1413 | 16.98 |
| ☐ | 12/03 | 12/03 | Check Image Check #1429 | 35.00 |
| ☐ | 12/04 | 12/04 | Check Image Check #1422 | 72.00 |
| ☐ | 12/05 | 12/05 | Check Image Check #1426 | 262.50 |
| ☐ | 12/06 | 12/06 | Check Image Check #1423 | 181.15 |
| ☐ | 12/06 | 12/06 | Check Image Check #1431 | 191.96 |
| ☐ | 12/09 | 12/09 | Check #1428 | 55.84 |
| ☐ | 12/09 | 12/09 | Check Image Check #1424 | 357.98 |
| ☐ | 12/09 | 12/09 | Check Image Check #1425 | 9,300.00 |
| ☐ | 12/10 | 12/10 | Check Image Check #1421 | 55.00 |
| ☐ | 12/11 | 12/11 | Check Image Check #1430 | 10,326.43 |
| ☐ | 12/12 | 12/12 | Check Image Check #1370 | 68.76 |
| ☐ | 12/12 | 12/12 | Check Image Check #1432 | 70.08 |
| ☐ | 12/12 | 12/12 | Check Image Check #1433 | 92.00 |
| ☐ | 12/13 | 12/13 | Check Image Check #1386 | 91.55 |
| ☐ | 12/16 | 12/16 | Check Image Check #1362 | 996.03 |
| ☐ | 12/16 | 12/16 | Check Image Check #1399 | 92.28 |
| ☐ | 12/16 | 12/16 | Check Image Check #1436 | 797.15 |
| ☐ | 12/17 | 12/17 | Check Image Check #1435 | 18,024.78 |

43259     26 141101 PAGE 00002 OF 00007     COLR123B 8110 5065 405     0-0

## Commercial Analysis Checking  xxxx2508  $83,378.92                          Continued

### Withdrawal Activity

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|

📄 **PAPER**

| ✓ | Date | Post Date | Description | Amount |
|---|------|-----------|-------------|--------|
| ☐ | 12/17 | 12/17 | Check Image Check #1437 | 87.31 |
| ☐ | 12/18 | 12/18 | Check Image Check #1361 | 545.40 |
| ☐ | 12/18 | 12/18 | Check Image Check #1439 | 35.00 |
| ☐ | 12/19 | 12/19 | Check Image Check #1440 | 23.98 |
| ☐ | 12/23 | 12/23 | Check Image Check #1442 | 181.15 |
| ☐ | 12/23 | 12/23 | Check Image Check #1444 | 7,835.66 |
| ☐ | 12/24 | 12/24 | Check Image Check #1365 | 134.03 |
| ☐ | 12/31 | 12/31 | Check Image Check #1446 | 55.00 |
| ☐ | 12/31 | 12/31 | Check Image Check #1447 | 386.05 |
| ☐ | 12/31 | 12/31 | Check Image Check #1449 | 35.00 |
| | | | **Total Paper Withdrawals** | **$45,383.04** |

### Balancing Checklist ✓

| ✓ | Check # | Date | Amount | ✓ | Check # | Date | Amount | ✓ | Check # | Date | Amount |
|---|---------|------|--------|---|---------|------|--------|---|---------|------|--------|
| ☐ | 1336 | 12/03 | 95.88 | ☐ | 1337 | 12/03 | 408.43 | ☐ | 1344 | 12/03 | 29.42 |
| ☐ | 1355 | 12/03 | 20.63 | ☐ | 1361 | 12/18 | 545.40 | ☐ | 1362 | 12/16 | 995.03 |
| ☐ | 1365 | 12/24 | 134.03 | ☐ | 1370 | 12/12 | 68.76 | ☐ | 1379 | 12/03 | 26.46 |
| ☐ | 1386 | 12/13 | 91.53 | ☐ | 1399 | 12/16 | 92.28 | ☐ | 1413 | 12/03 | 16.98 |
| ☐ | 1420 | 12/02 | 283.10 | ☐ | 1421 | 12/10 | 55.00 | ☐ | 1422 | 12/04 | 72.00 |
| ☐ | 1423 | 12/05 | 181.15 | ☐ | 1424 | 12/09 | 357.98 | ☐ | 1425 | 12/09 | 3,300.00 |
| ☐ | 1426 | 12/05 | 262.50 | ☐ | 1427 | 12/12 | 70.06 | ☐ | 1428 | 12/09 | 68.94 |
| ☐ | 1429 | 12/03 | 35.00 | ☐ | 1430 | 12/11 | 10,326.43 | ☐ | 1431 | 12/05 | 191.96 |
| ☐ | 1433 | 12/12 | 92.00 | ☐ | 1435 | 12/17 | 18,024.79 | ☐ | 1436 | 12/16 | 797.15 |
| ☐ | 1437 | 12/17 | 87.31 | ☐ | 1439 | 12/18 | 35.00 | ☐ | 1440 | 12/19 | 23.98 |
| ☐ | 1442 | 12/23 | 181.15 | ☐ | 1444 | 12/23 | 7,835.66 | ☐ | 1446 | 12/31 | 55.00 |
| ☐ | 1447 | 12/31 | 386.05 | ☐ | 1449 | 12/31 | 35.00 | | | | |

END OF STATEMENT

**CONTACT INFORMATION**
Telephone us at: (308) 234-2424 or (800) 967-2464
Write us at: Platte Valley State Bank
2223 2nd Ave.
PO Box 430
Kearney, NE 68848

### INQUIRIES ABOUT YOUR DIRECT DEPOSIT

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

### HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE

Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding any new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This 'balance subject to interest rate' can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge.

### THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have the use of the money during the time it takes us to complete our investigation.

### WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) *Account information:* Your name and account number, (2) *Dollar amount:* The dollar amount of the suspected error, and (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

### PAYMENT REQUIREMENTS

*PAYMENTS MADE IN PERSON OR BY MAIL:* Payments are generally credited as of the date received if the payment is (1) received by us during normal branch hours and, if by mail, at the payment address listed on the payment coupon, (2) paid with one check or one money order drawn in United States Dollars on a bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type) and, (4) if by mail, sent in the enclosed return envelope (without any other outer envelope). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payments made in person on that date and payments received by mail by the next business day will be treated as on-time.

Credit Amount $243.29 On 12/2/2013

Credit Amount $387.34 On 12/2/2013

Credit Amount $471.87 On 12/2/2013

Credit Amount $887.03 On 12/2/2013

Credit Amount $300.67 On 12/3/2013

Credit Amount $215.07 On 12/4/2013

Credit Amount $72.76 On 12/5/2013

Credit Amount $646.69 On 12/5/2013

Credit Amount $38.54 On 12/9/2013

Credit Amount $129.40 On 12/9/2013

Credit Amount $151.94 On 12/9/2013

Credit Amount $21.40 On 12/10/2013

Credit Amount $10.65 On 12/11/2013

Credit Amount $92.02 On 12/11/2013

Credit Amount $56.06 On 12/12/2013

Credit Amount $65.64 On 12/13/2013

Credit Amount $500.00 On 12/13/2013

Credit Amount $1,000.00 On 12/13/2013

Credit Amount $64.25 On 12/16/2013

Credit Amount $500.00 On 12/16/2013

Credit Amount $1,714.19 On 12/16/2013

Credit Amount $47.08 On 12/17/2013

Credit Amount $117.63 On 12/17/2013

Credit Amount $287.83 On 12/17/2013

Credit Amount $500.00 On 12/17/2013



Credit Amount $75,000.00 On 12/17/2013



Credit Amount $494.94 On 12/18/2013



Credit Amount $192.60 On 12/19/2013



Credit Amount $2,087.20 On 12/19/2013



Credit Amount $132.68 On 12/20/2013



Credit Amount $160.50 On 12/23/2013



Credit Amount $189.39 On 12/23/2013



Credit Amount $299.60 On 12/23/2013



Credit Amount $914.85 On 12/23/2013



Credit Amount $172.50 On 12/30/2013



Credit Amount $278.20 On 12/30/2013



Credit Amount $442.98 On 12/30/2013

Credit Amount $482.57 On 12/30/2013



Credit Amount $494.34 On 12/30/2013

Credit Amount $685.87 On 12/30/2013



Check 1336, Amount $95.88 On 12/3/2013

Check 1337, Amount $408.43 On 12/3/2013



Check 1344, Amount $29.42 On 12/3/2013

Check 1355, Amount $20.63 On 12/3/2013

Check 1361, Amount $645.40 On 12/18/2013

Check 1362, Amount $996.03 On 12/16/2013

Check 1365, Amount $134.03 On 12/24/2013

Check 1370, Amount $68.76 On 12/12/2013

Check 1379, Amount $26.46 On 12/3/2013

Check 1386, Amount $91.53 On 12/13/2013

Check 1399, Amount $92.28 On 12/16/2013

Check 1413, Amount $16.98 On 12/3/2013

Check 1420, Amount $283.10 On 12/2/2013

Check 1421, Amount $55.00 On 12/10/2013

Check 1422, Amount $72.00 On 12/4/2013

Check 1423, Amount $181.15 On 12/6/2013

Check 1424, Amount $357.98 On 12/9/2013

Check 1425, Amount $3,300.00 On 12/9/2013

Check 1426, Amount $262.50 On 12/5/2013

Check 1427, Amount $70.06 On 12/12/2013



Check 1428, Amount $68.94 On 12/9/2013



Check 1429, Amount $35.00 On 12/3/2013

Check 1430, Amount $10,326.43 On 12/11/2013



Check 1431, Amount $191.96 On 12/6/2013

Check 1433, Amount $92.00 On 12/12/2013

Check 1435, Amount $18,024.79 On 12/17/2013



Check 1436, Amount $797.15 On 12/16/2013



Check 1437, Amount $87.31 On 12/17/2013

Check 1439, Amount $35.00 On 12/18/2013



Check 1440, Amount $23.98 On 12/19/2013



Check 1442, Amount $181.15 On 12/23/2013



Check 1444, Amount $7,835.66 On 12/23/2013

Check 1446, Amount $55.00 On 12/31/2013



Check 1447, Amount $386.05 On 12/31/2013



Check 1449, Amount $35.00 On 12/31/2013