fnldecree (07/11)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**460 Federal Building**
**100 Centennial Mall North**
**Lincoln, NE 68508**

In Re:

The Great Platte River Road Memorial Foundation

Debtor(s)

Bankruptcy Proceeding No. 13−40411−TLS
Chapter 11

**FINAL DECREE**

The estate of the above−named debtor(s) having been fully administered. It is ordered that:

1. **N/A** is hereby discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

2. The Chapter 11 (or 9) case of the above−named debtor(s) is closed.

Dated: 1/22/14

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Copies mailed or electronically sent by the court to:
Debtor's Attorney